UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHAKIRA   LESLIE;   and   SHAMILL  :
BURGOS;  on  behalf  of  themselves  and  all  :
others similarly situated,                              :
                                                                    :
                             *Plaintiffs*,                       :          Case No. 1:22-CV-02305
                                                                    :
              v.                                                   :
                                                                    :
CITY OF NEW YORK; KEECHANT SEWELL,  :
Police Commissioner for the City of New York, in  :
her official capacity; KENNETH COREY, Chief of  :
Department  for  the  New  York  City  Police  :
Department,  in  his  official  capacity;  JAMES  :
ESSIG, Chief of Detectives for the New York City  :
Police  Department,  in  his  official  capacity;  :
EMANUEL KATRANAKIS, Deputy Chief in the  :
Forensic Investigations Division of the New York  :
City  Police  Department,  in  his  official  capacity;  :
and DR. JASON GRAHAM, Acting Chief Medical  :
Examiner for the City of New York, in his official  :
capacity;                                                       :
                                                                    :
                             *Defendants*.                     :
------------------------------------------------------------ x

## <u>NOTICE OF MOTION TO CERTIFY CLASS</u>

**PLEASE TAKE NOTICE** that, pursuant to Rules 23(a) and (b)(2) of the Federal Rules of

Civil Procedure, the plaintiffs will move this Court on a return date to be determined by the Court

for an order certifying the following class: all people who have had or will have their DNA

surreptitiously taken and analyzed by the defendants without consent and without a warrant or

court order and maintained in the City's Suspect Index. The plaintiffs also request that plaintiffs'

counsel be appointed to represent the certified class pursuant to Rule 23(g).

In support of this motion for class certification, the plaintiffs file the attached Memorandum of

Law in Support of the Motion for Class Certification, and the Declaration of Philip Desgranges

with supporting exhibits.

Dated:  March 21, 2022
       New York, N.Y.

Philip Desgranges
J. David Pollock
Brittany Thomas
Anna Blondell
Allison Durkin
Lisa Freeman
Corey Stoughton
The Legal Aid Society
199 Water Street
New York, NY 10038
212-577-3398
pdesgranges@legal-aid.org
jpollock@legal-aid.org
bthomas@legal-aid.org
ablondell@legal-aid.org
adurkin_fellow@legal-aid.org
lafreeman@legal-aid.org
cstoughton@legal-aid.org

*Attorneys for Plaintiffs*