### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---

SHAKIRA LESLIE; and SHAMILL BURGOS; on behalf of themselves and all others similarly situated,

      Plaintiffs v.

CITY OF NEW YORK; KEECHANT SEWELL, Police Commissioner for the City of New York, in her official capacity; KENNETH COREY, Chief of Department for the New York City Police Department, in his official capacity; JAMES ESSIG, Chief of Detectives for the New York City Police Department, in his official capacity; EMANUEL KATRANAKIS, Deputy Chief in the Forensic Investigations Division of the New York City Police Department, in his official capacity; and DR. JASON GRAHAM, Acting Chief Medical Examiner for the City of New York, in his official capacity;

      Defendants.

**NOTICE OF APPEARANCE**

22-CV-2305

---

PLEASE TAKE NOTICE THAT J. David Pollock of The Legal Aid Society hereby appears in this action as counsel for Plaintiffs Shakira Leslie and Shamill Burgos, and certifies that he is admitted to practice in this Court, and requests that all notice given or required to be given in this action, and all papers served or required to be served in this action, be given to and served upon the undersigned at the below address.

Dated: March 22, 2022
      New York, N.Y.

Respectfully submitted,

*s/ J. David Pollock*
J. David Pollock

The Legal Aid Society
199 Water Street

1

New York, NY 10038
212-577-3580
jpollock@legal-aid.org

*Attorneys for Plaintiffs*