

| Hon. SYLVIA HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MARILYN RICHTER<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2083<br>Email: mrichter@law.nyc.gov |
|---|---|---|

April 12, 2022

**VIA ECF**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.   10007

      Re:   Shakira Leslie v. City of New York
            22-cv-02305

Dear Judge Buchwald:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants in the above-subject case. I am writing to seek adjournments of Defendants' time to respond to the complaint and to Plaintiffs' Motion for Class Certification. These are the first requests for any adjournments in this case.

      The summons and complaint were served on five Defendants on March 30 and on one Defendant on March 31. Accordingly, the time to respond for five Defendants is now April 20 and for one Defendant it is April 21. Plaintiffs have consented to Defendants' request for an extension of time to respond to the complaint for all Defendants until May 20, 2022.

      Plaintiffs filed a motion for class certification pursuant to Rule 23 on March 21, 2022. The notice of motion states that the "return date to be determined by the Court." Pursuant to Local Rule 6(1)(b), opposition papers are due within fourteen days after service of the moving papers on all other parties that have appeared in the action. I believe that this means that opposition papers would be due in fourteen days from today, April 26, 2022, since there was no prior appearance. In any event, Plaintiffs have consented to Defendants' request for an extension of time to respond to the motion until June 20, 2022, with Plaintiffs' reply papers due on July 8, 2022. Thank you for this consideration.

                                        Respectfully,

                                        /s/ *Marilyn Richter*
                                        Marilyn Richter
                                        Assistant Corporation Counsel