```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
SHAKIRA LESLIE and SHAMILL BURGOS, on
behalf of themselves and all others
similarly situated,

                Plaintiffs,

        - against -                              ORDER

CITY OF NEW YORK; KENNETH COREY, Chief of        22 Civ. 2305 (NRB)
Department for the New York City Police
Department, in his official capacity;
KEECHANT SEWELL, Police Commissioner for
the City of New York, in her official
capacity; JAMES ESSIG, Chief of Detectives
for the New York City Police Department, in
his official capacity; EMANUEL KATRANAKIS,
Deputy Chief in the Forensic Investigations
Division of the New York City Police
Department, in his official capacity; and
DR. JASON GRAHAM, Acting Chief Medical
Examiner for the City of New York, in his
official capacity;

                Defendants.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated May 20, 2022 and May 25, 2022, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

Plaintiffs are reminded that if, consistent with Rule 11, they can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best

1

interest of both the parties and the Court for plaintiffs to assert them now, before briefing on the proposed motions. Plaintiffs are thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.

    **SO ORDERED.**

Dated:    New York, New York
            May 31, 2022

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE