```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
SHAKIRA LESLIE and SHAMILL BURGOS, on
behalf of themselves and all others
similarly situated,

                Plaintiffs,

        - against -                              ORDER

CITY OF NEW YORK; KENNETH COREY, Chief of    22 Civ. 2305 (NRB)
Department for the New York City Police
Department, in his official capacity;
KEECHANT SEWELL, Police Commissioner for
the City of New York, in her official
capacity; JAMES ESSIG, Chief of Detectives
for the New York City Police Department,
in his official capacity; EMANUEL
KATRANAKIS, Deputy Chief in the Forensic
Investigations Division of the New York
City Police Department, in his official
capacity; and DR. JASON GRAHAM, Acting
Chief Medical Examiner for the City of New
York, in his official capacity;

                Defendants.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the parties submitted a letter dated June 9, 2022, ECF No. 35, requesting the approval of a briefing schedule for a motion to dismiss and requesting an indefinite stay of the briefing schedule for plaintiffs' motion for class certification, ECF No. 9; and

**WHEREAS** the Court has no objection to the proposed briefing schedule for the motion to dismiss; and

1

**WHEREAS** it is the Court's view that an indefinite stay is inconsistent with best case management practices; it is hereby

**ORDERED** that the proposed motion schedule for the motion to dismiss is approved; and it is further

**ORDERED** that the motion for class certification, ECF No. 9, is denied without prejudice to its renewal (on the original papers if plaintiffs so choose) following the resolution of the proposed motion to dismiss.

Dated:    New York, New York
          June 13, 2022

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE