

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARILYN RICHTER
Office: (212) 356-2083
mrichter@law.nyc.gov

July 11, 2022

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Shakira Leslie, et ano, v. City of New York, et al.*, 22-cv-02305

Your Honor:

    I represent the Defendants in this case. I respectfully request a three-day extension of the time to submit Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) from July 12, 2022 to July 15, 2022.

    This is the first request for an extension concerning this motion made by either party. Plaintiffs consent to this request, and the parties have agreed to a proposed revised briefing schedule that satisfies Your Honor's requirement that the entire briefing schedule not exceed 60 days, even if the briefing schedule begins to run from July 12.

    Pursuant to the proposed revised briefing schedule, Plaintiffs' opposition, which is now due on August 16 will be due on August 22, an extension of six calendar days (including a weekend) and Defendants' reply, which is now due on August 30 will be due on September 2, an extension of three calendar days.

    Plaintiffs need the additional days for their opposition because of vacation schedules, which is the primary reason that Defendants need the additional days for submission of the initial motion.

    I am submitting, together with this letter, a proposed revised briefing schedule. Thank you for this consideration.

Respectfully submitted,

*Marilyn Richter*
Marilyn Richter
Assistant Corporation Counsel