UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SHAKIRA LESLIE; and SHAMILL BURGOS; on behalf of themselves and all others similarly situated,

                                    Plaintiffs,

                      v.

CITY OF NEW YORK; KEECHANT SEWELL, Police Commissioner for the City of New York, in her official capacity; KENNETH COREY, Chief of Department for the New York City Police Department, in his official capacity; JAMES ESSIG, Chief of Detectives for the New York City Police Department, in his official capacity; EMANUEL KATRANAKIS, Deputy Chief in the Forensic Investigations Division of the New York City Police Department, in his official capacity; and DR. JASON GRAHAM, Acting Chief Medical Examiner for the City of New York, in his official capacity;

                                    Defendants.

------------------------------------------------------------------- X

NOTICE OF MOTION TO DISMISS THE COMPLAINT

22 cv 02305 (NRB)

**PLEASE TAKE NOTICE** that upon the accompanying Declarations of Melanie L. Rios, dated July 15, 2022, Kyra McKay, dated July 15, 2022, Emanuel Katranakis, dated July 15, 2022, and Robert Barrows, dated July 15, 2022, and Defendants' Memorandum of Law in Support of their Motion to Dismiss the Complaint, Defendants, the City of New York; Keechant Sewell, in her official capacity as Police Commissioner of the City of New York; Kenneth Corey, in his official capacity as Chief of Department for the New York City Police Department ("the NYPD"); James Essig, in his official capacity as Chief of Detectives for the NYPD; Emanuel Katranakis, in his official capacity as Deputy Chief in the Forensic Investigations Division of the NYPD; and Dr. Jason Graham, in his official capacity as Acting Chief Medical Examiner for the City of New York, by their attorney, Hon. Sylvia O. Hinds-Radix, Corporation

Counsel of the City of New York, will move this Court before the Honorable Naomi Reice Buchwald, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, N.Y. 10007, on September 2, 2022, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, granting the Defendants' motion, dismissing all claims against the Defendants in their entirety, and granting the Defendants such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         July 15, 2022

> HON. SYLVIA O. HINDS-RADIX
> Corporation Counsel of the City of New York
> Attorney for Defendants
> 100 Church Street
> New York, N.Y. 10007
> Tel: 212 356-2083
> mirchter@law.nyc.gov
>
> By: *[signature]*
>     Marilyn Richter
>     Assistant Corporation Counsel