

199 Water Street
New York, NY 10038
(212) 577-3300
https://www.legalaidnyc.org

March 30, 2023

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Leslie, et al. v. City of New York, et al.</u>, 22-cv-02305

Dear Judge Buchwald:

    On behalf of the parties, I write to propose a briefing schedule for the plaintiffs' motion for class certification and a due date for defendants' answer to the complaint. The Court denied the plaintiffs' original motion for class certification without prejudice to its renewal after the resolution of the defendants' motion to dismiss. *See* ECF No. 36. Following the Court's resolution of the defendants' motion, the parties have conferred and propose the following briefing schedule for the plaintiffs' motion for class certification: the plaintiffs' motion is due April 14, the defendants' opposition is due May 15, and the plaintiffs' reply is due May 26. The defendants reserve the right to request additional time for their opposition. Moreover, the parties have conferred and propose that the defendants' answer to the complaint be due on April 14.

Respectfully submitted,

*s/ Philip Desgranges*
Philip Desgranges
The Legal Aid Society
199 Water Street
New York, NY 10038
212-577-3398
pdesgranges@legal-aid.org

*Attorney for Plaintiffs*

**Justice in Every Borough.**