

199 Water Street
New York, NY 10038
(212) 577-3300
https://www.legalaidnyc.org

April 11, 2023

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Leslie, et al. v. City of New York, et al</u>., 22-cv-02305

Dear Judge Buchwald:

      Following Thursday's conference with the Court, I write on behalf of the plaintiffs to request additional time to provide their position on whether they can defer their motion for class certification to follow summary judgment and, if not, why they need to move now. Before stating their position, the plaintiffs would benefit from reviewing the defendants' answer to the complaint. The plaintiffs request that their letter providing their position be due one week from the defendants' answer, which the defendants proposed to file this Friday, April 14. *See* ECF No. 72.

Respectfully submitted,

*s/ Philip Desgranges*
Philip Desgranges
The Legal Aid Society
199 Water Street
New York, NY 10038
212-577-3398
pdesgranges@legal-aid.org

*Attorney for Plaintiffs*

**Justice in Every Borough.**