**THE LEGAL AID SOCIETY**

199 Water Street
New York, NY 10038
(212) 577-3300
https://www.legalaidnyc.org

April 21, 2023

Application granted.
SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: New York, New York
April 22, 2023

Re: <u>Leslie, et al. v. City of New York, et al., 22-cv-02305</u>

Dear Judge Buchwald:

      On behalf of the plaintiffs, I write to request a one-week extension of the deadline to provide their position on whether they can defer their motion for class certification to follow summary judgment and, if not, why they need to move now. *See* ECF No. 75. The defendants consent to this request. As mentioned during the last conference, the defendants had previously informed the plaintiffs that, given the plaintiffs' plan to imminently move for class certification, it would be helpful to have a decision on that motion to inform the appropriate scope of discovery. After reviewing the defendants' answer, the plaintiffs proposed a stipulation for the scope of discovery based on the admissions and statements in their answer. The plaintiffs' proposed stipulation would defer their motion for class certification until after summary judgment. The defendants are still considering the plaintiffs' proposal, but the parties expect that by next Friday they can inform the Court whether they have reached agreement. If the parties have not reached agreement, the plaintiffs will write to the Court to explain their position on the necessity and timing for class certification.

Respectfully submitted,

<u>s/ Philip Desgranges</u>
Philip Desgranges
The Legal Aid Society
199 Water Street
New York, NY 10038
212-577-3398
pdesgranges@legal-aid.org

*Attorney for Plaintiffs*

**Justice in Every Borough.**