

199 Water Street
New York, NY 10038
(212) 577-3300
https://www.legalaidnyc.org

April 28, 2023

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Leslie, et al. v. City of New York, et al.</u>, 22-cv-02305

Dear Judge Buchwald:

      I write to update the Court that the parties have entered into a stipulation under which the plaintiffs will defer their motion for class certification to follow summary judgment and the parties have agreed on the scope of discovery absent a certified class.

Respectfully submitted,

*s/ Philip Desgranges*
Philip Desgranges
The Legal Aid Society
199 Water Street
New York, NY 10038
212-577-3398
pdesgranges@legal-aid.org

*Attorney for Plaintiffs*

**Justice in Every Borough.**