UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

SHAKIRA LESLIE; and SHAMILL : 
BURGOS; on behalf of themselves and all : 
others similarly situated, :                          Case No. 1:22-CV-02305
                                      : 
                 *Plaintiffs*, :

              v. :

CITY OF NEW YORK; KEECHANT SEWELL, : 
Police Commissioner for the City of New York, in : 
her official capacity; KENNETH COREY, Chief of : 
Department for the New York City Police : 
Department, in his official capacity; JAMES : 
ESSIG, Chief of Detectives for the New York City : 
Police Department, in his official : 
capacity; : 
EMANUEL KATRANAKIS, Deputy Chief in the : 
Forensic Investigations Division of the New York : 
City Police Department, in his official capacity; : 
and DR. JASON GRAHAM, Acting Chief Medical : 
Examiner for the City of New York, in his official : 
capacity; :
                                      : 
                 *Defendants*. :

-------------------------------------------------------------- x

## DISCOVERY PLAN AND SCHEDULING ORDER

This Discovery Plan and Scheduling Order is adopted, following a conference between

counsel for the parties, pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure:

      1.      This case is not to be tried by a jury.

      2.      Amended pleadings shall not be filed and additional parties shall not be joined

except with leave of the Court. Any motion for leave to amend or to join additional parties shall

be filed by July 17, 2023.

      3.      The parties agreed to a stipulation regarding the scope of discovery absent a

certified class.

4.    Initial disclosures shall be exchanged by June 30, 2023, except that initial disclosures regarding named plaintiff Shamill Burgos shall be exchanged two weeks from the date that the release for his sealed criminal records is provided to defendants.

5.    All discovery shall be completed by December 18, 2023.

6.    Fact Discovery:

   a.   All fact discovery shall be completed by November 3, 2023.

   b.   Initial requests for production of documents shall be served by July 14, 2023.

   c.   Initial Interrogatories shall be served by July 14, 2023.

   d.   Requests for Admissions shall be served by August 30, 2023.

   e.   Depositions shall be completed by October 20, 2023.

   f.   Any of the interim deadlines in paragraphs 6(b) through 6(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 6(a).

7.    Expert Discovery:

   a.   All expert discovery, including expert depositions, shall be completed by December 18, 2023.

   b.   Plaintiffs' expert disclosures, if any, shall be made by September 11, 2023.

   c.   Defendants' expert disclosures, if any, shall be made by October 11, 2023.

   d.   The interim deadlines in paragraphs 7(b) and 7(c) may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by the date set forth in paragraph 7(a).

8.    The parties agree that electronically stored information ("ESI") must be produced according to The City of New York Law Department's ESI Production Specifications as of 01/19/2023, as modified by mutual agreement of the parties and attached as Exhibit A.

9.      Any party moving for summary judgment shall comply with Rule 2(F) of the Court's Individual Practices.

10.     Defendants shall file their summary judgment motion by January 26, 2024.

11.     Plaintiffs shall file their opposition and their cross motion for summary judgment by March 1, 2024.

12.     Defendants shall file their opposition to Plaintiffs' cross motion and their reply in support of their motion by April 1, 2024.

13.     Plaintiffs shall file their reply in support of their cross motion by April 12, 2024.

14.     This Discovery Plan and Scheduling Order may not be modified or the deadlines extended without leave of the Court (except as provided in paragraphs 6(f) and 7(d) above).

Dated: June 16, 2023
       New York, N.Y.


_____/s/_____                          _____/s/_____
Marilyn Richter                                    Philip Desgranges
Assistant Corporation Counsel                      The Legal Aid Society
Corporation Counsel of the City of New York        Attorney for Plaintiffs
Attorney for Defendants


                                                   SO ORDERED:


       Dated: New York, New York                   Hon. Naomi Reice Buchwald
              June 23, 2023                         United States District Judge

3

# Exhibit A



**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

## ESI Production Specifications as of 01/19/2023

**If compliance with these specifications is not possible or would cause undue burden, the parties should meet and confer to discuss and confirm the format of production *prior to* collection, review, and production.[1]**

### General Specifications

Unless otherwise specified, documents should be converted and produced as single-page, black and white .TIF images with a corresponding image load file provided in Opticon (Concordance Image) format. A unique production number ("Bates stamp") should be branded on each .TIF image along with its appropriate confidentiality designation, if any. Upon reasonable request, the producing party will produce documents in color on an as-needed basis to assist with readability.

Any file that is specifically requested in native format or that cannot be converted to .TIF should be produced in its original native format with a link to the native file included in the **Native Link** field within the .DAT file. A Bates-stamped, single-page .TIF placeholder indicating that the file was produced natively should be included as the corresponding image for the file that cannot be converted. The native file should be renamed to reflect the Bates number assigned to the corresponding .TIF placeholder. Some examples of files that should be provided in their native format are spreadsheets, multimedia files, and technical drawings.

All associated metadata should be produced in a .DAT load file with standard Concordance delimiters. The included chart ("Requested Metadata Fields for ESI") contains the fields that should be provided in the .DAT file.

For each produced document, all associated text (extracted or OCR) should be provided in a text file named after the starting Bates number of the document. There should be one text file per document, and a link to the text file should be included in the **Text Link** field within the .DAT file.

The folder structure of the deliverable should follow the below format:

- NYCPROD001 – top-level directory, which should be unique for every deliverable
  - DATA – subdirectory containing load files (.DAT & .OPT)
  - NATIVES – subdirectory containing files provided in native format
  - IMAGES – subdirectory containing single-page .TIF images
  - TEXT – subdirectory containing .TXT files (extracted or OCR)

Files with hidden content, tracked changes, revisions, comments, or notes should be imaged with such content viewable.

---

[1] **For any social media, messages (*e.g.*, SMS, MMS, iMessage, etc.), collaboration tools (*e.g.*, MS Teams, Slack, GroupMe), mobile phone data, cloud environments (*e.g.*, Dropbox, Google Drive, One Drive, etc.), databases, or proprietary systems, the parties should meet and confer regarding the production format prior to collection, review, and production.**

## Format for Placeholder Documents

Because full families (parents and children — *e.g.*, emails and corresponding attachments) should be produced together, if a document within a responsive family is fully withheld for privilege or, with respect to attachments only, non-responsiveness, a Bates-stamped, single-page .TIF placeholder indicating either "Document Withheld for Privilege" or "Document Withheld for Non-Responsiveness" should be included as the corresponding image for the withheld file.  This information should also be reflected in the **Contains Slip Sheet** and **Slip Sheet Language** fields in the .DAT file.

## Email Threading

For email documents, to the extent feasible, produce only the most-inclusive emails in a thread, plus any emails within that thread that contain an attachment or only the emails within that thread that contain a unique attachment.

## Format for Redacted Documents

Files requiring redactions should be converted and produced as redacted Bates-stamped, single-page .TIF images with associated text and metadata.  For each document produced with redactions, the basis for the redactions should appear in the redaction box on the as-redacted image.  In addition, the appropriate metadata fields should be populated in the .DAT file.  If it is not technically feasible to produce a redacted image for a particular file that requires redactions (*e.g.*, for an Excel file that must be redacted), a copy of the native file with the appropriate portions replaced with "[*the basis for the redaction*]" should be produced.  If that is not feasible, the parties should meet and confer as to the best way to produce the file.

## Confidential Documents

Unless the parties agree otherwise, confidential documents must be produced in the following manner:

(i) Stamping, branding, or otherwise clearly marking documents with the appropriate confidentiality designation in a manner that will not interfere with legibility or, if applicable, audibility;

(ii) Including the appropriate confidentiality designation in the **Designation** field in the .DAT load file; and

(iii) Providing confidential documents, along with their full families, in a separate production volume with "Confidential" in the volume name.

## Document De-Duplication

A producing party should, prior to review and production, globally de-duplicate its email population using hash values (such as MD5 or SHA-1) as long as the **All Custodians** field is provided.  Loose files may also be globally de-duplicated using hash values (such as MD5 or SHA-1) as long as the **All File Paths** field is provided.

# REQUESTED METADATA FIELDS FOR ESI ON NEXT PAGE

**Requested Metadata Fields for ESI\***

| FIELD NAME | DESCRIPTION | EXAMPLE |
|---|---|---|
| Production Begin | Starting Bates number of the file | NYCE00000001 |
| Production End | Ending Bates number of the file | NYCE00000005 |
| Production Begin Family | Starting Bates number of the family | NYCE00000001 |
| Production End Family | Ending Bates number of the family | NYCE00000010 |
| Page Count | Number of pages in the file | 6 |
| Native Link | Hyperlink to the native file | Z:\VOL001\NATIVES\00\NYCE00000001.doc |
| All Custodians | All custodians of the record, if global deduplication was applied during processing<br><br>A revised ALLCUSTODIANS field must be provided in the form of an overlay for any documents affected by new custodians added to the database post-production. | Doe, John; Smith, Mary; Robinson, Jane |
| All File Paths | Original path of the file<br><br>All original file paths of the record, if global deduplication was applied during processing<br><br>A revised All File Paths field must be provided in the form of an overlay for any documents affected by new documents added to the database post-production. | Path\Folder2\My Documents; Path\Folder3\SmithDocuments |
| File Name | Name of the file | My Meeting.doc |
| File Extension | Extension of the file | DOC |
| File Type | Classification assigned by the processing software | Microsoft Word Document |
| Title | Data stored in the title metadata field | Agenda for Weekly Meeting |
| Author | Data stored in the author metadata field | jdoe |
| Subject | Subject of the email or the data stored in the subject metadata field | Meeting Agenda |
| From | Email address and display name of the sender of the email | John Doe <jdoe@company.com> |
| To | Email address(es) and display name(s) of the TO field recipient(s) of the email | Frank Smith <frank.smith@mycompany.com>; Jane Doe <jane.doe@mycompany.com> |
| CC | Email address(es) and display name(s) of the CC field recipient(s) of the email | Joseph Roberts <jroberts@company.com>; Mark Smith <msmith@company.com> |
| BCC | Email address(es) and display name(s) of the BCC field recipient(s) of the email | Joseph Roberts <jroberts@company.com>; Mark Smith <msmith@company.com> |
| Attachment Names | List of files attached to the email | File 1.xls; File 3.zip |
| Date Sent | Sent date of the email | 09/15/2012 |
| Time Sent | Sent time of the email (12-hr. format) | 3:30:25 PM |
| Date Modified | Last modified date of the file, as captured by the original application or the file system | 09/09/2012 |

3

| Time Modified | Last modified time of the file, as captured by the original application or the file system (12-hr. format) | 9:30:30 AM |
|---|---|---|
| Importance | Importance property of the email | High |
| Sensitivity | Sensitivity property of the email | Confidential |
| MD5 hash | MD5 hash value of the file | D41D8CD98F00B204E9800998ECF8427E |
| Family Date | Sent date of the email or last modified date of the parent document | 09/15/2012 |
| Family Time | Sent time of the email or last modified time of the parent document (12-hr. format) | 3:30:25 PM |
| Privilege Type | Privilege associated with the document | ACC; AWP |
| Redaction Type | This field will indicate if the document contains a non-privilege redaction | PII |
| Contains Slip Sheet | Information as to whether the document has been slip-sheeted | Yes |
| Slip Sheet Language | Language that appears on the document slip-sheet, if any | DOCUMENT WITHHELD FOR PRIVILEGE; DOCUMENT WITHHELD FOR NON-RESPONSIVENESS |
| Designation | Confidentiality level of the produced document | CONFIDENTIAL; HIGHLY CONFIDENTIAL |
| Text Link | Hyperlink to the text file | Z:\VOL001\TEXT\00\NYCE00000001.txt |

*\* Fields for paper documents should be determined and agreed upon separately.*

4