UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SHAKIRA LESLIE; on behalf of herself and
all others similarly situated,

                Plaintiff,

        v.

CITY OF NEW YORK; EDWARD CABAN, Police Commissioner for the City of New York, in his official capacity; JEFFREY MADDREY, Chief of Department for the New York City Police Department, in his official capacity; JAMES ESSIG, Chief of Detectives for the New York City Police Department, in his official capacity; BRIAN MCGEE, Deputy Chief in the Forensic Investigations Division of the New York City Police Department, in his official capacity; and DR. JASON GRAHAM, Chief Medical Examiner for the City of New York, in his official capacity;

                Defendants.

------------------------------------------------------------ x

Case No. 1:22-CV-02305

## **REVISED DISCOVERY PLAN AND SCHEDULING ORDER**

This Revised Discovery Plan and Scheduling Order is adopted, following a conference between counsel for the parties, pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure:

    1.    This case is not to be tried by a jury.

    2.    Amended pleadings shall not be filed and additional parties shall not be joined except with leave of the Court.

    3.    The parties agreed to a stipulation regarding the scope of discovery absent a certified class.

    4.    Initial disclosures have been exchanged by the parties.

1

5. All discovery shall be completed by April 18, 2024.

6. Fact Discovery:

    a. All fact discovery shall be completed by March 18, 2024.

    b. Initial requests for production of documents have been served.

    c. Initial Interrogatories have been served.

    d. Requests for Admissions shall be served by January 29, 2024.

    e. Depositions shall be completed by March 8, 2024.

    f. Any of the interim deadlines in paragraphs 6(b) through 6(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 6(a).

7. Expert Discovery:

    a. All expert discovery, including expert depositions, shall be completed by April 18, 2024.

    b. Plaintiffs' expert disclosures, if any, shall be made by January 19, 2024.

    c. Defendants' expert disclosures, if any, shall be made by February 19, 2024.

    d. The interim deadlines in paragraphs 7(b) and 7(c) may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by the date set forth in paragraph 7(a).

8. The parties agree that electronically stored information ("ESI") must be produced according to The City of New York Law Department's ESI Production Specifications as of 01/19/2023, as modified by mutual agreement of the parties and attached as Exhibit A.

9. Any party moving for summary judgment shall comply with Rule 2(F) of the Court's Individual Practices.

10. Defendants shall file their summary judgment motion by May 20, 2024.

11. Plaintiffs shall file their opposition and their cross motion for summary judgment by June 21, 2024.

12. Defendants shall file their opposition to Plaintiffs' cross motion and their reply in support of their motion by July 22, 2024.

13. Plaintiffs shall file their reply in support of their cross motion by August 2, 2024.

14. This Discovery Plan and Scheduling Order may not be modified or the deadlines extended without leave of the Court (except as provided in paragraphs 6(f) and 7(d) above).

Dated: October 23, 2023
     New York, N.Y.

/s/
Marilyn Richter
Assistant Corporation Counsel
Corporation Counsel of the City of New York
Attorney for Defendants

/s/
Philip Desgranges
The Legal Aid Society
Attorney for Plaintiffs

SO ORDERED:

Hon. Naomi Reice Buchwald
United States District Judge

Dated: November 6, 2023
       New York, New York

3