IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAKIRA LESLIE; on behalf of herself and all others similarly situated,<br><br>             Plaintiffs,<br><br>             v.<br><br>CITY OF NEW YORK; EDWARD CABAN, Police Commissioner for the City of New York, in his official capacity; JEFFREY MADDREY, Chief of Department for the New York City Police Department, in his official capacity; JAMES ESSIG, Chief of Detectives for the New York City Police Department, in his official capacity; BRIAN MCGEE, Deputy Chief in the forensic Investigations Division of the New York City Police Department, in his official capacity; and DR. JASON GRAHAM, Chief Medical Examiner for the City of New York, in his official capacity;<br><br>             Defendants. | Case No. 1:22-CV-02305-NRB<br><br>**NOTICE OF APPEARANCE OF MARK A. RACANELLI** |

      PLEASE TAKE NOTICE that Mark A. Racanelli hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff Shakira Leslie, and hereby certifies that he is admitted to practice in the United States Court for the Southern District of New York, and requests that copies of all briefs, motions, orders, correspondence, and other papers be electronically served on the undersigned at:

      MARK A. RACANELLI
      O'MELVENY & MYERS LLP
      Times Square Tower
      7 Times Square
      New York, NY 10036
      Telephone:    (212) 326 4403
      Facsimile:     (212) 326 2061

-2-

Dated:  January 24, 2024                              Respectfully submitted,

                                                                   O'MELVENY & MYERS LLP

By: */s/ Mark A. Racanelli*

Mark A. Racanelli, Bar No. 2699619
mracanelli@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326 4403
Facsimile: (212) 326 2061

*Attorney for Plaintiff, Shakira Leslie*