UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

Leslie, et al. v. City of New York, et al.

**MOTION TO WITHDRAW**

22 Civ. 02305 (NRB)

-------------------------------------------------------------- X


**PLEASE TAKE NOTICE** that Corey Stoughton hereby withdraws as counsel in the above-captioned matter. I am no longer employed by The Legal Aid Society.

/s/ *Corey Stoughton*
COREY STOUGHTON

Dated:  January 31, 2024
          New York, N.Y.

cc: All Counsel (By ECF)