# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SHAKIRA LESLIE; on behalf of herself and
all others similarly situated,

      Plaintiff,

   v.

CITY OF NEW YORK; EDWARD CABAN,
Police Commissioner for the City of New York, in
his official capacity; JEFFREY MADDREY, Chief
of Department for the New York City Police
Department, in his official capacity; JAMES
ESSIG, Chief of Detectives for the New York City
Police Department, in his official capacity; BRIAN
MCGEE, Deputy Chief in the Forensic
Investigations Division of the New York City
Police Department, in his official capacity; and DR.
JASON GRAHAM, Chief Medical Examiner for
the City of New York, in his official capacity;

      Defendants.
------------------------------------------------------------ x

Case No. 1:22-CV-02305

## **THIRD REVISED DISCOVERY PLAN AND SCHEDULING ORDER**

   This Third Revised Discovery Plan and Scheduling Order is adopted, following a conference between counsel for the parties, pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure:

   1. This case is not to be tried by a jury.

   2. Amended pleadings shall not be filed and additional parties shall not be joined except with leave of the Court.

   3. The parties agreed to a stipulation regarding the scope of discovery absent a certified class.

   4. Initial disclosures have been exchanged by the parties.

5. All discovery shall be completed by January 31, 2025.

6. Fact Discovery:

    a. All fact discovery shall be completed by December 30, 2024.

    b. Initial requests for production of documents have been served.

    c. Initial Interrogatories have been served.

    d. Defendants shall complete their document production by August 5, 2024.

    e. Requests for Admissions shall be served by September 16, 2024.

    f. Depositions shall be completed by December 16, 2024.

    g. Any of the interim deadlines in paragraphs 6(e) through 6(f) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 6(a).

7. Expert Discovery:

    a. All expert discovery, including expert depositions, shall be completed by January 31, 2025.

    b. Plaintiffs' expert disclosures, if any, shall be made by October 31, 2024.

    c. Defendants' expert disclosures, if any, shall be made by December 2, 2024.

    d. The interim deadlines in paragraphs 7(b) and 7(c) may be extended by the written consent of all parties without application to the Court, provided that expert discovery is completed by the date set forth in paragraph 7(a).

8. The parties agree that electronically stored information ("ESI") must be produced according to The City of New York Law Department's ESI Production Specifications as of 01/19/2023, as modified by mutual agreement of the parties and attached as Exhibit A to the initial Discovery Plan and Scheduling Order.

9. Any party moving for summary judgment shall comply with Rule 2(F) of the Court's Individual Practices.

10. Defendants shall file their summary judgment motion by March 3, 2025.

11. Plaintiffs shall file their opposition and their cross motion for summary judgment by April 2, 2025.

12. Defendants shall file their opposition to Plaintiffs' cross motion and their reply in support of their motion by May 2, 2025.

13. Plaintiffs shall file their reply in support of their cross motion by May 16, 2025.

14. This Discovery Plan and Scheduling Order may not be modified or the deadlines extended without leave of the Court (except as provided in paragraphs 6(f) and 7(d) above).

Dated: May 24, 2024
      New York, N.Y.

| | |
|---|---|
| /s/ | /s/ |
| Marilyn Richter | Philip Desgranges |
| Assistant Corporation Counsel | The Legal Aid Society |
| Corporation Counsel of the City of New York | Attorney for Plaintiffs |
| Attorney for Defendants | |

SO ORDERED:

_____
Hon. Naomi Reice Buchwald
United States District Judge