**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAKIRA LESLIE, on behalf of herself
and all others similarly situated,

                    Plaintiff,

          -against-

THE CITY OF NEW YORK; EDWARD
CABAN, Police Commissioner for the City
of New York, in his official capacity;
JEFFREY MADDREY, Chief of Department
for the New York City Police Department, in
his official capacity; JAMES ESSIG, Chief of
Detectives for the New York City Police
Department, in his official capacity; BRIAN
MCGEE, Deputy Chief in the Forensic
Investigations Division of the New York City
Police Department, in his official capacity;
and DR. JASON GRAHAM, Chief Medical
Examiner for the City of New York, in his
official capacity,

                    Defendants.

**Notice of Appearance**

No. 22-cv-02305-NRB

**To: The Clerk of Court**

    Please enter the appearance of the undersigned as counsel for Defendants The City

of New York, Edward Caban, Jeffrey Maddrey, James Essig, Brian McGee, and Dr. Jason

Graham in this action.

Dated: New York, New York
        October 1, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
    City of New York

By: _/s/ Nicholas R. Tambone_____
    Nicholas R. Tambone
    Assistant Corporation Counsel
100 Church Street
New York, NY 10007
Tel. (212) 356-8767
ntambone@law.nyc.gov