UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

SHAKIRA LESLIE; and SHAMILL BURGOS; on behalf of themselves and all others similarly situated,

                       *Plaintiffs*,

           v.

CITY OF NEW YORK; KEECHANT SEWELL, Police Commissioner for the City of New York, in her official capacity; KENNETH COREY, Chief of Department for the New York City Police Department, in his official capacity; JAMES ESSIG, Chief of Detectives for the New York City Police Department, in his official capacity; EMANUEL KATRANAKIS, Deputy Chief in the Forensic Investigations Division of the New York City Police Department, in his official capacity; and DR. JASON GRAHAM, Acting Chief Medical Examiner for the City of New York, in his official capacity;

                       *Defendants*.

------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:22-CV-02305

**MOTION TO WITHDRAW**

PLEASE TAKE NOTICE that the undersigned hereby moves to withdraw her appearance as counsel for Plaintiff Shakira Leslie in the above-captioned matter. Ms. Garcia-Salazar is no longer employed by the Legal Aid Society of New York. Plaintiff Shakira Leslie will continue to be represented by the Legal Aid Society of New York in this matter.

Dated: March 17, 2025
     New York, N.Y.

Respectfully submitted,

*s/ Paula Garcia-Salazar*

_____

Paula Garcia-Salazar