UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SHAKIRA LESLIE and SHAMILL BURGOS,
on behalf of themselves and all
others similarly situated,

                      Plaintiffs,

    - against -

                                             **ORDER**

CITY OF NEW YORK, KEECHANT SEWELL,
Police Commissioner for the City    22 Civ. 2305 (NRB)
of New York, in her official
capacity, KENNETH COREY, Chief of
Department for the New York City
Police Department, in his official
capacity, JAMES ESSIG, Chief of
Detectives for the New York City
Police Department, in his official
capacity, EMANUEL KATRANAKIS,
Deputy Chief in the Forensic
Investigations Division of the New
York City Police Department, in
his official capacity, and DR.
JASON GRAHAM, Acting Chief Medical
Examiner for the City of New York,
in his official capacity, EDWARD
CABAN, JEFFREY MADDREY, and BRIAN
MCGEE,

                      Defendants.

----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      **WHEREAS** on July 9, 2025, defendants in the above-captioned action filed a Motion for Summary Judgment, ECF No. 127, as well as an accompanying Memorandum of Law, ECF No. 128, Declarations,

ECF No. 129-31, Local Rule 56.1 Statement, ECF No. 132, and letter, ECF No. 133; and

**WHEREAS** this Court has implemented Individual Practice 2.B., which requires any party seeking to make a motion to file a letter request for a pre-motion conference before doing so; and

**WHEREAS** defendants filed their Motion for Summary Judgment without submitting a request for a pre-motion conference in accordance with Individual Practice 2.B.; it is hereby

**ORDERED** that the Clerk of Court is directed to strike from the docket defendants' Motion for Summary Judgment, ECF No. 127, and accompanying materials, ECF Nos. 128-33; and it is further

**ORDERED** that if defendants wish to file a motion for summary judgment, defendants should first comply with this Court's Individual Practice 2.B.

Dated:   New York, New York
         July 25, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE