Table 3
Allelic data for 34 environmental samples assayed using AmpFℓSTR® Profiler Plus™ and resolved on MJ BaseStation 51™

| Sample name | Replicate | Traffic level | Dust level | Input DNA (ng) | Locus | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Amelogenin | FGA | vWA | D3 S1358 | D5 S818 | D7 S820 | D8 S1179 | D13 S317 | D18 S51 | D21 S11 |
| Classroom 1 | 1 | High | Unapp | 0.1645 | – | – | – | – | – | – | – | – | – | – |
| Classroom 1 | 2 | High | High | 0.3341 | – | – | – | – | – | – | – | – | – | – |
| Classroom 1 | 3 | High | Low | 0.0845 | – | – | – | – | – | – | – | – | – | – |
| Classroom 2 | 1 | High | Medium | N/A | X,Y | – | – | – | – | – | – | – | – | – |
| Classroom 2 | 2 | High | Medium | 0.7827 | X,Y | – | – | – | – | – | (6) | – | (7) | (10) |
| Classroom 2 | 3 | High | Medium | 1.8534 | X,Y | 4 | 7 | 5 | 1 | – | 4 | – | – | 8 |
| Classroom 3[a] | 1 | High | Medium | 1.5514 | X,Y | 1 | 5 | 5 | – | – | 3 | – | (6) | 5 |
| Classroom 3 | 2 | High | Medium | 0.2611 | (X,Y) | – | (5) | – | (10) | – | (10) | – | (6) | (11) |
| Classroom 3 | 3 | High | Medium | 0.7219 | X,Y | 6 | 6 | 5 | – | – | 3 | – | – | (9) |
| Classroom 4 | 1 | High | Medium | 0.3648 | X | – | (3) | 1 | 2 | – | – | – | (12) | (9) |
| Classroom 4 | 2 | High | Medium | 0.7283 | X,Y | – | 3 | 5 | – | – | 6 | – | – | (7) |
| Classroom 4 | 3 | High | Medium | 0.6541 | X,Y | – | 1 | 3 | – | – | 10 | – | – | – |
| Office 1 | 1 | Low | High | 0.1427 | X,Y | – | 2 | 3 | – | – | 2 | – | – | – |
| Office 1 | 2 | Low | Low | 0.051 | – | – | – | – | – | – | – | – | – | – |
| Office 1 | 3 | Low | High | 0.2944 | X,Y | – | 1 | – | – | – | 1 | – | – | – |
| Office 2 | 1 | Low | High | 0.7616 | X | 7 | 1 | 5 | 1 | – | 3 | – | 4 | 6 |
| Office 2 | 2 | Low | High | 1.7856 | X,Y | 4 | 4 | 6 | – | – | 3 | – | 2 | 5 |
| Office 2 | 3 | Low | Low | 0.928 | X,Y | – | 1 | 4 | – | – | 2 | – | – | 6 |
| Office 3 | 1 | Low | Unapp | 0.0386 | – | – | – | – | – | – | – | – | – | – |
| Office 3 | 3 | Low | Low | 0.4698 | X | – | 3 | 1 | 4 | – | 2 | – | – | – |
| Office 3 | 2 | Low | Unapp | 0.0557 | – | – | – | – | – | – | – | – | – | – |
| Office 4 | – | Low | Medium | 1.5821 | X,Y | – | 5 | 4 | – | – | 5 | – | – | – |
| Office 5 | – | Low | Medium | 0.3034 | X | – | 1 | 2 | – | – | 1 | – | – | – |
| Office 6 | – | Low | Medium | 0.0198 | – | – | – | – | – | – | – | – | – | – |
| Lab 1 | 1 | Low | Medium | 0.2106 | – | – | – | – | – | – | – | – | – | – |
| Lab 1 | 2 | Low | High | 0.1555 | – | – | – | – | – | – | – | – | – | – |
| Lab 1 | 3 | Low | High | 0.1242 | – | – | – | – | – | – | – | – | – | – |
| Lab 2 | 1 | Medium | Low | 0.0826 | – | – | – | – | – | – | – | – | – | – |
| Lab 2 | 2 | Medium | Low | 0.0826 | X,Y | – | – | – | – | – | – | – | – | – |
| Lab 2 | 3 | Medium | Low | 0.1094 | X,Y | – | 1 | – | – | – | – | – | – | – |
| Lab 3 | 2 | Low | Low | 0.0845 | X | – | 1 | 2 | – | – | – | – | – | – |
| Lab 3 | 3 | Low | Medium | 0.0646 | X,Y | – | 1 | 3 | – | – | 1 | – | – | – |
| Lab 4 | 1 | Medium | Low | 0.1741 | X | – | – | 1 | – | – | – | – | – | – |
| Lab 4 | 3 | Medium | Medium | 0.1318 | X | – | 2 | 2 | – | – | 2 | – | 3 | 2 |

Two samples were excluded due to absence of quantifiable human DNA in replicate Quantifiler™ assays. Numbers represent the count of alleles present at each locus. Allele calls displayed in parentheses indicate distinct peaks that occurred at low RFUs below the baseline threshold. Dashes signify absence of alleles for a locus.
  [a] STR amplification results are shown in Fig. 3.

Based on the STR data (Table 3), it is clear that an expected correlation exists in these samples between quantity of input DNA and success of STR amplification. Comparison of results from the MJ BaseStation 51™ with results from the ABI Prism® 3100-Avant (Table 4), reveled that the ABI platform recognized fewer peaks for each locus than the MJ BaseStation platform. Due to the differences in threshold, the profiles were similar but not perfectly concordant (Fig. 4). Nevertheless, both platforms showed the presence of human DNA from multiple contributors. Six of the nine samples compared across the two platforms had at least one locus with matching allele calls, four samples had two or more loci with matching ranges of alleles, and one sample had six loci with matching allele calls. The minimal differences observed in allele calls were primarily attributable to differences in allele binning rules across the two software platforms.

## 4. Discussion

### 4.1. Presence/absence of human DNA in dust

This investigation was designed to characterize human DNA present in indoor environmental samples composed primarily of dust and to test the potential utility of this source of DNA for analysis of inhabitants within a defined location. Our results demonstrate unequivocally that measurable levels of human DNA are present in indoor dust. Quantitation of the human DNA from multiple dust samples indicated that although the human DNA component is minute, it constitutes a measurable portion of the total DNA. In samples with very small quantities of human DNA, mtDNA was detected more often than nuclear DNA, which is not surprising considering differences in the nature of the two molecules. Nuclear DNA is a long linear molecule consisting of two copies per cell, whereas mitochondrial DNA is a small, circular molecule, potentially existing as hundreds to thousands of copies in a cell [14]. Long linear DNA is more easily damaged than short circular DNA by shearing, biological and chemical degradation, and UV exposure. These facts are generally accepted as the basis for the contention that mitochondrial DNA is easier to recover from degraded samples than nuclear DNA [15]. In the present study, samples that tested positive for mtDNA and negative for nuclear DNA probably contained very old or degraded human DNA (i.e., older dust deposition), whereas those that tested positive for both types of DNA most likely contained more recently sloughed human

Table 4
Comparison of alleles present per locus for nine AmpFℓSTR® Profiler Plus™ reactions analyzed on both an ABI Prism® 3100-Avant and MJ BaseStation 51™

| Sample | Replicate | Platform | Locus | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Amelogenin | FGA | vWa | D3 S1358 | D5 S818 | D7 S820 | D8 S1179 | D13 S317 | D18 S51 | D21 S11 |
| Classroom 2 | 2 | ABI | X, Y | 2 | 1 | 3 | 2 | – | 3 | – | – | 1 |
| | | MJ | X, Y | – | – | – | – | – | (6) | – | (7) | (11) |
| Classroom 2 | 3 | ABI | X, Y | 5 | 4 | 4 | 2 | – | 3 | 2 | – | 3 |
| | | MJ | X, Y | 4 | 7 | 5 | 1 | – | 4 | – | – | 8 |
| Classroom 3[a] | 1 | ABI | X, Y | – | – | 4 | 2 | – | 2 | – | – | – |
| | | MJ | X, Y | 2 | 5 | 5 | 1 | – | 3 | 1 | 6 | 5 |
| Classroom 4 | 1 | ABI | X | – | – | 1 | 1 | – | – | – | – | 1 |
| | | MJ | X | – | (3) | 1 | 2 | – | – | – | (12) | (9) |
| Office 2 | 1 | ABI | X | – | – | – | – | – | – | – | – | – |
| | | MJ | X | 6 | 1 | 5 | 1 | – | 3 | – | 4 | 6 |
| Office 4 | – | ABI | X, Y | – | 2 | 4 | 1 | – | 1 | – | – | – |
| | | MJ | X, Y | – | 5 | 4 | – | – | 5 | – | – | – |
| Office 5 | – | ABI | – | – | – | – | – | – | – | – | – | – |
| | | MJ | – | – | 1 | 2 | – | – | 1 | – | – | – |
| Lab 3[b] | 3 | ABI | X, Y | – | 1 | 2 | 1 | – | 1 | – | – | 1 |
| | | MJ | X, Y | – | 1 | 3 | – | – | 1 | – | – | – |
| Lab 4 | 3 | ABI | – | – | – | – | – | – | – | – | – | – |
| | | MJ | X | – | 2 | 2 | – | – | 2 | – | 3 | 2 |

[a] STR amplification results are shown in Fig. 3.
[b] Visual comparison of STR electropherograms across platforms shown in Fig. 4.

keratinocytes. The implication of these results is that a simple PCR screen of the types of human DNA present may offer useful information about the nature or quality of human DNA in an environmental dust sample.

4.2. Quantitation

This study demonstrates that human DNA is present in indoor dust in sufficient quantity to amplify with qPCR and to yield human STR genotypes. The ABI Quantifiler™ kit has been validated to consistently quantify human DNA to levels as low as 10 pg per reaction and to routinely quantify as little as 6 pg in casework samples [16]. The choice not to validate the kit for amounts lower than 10 pg has been related to the possibility of standard breakdown—a term used to describe the breakdown of quantitation reliability due to ever higher dilutions of human control DNA. The higher the dilution, the more likely that sampling will be inconsistent and correlation of duplicate standards will fail [16]. This is a concern in the current study because of the extremely small amounts of DNA measured in some dust samples. The lowest quantity of control human DNA employed to create standard curves was 23 ng/μl; therefore, samples with the lowest concentrations of human DNA, calculated by extrapolation beyond the lowest point on the standard curve, were below the limit validated for this kit. Although this is a concern, the very high correlation of duplicate standards substantiates the reliability of estimates taken from the lower bounds of the curve. Furthermore, the fact that those same low concentration specimens yielded genotypes in AmpFℓSTR® Profiler Plus™ reactions illustrates that despite potentially imprecise quantitation, human DNA was indeed present and could affect downstream analysis. Given the range of human DNA detected in these experiments, it is advisable for future low-copy DNA studies to include triplicate standards (as opposed to duplicate) and standard dilutions to levels of 5 pg and below.

4.3. STR analysis

Typical human STR analysis involves identifying an individual based on the allele profile at multiple STR loci. However, because our sampling locations were regularly occupied by many people, identification of a single individual was not an objective of our study. Thus, a novel approach to the interpretation of these data was necessary for STR analyses. The electropherograms were analyzed based on signal from dust samples as compared to the appearance of fluorescent background detected in the negative control reactions. Alleles were designated typeable at a specific locus analyzed on the MJ BaseStation 51™ if the peaks present exceeded the validated minimum threshold (200 RFUs). The consistent absence of alleles at two of the nine Profiler Plus© loci (D13S317 and D7S820) was not surprising due to the extremely small starting quantities of human DNA in these reactions. The largest DNA repeats are found at these loci, and therefore would be more likely to be degraded. It has been documented that allelic and complete locus dropout occur in low-copy-number (LCN) and degraded samples, and that even with pre-amplification of samples, it can be difficult or impossible to recover these alleles [17,18].

## 5. Conclusion

Human DNA is present in indoor environmental samples containing dust, and at levels high enough to permit detailed molecular analyses. The quantity and quality of human DNA in dust samples did not vary statistically among locations with different human traffic or dust levels. However, the direct relationship of traffic and dust levels with the amount and quality of human DNA is difficult to generalize due to the potential effects of other factors not controlled or considered in this investigation. Environmental variables, including light, heat, and moisture can degrade DNA [19]. Cleaning agent residues (e.g., bleach) can destroy DNA. Finally, ventilation systems can serve as vehicle for transferring dust among rooms, and introducing DNA that does not originate from past or present occupants of a particular room.

This study introduces the potential use of dust samples for detecting human habitation and possibly for identification of the inhabitants of a certain space. Here we have demonstrated the ability to gain at least partial profiles for numerous people inhabiting one location, without pre-amplification of DNA in the samples. An eloquent survey of two whole genome amplification (WGA) kits using $\Phi$-29 phage DNA polymerase to pre-amplify LCN and degraded human DNA samples [17] found that whole genome amplification of both LCN and lab-degraded samples effectively increased not only the quantity of human DNA, but also restored the presence of restriction enzyme-digested alleles in STR analysis. Future studies gauging the success of WGA on environmental dust samples may yield similar results. Finally, if dust samples are pre-amplified and successful STR analysis is performed, our current data indicate that deconvolution of the alleles derived from numerous individuals would be necessary. This has been studied [20,21] and different methods have been reported for interpretation which are most notably effective when the DNA of only two or three individuals is present in the mixture.

Results of this study have implications regarding the processing of forensic samples. First, the presence of genotypeable human DNA in dust illustrates a significant potential contamination source in forensic investigations. Twenty-five of 36 samples contained sufficient input human DNA for STR analysis using the AmpF$\ell$STR® Profiler Plus™ assay (~1.0 ng), and 36% (including low-input samples) produced alleles at multiple loci. These results demonstrate that even though anti-contamination measures may be in place at a crime scene and in the laboratory, trace DNA derived from dust in the vicinity of other evidence is capable of producing signals higher than background noise in STR analyses. Therefore, where stains, fingerprints, or other trace evidence are collected for DNA analysis, care must be taken to avoid sampling surrounding areas with visible dust, as confounding alleles will almost certainly be present. Ultimately, common sense on the part of the investigator, careful collection, and use of serology to confirm boundaries of biological specimens will prevent confounding evidence with the ubiquitous ambient human DNA documented here.

## Acknowledgments

This project was supported by Johns Hopkins University Applied Physics Laboratory award number 8821816 to KMK and BLB, and by EcoGen, Inc. We thank W. Eggleston for critical review of this manuscript.

## References

[1] N. Petraco, The occurrence of trace evidence in one examiner's casework, J. Forensic Sci. 30 (1984) 485–493.
[2] E. Locard, The analysis of dust traces, Part I, Am. J. Police Sci. 276 (1930) 276–298.
[3] N. Petraco, A guide to the rapid screening, identification, and comparison of synthetic fibers in dust samples, J. Forensic Sci. 32 (1986) 768–777.
[4] D.W. Griffin, V.H. Garrison, J.R. Herman, E.A. Shinn, African dust in the Caribbean atmosphere: microbiology and public health, Aerobiologia 17 (2001) 203–213.
[5] J. Cleave, L. Ingram, E. Barber, P. Willson, Airborne dust, endotoxin, and DNA downwind from swine barns. Sask Pork Final Report, 2002 (accessed online April 15, 2006). http://www.extension.iastate.edu/airquality/reports/saskpork.pdf.
[6] S.R. Roy, A.M. Schiltz, A. Marotta, Y. Shen, A.H. Liu, Bacterial DNA in house and farm barn dust, J. Allergy Clin. Immunol. 112 (2003) 571–578.
[7] R.A.H. van Oorschot, M.K. Jones, DNA fingerprints from fingerprints, Nature 387 (1997) 767.
[8] R.A.H. van Oorschot, S. Treadwell, J. Beaurepaire, N.L. Holding, R.J. Mitchell, Beware of the possibility of fingerprinting techniques transferring DNA, J. Forensic Sci. 50 (2005) 1417–1422.
[9] P. Gill, J. Whitaker, C. Flaxman, N. Brown, J. Buckleton, An investigation of the rigor of interpretation rules for STRs derived from less than 100 pg of DNA, Forensic Sci. Int. 112 (2000) 17–40.
[10] S. Stouder, K.J. Reubush, D.L. Hobson, J.L. Smith, Trace evidence scrapings: a valuable source of DNA? Forensic Sci. Commun. (Online), 2001 <http://www.fbi.gov/hq/lab/fsc/backissu/oct2001/stouder.htm> accessed 8/3/06.
[11] R.A. Wickenheiser, Trace DNA: a review, discussion of theory, and application of the transfer of trace quantities of DNA through skin contact, J. Forensic Sci. 47 (2002) 442–450.
[12] S. García-Obregón, M.A. Alfonso-Sánchez, A.M. Pérez-Miranda, C. Vidales, D. Arroyo, J.A. Peña, Genetic position of Valencia (Spain) in the Mediterranean Basin according to *Alu* insertions, Am. J. Hum. Biol. 18 (2006) 187–195.
[13] S. Luciani, G. Fornaciari, O. Rickards, C. Martínez Labarga, F. Rollo, Molecular characterization of a Pre-Columbian mummy and *in situ* coprolite, Am. J. Phys. Anthropol. 129 (2006) 620–629.
[14] D. Bogenhagen, D.A. Clayton, The number of mitochondrial deoxyribonucleic acid genomes in mouse L and human HeLa cells, J. Biol. Chem. 249 (1974) 7991–7995.
[15] M.C. Kline, P.M. Vallone, J.W. Redman, D.L. Duewer, C.D. Calloway, J.M. Butler, Mitochondrial DNA typing screens with control region and coding region SNPs, J. Forensic Sci. 50 (2005) 377–385.
[16] R.L. Green, I.C. Roinestad, C. Boland, L.K. Hennessy, Developmental validation of the Quantifiler™ real-time PCR kits for the quantification of human nuclear DNA samples, J. Forensic Sci. 50 (2005) 809–825.
[17] K.N. Ballantyne, R.A.H. van Oorschot, R.J. Mitchell, Comparison of two whole genome amplification methods for STR genotyping of LCN and degraded DNA samples, Forensic Sci. Int. 166 (2006) 35–41.
[18] P.M. Schneider, K. Balogh, N. Naveran, M. Bogus, K. Bender, M. Lareu, A. Carracedo, Whole genome amplification—the solution for a common problem in forensic casework? Int. Congr. Ser. 1261 (2004) 24–26.
[19] I. Marota, C. Basile, M. Ubaldi, F. Rollo, DNA decay rate in papyri and human remains from Egyptian archaeological sites, Am. J. Phys. Anthropol. 117 (2002) 310–318.
[20] I.W. Evett, P.D. Gill, J.A. Lambert, Taking account of peak areas when interpreting mixed DNA profiles, J. Forensic Sci. 43 (1998) 62–69.
[21] J.M. Curran, C.M. Triggs, J. Buckleton, B.S. Weir, Interpreting DNA mixtures in structured populations, J. Forensic Sci. 44 (1999) 987–995.

communications biology

ARTICLE

https://doi.org/10.1038/s42003-021-02627-8    OPEN

# Nuclear preservation in the cartilage of the Jehol dinosaur *Caudipteryx*

Xiaoting Zheng[1,2], Alida M. Bailleul[3,4 ✉], Zhiheng Li[3,4], Xiaoli Wang[1,2] & Zhonghe Zhou[3,4]

Previous findings on dinosaur cartilage material from the Late Cretaceous of Montana suggested that cartilage is a vertebrate tissue with unique characteristics that favor nuclear preservation. Here, we analyze additional dinosaur cartilage in *Caudipteryx* (STM4-3) from the Early Cretaceous Jehol biota of Northeast China. The cartilage fragment is highly diagenetically altered when observed in ground-sections but shows exquisite preservation after demineralization. It reveals transparent, alumino-silicified chondrocytes and brown, ironized chondrocytes. The histochemical stain Hematoxylin and Eosin (that stains the nucleus and cytoplasm in extant cells) was applied to both the demineralized cartilage of *Caudipteryx* and that of a chicken. The two specimens reacted identically, and one dinosaur chondrocyte revealed a nucleus with fossilized threads of chromatin. This is the second example of fossilized chromatin threads in a vertebrate material. These data show that some of the original nuclear biochemistry is preserved in this dinosaur cartilage material and further support the hypothesis that cartilage is very prone to nuclear fossilization and a perfect candidate to further understand DNA preservation in deep time.

[1] Institute of Geology and Paleontology, Linyi University, Linyi City, Shandong 276005, China. [2] Shandong Tianyu Museum of Nature, Pingyi, Shandong 273300, China. [3] Key Laboratory of Vertebrate Evolution and Human Origins, Institute of Vertebrate Paleontology and Paleoanthropology, 142 Xizhimenwai dajie, Beijing 100044, China. [4] CAS Center for Excellence in Life and Paleoenvironment, Beijing 100044, China. ✉email: alida.bailleul@ivpp.ac.cn

The preservation of cell nuclei in long extinct organisms is currently considered rare and exceptional. Due to the fragility of nucleic acids, nuclei are thought to degrade extremely rapidly after death (sometimes within hours *postmortem*), leaving almost no chance for these structures to enter the fossil record (e.g., ref. [1]). However, the paleontological literature is full of histological reports of fossil tissues with exquisitely preserved nuclei and even sub-nuclear structures like nucleoli or chromosomes in multiple stages of cell division[2]. These examples are numerous and include nuclei from permafrost-preserved Cenozoic mammals, Mesozoic dinosaurs, various Cenozoic, Mesozoic, and Paleozoic plants, and even embryo-like fossil cell clusters that are more than 600 Million years (My) old (e.g., refs. [3–7]). Recent taphonomy experiments on plants and algae have shown that nuclei are surprisingly stable and that nuclear decay is much slower than originally thought in some conditions[8,9].

One of the finest levels of nuclear preservation is exemplified by fossilized mitotic chromosomes in permineralized plants[3,4,7,10,11]. In living organisms (Eukaryotes and Archaea), chromosomes represent the highest level of condensation of chromatin, which is composed of condensed DNA molecules coiled around histone proteins (e.g., ref. [12]). Recently, chromosome-like chromatin threads were reported for the first time in a vertebrate fossil in the cartilage of a 75 My old duck-billed dinosaur (*Hypacrosaurus stebingeri*[6]). In this material, nuclear and cellular preservation was exquisite and never seen before in a vertebrate. Due to a few unique tissue characteristics of calcified cartilage, such as the absence of vascularization/porosity, a high mineral:organic ratio and low amounts of oxygen, it was hypothesized that this calcified tissue is very prone to cellular and nuclear preservation, most likely more so than bone[6].

Here, we further investigate cellular and nuclear preservation in additional dinosaur cartilage material using a piece of femoral articular cartilage from a specimen of the oviraptorosaurid *Caudipteryx* (STM4-3) from the Early Cretaceous Jehol Biota. The Jehol ecosystem of Northeast China belongs to a Konservat-Lagerstätte in which most unearthed vertebrates have articulated skeletons, often accompanied by exquisite soft tissue and organ preservation[13,14]. It is logical to assume that, at least in some Jehol fossils, this morphological preservation extends to the cellular and intracellular level, including in fossilized cartilage. This tissue has already been investigated in three specimens of birds from the Jehol (i.e., in the skull of *Yanornis* and the postcrania of two different *Confuciusornis* specimens[15–18]), but in these cases, the cartilage was either not analyzed at the intracellular level[15–17] or it did not show any obvious nuclear preservation[18].

To investigate chondrocyte preservation in *Caudipteryx*, we used an array of microscopy methods that complement each other, including ground-sections, scanning electron microscopy (SEM), energy-dispersive X-ray spectroscopy (EDS), histochemical staining, and transmission electron microscopy (TEM). In STM4-3, we report another example of exquisitely preserved dinosaur cartilage cells, with one cell showing a nucleus with intracellular chromatin threads that have retained some of their original chemistry. We discuss the implications of our findings in the context of our understanding of nuclear fossilization in cartilage and of tissue preservation in the Jehol biota. We also discuss the importance of chemical and molecular research on cartilage cell nuclei to further understand DNA preservation in deep time.

## Results
**Specimen.** STM 4-3 (Shandong Tianyu Museum of Nature) is a well-preserved, complete and partially articulated specimen of *Caudipteryx*, with a femur length of about 15 cm (Fig. 1a). It also preserves the outline of original feathers and integument in a few areas, as well as a white mass of gastroliths inside its abdominal cavity (Fig. 1a, c). This specimen was collected in the Yixian Formation near Chaoyang City, Dapingfang Town in West Liaoning. One main fragment was extracted from the distal articular surface of the right femur and then further divided into three smaller fragments (Fig. 1b) for paleohistology and SEM-EDS analyses (Fig. 2), decalcified paraffin histology (Figs. 3, 4), and TEM analyses.

**Paleohistology and SEM-EDS.** Under transmitted light, ground-sections of the first fragment show an extremely dark material even though the slides are relatively thin (30 µm; Fig. 2a; Supplementary Fig. 1). At higher magnification, tissues are still not easily identifiable (Fig. 2c) and only an overexposed polarized light setting allows a better identification of the preserved structures (Fig. 2b, d–f). The sample is composed of sediments covering the articular end of the femur fragment, with a thin layer of calcified cartilage laying on top of subchondral bone (Fig. 2d–f). Both the calcified cartilage and the subchondral bone are highly diagenetically altered and invaded by a red-brown material (Fig. 2d–f; Supplementary Fig. 1). At low resolution, it has the shape of a web-like network infiltrating the spaces between bony trabeculae. In the calcified cartilage (which is avascular and lacks porous spaces), this network appears to be directly percolating the cartilaginous extracellular matrix (ECM) and the chondrocyte lacunae (Fig. 2d–f). Even at high magnification under the polarized light, the chondrocyte lacunae are not easily identifiable (Fig. 2f) and individual lacunae are best observed under the SEM (Fig. 2g, l). EDS analyses showed that the red-brown network is made mostly of iron (Supplementary Note 1). When EDS is focused on the calcified cartilage at high resolution (Fig. 2g–k; Supplementary Note 2), two different types of material can be seen inside the cell lacunae: a material mostly made of iron (Fig. 2i), and a material mostly made of silicon, with lower amounts of aluminum (Fig. 2j–k). A high-resolution SEM image shows that the two types of intralacunar material also have different morphologies (Fig. 2l). A piece of well-preserved muscle was found in a second ground-section of the same fragment. It is alumino-silicified but lacks iron (Supplementary Fig. 1; Supplementary Note 3). This piece of muscle is highly birefringent under the polarized light (Supplementary Fig. 1).

**Histology and chemistry of decalcified cartilage.** The second extracted fragment (Fig. 1b) was decalcified for three weeks in ethylenediaminetetraacetic acid (EDTA) and transformed into 10 µm-thick, unstained paraffin sections (Fig. 3a–e). Some dark brown areas are visible and most likely represent a combination of the iron network mixed with remnants of decalcified cartilage ECM (Fig. 3a). At higher magnification, numerous fossilized round cartilage cells can be seen (Fig. 3b). Even though the histological preservation of the calcified cartilage looked very poor in the ground-section and the cartilage cell lacunae looked dark and irregularly-shaped under transmitted light (Fig. 2), getting rid of most of the ECM by decalcification revealed in fact an exquisite cellular preservation (Fig. 3). Groups of brown, striated cells (Fig. 3b, c) and groups of transparent cells can be seen (Fig. 3b, d, e). A close look at the transparent cells reveals two different types of morphologies: cells with a smooth surface ("sc" in Fig. 3e) and cells with pores ("pc" in Fig. 3e). Based on the results from the previous slide (Fig. 2), the most logical conclusion to make based on color is that the striated, brown cells are ironized and the two types of transparent cells are alumino-silicified. However, the brown cells are transparent internally (and only covered by an external brown sheath). This can be seen in a few cells showing an external sheath that has been peeled off (Fig. 3d). Additionally, a few cells show an open cell membrane (lowest cell in Fig. 3d) and others potentially show some intracellular content (pink arrow in Fig. 3d).



**Fig. 1 Photograph and line drawing of *Caudipteryx* STM4-3. a** Photograph of the full slab. **b** Close-up on the right femur showing the extracted fragment outlined in yellow. **c** Line drawing of the specimen showing bones in light gray, the mass of gastroliths inside the body in pale gray and integument imprints in dark gray. cav, caudal vertebrae; cev, cervical vertebrae; Demin. P-S, demineralization and paraffin sections; fi, fibula; G-S SEM, Ground-sections and scanning electron microscopy; il, ilium; is, ischium; l co, left coracoid; l de, left dentary; l fe, left femur; l hu, left humerus; l ra, left radius; l tb, left tibiotarsus; l ul, left ulna; ma, maxilla; mtII, metatarsal II; mtIV, metatarsal IV; pu, pubis; r co, right coracoid; r de, right dentary; r fe, right femur; r hu, right humerus; r ra, right radius; r sc, right scapula; r tb, right tibiotarsus; r ul, right ulna; sk, skull elements; TEM, transmission electron microscopy.

An SEM and EDS analysis performed on these decalcified cells in an adjacent paraffin slide (Fig. 3f) also showed these three different types of cellular morphologies (Fig. 3g–i) and confirmed our previous chemical interpretation based on cell color. This specimen of *Caudipteryx* indeed has transparent, smooth, and porous cells that are silicified (Fig. 3g, h; Supplementary Notes 4–5) and brown, striated cells that are ironized (Fig. 3i; Supplementary Notes 6). While it is clear that the ironized cellular sheaths are a product of diagenesis, it is unclear how and when some of the silicified cells acquired pores. However, because cellular membranes become porous during the process of cell death, the porous silicified cells may represents cells that were in the process of dying at the time of mineralization.

**Histochemistry on decalcified cartilage.** To further investigate the presence of potential intracellular and nuclear material in these cartilage cells, we stained some of the paraffin slides (this time, with a standard thickness of 5 μm) with the common histochemical stain Hematoxylin and Eosin (H&E) used worldwide in biology laboratories (Fig. 4a). Hematoxylin reveals nuclei and nucleic acids in blue/purple and Eosin stains proteins of the cytoplasm and of the ECM in varying degrees of pink[19]. For a comparison with an extant analogue, a piece of decalcified articular cartilage and subchondral bone from the limb bone of an extant adult chicken (Fig. 4b; specimen used in ref. [20]) was stained with the same method (while avoiding possibilities of contamination; Supplementary Note 7). After staining, the chicken cartilage showed a pink ECM with chondrocyte nuclei staining purple (Fig. 4b, e). The chicken chondrocytes are naturally smaller than those in *Caudipteryx* because of the size difference between these two species, and because the cartilage cells of *Caudipteryx* additionally appear to be hypertrophic (Fig. 4a, c) unlike those in this adult chicken (Fig. 4b, e).

In the H&E stained slides of *Caudipteryx*, most of the ECM and cells were lost during the cutting and/or the staining process, but a few cells are still visible (Fig. 4a). Most silicified cartilage cells were unaffected by the H&E solution and remained transparent after staining (Fig. 4a). However, one transparent cell with an open cellular membrane showed some elongated, dark purple threads encased into a larger purple circular structure (Fig. 4c, d). This structure is clearly delimited and internal to the cell, and the area surrounding it remained unstained.

When this stained dinosaur cell is compared to stained avian chondrocytes, an identical staining pattern can be seen. The extant cells show an unstained cytoplasm located around a purple nucleus that has darker intranuclear areas (Fig. 4e, f). An unstained cytoplasm after H&E staining is not uncommon in extant material (and this can be due to a number of variables and steps in the H&E protocol[21]); and the darker intranuclear areas represent chromocenters, which are areas where chromatin is more condensed[22]. Based on the size, the morphology, the location of the structures seen in the dinosaur cell and based on the H&E staining pattern of the avian cartilage cells, the most logical conclusion is that this *Caudipteryx* cell preserves an original dinosaur nucleus (Fig. 4c). It sits within the cell cytoplasm, is delimited by a nuclear membrane and further contains darker stained material showing the morphological characteristics of condensed chromatin threads (Fig. 4c, d).

It is important to use different types of microscopes, light settings and different planes of the section to observe fine intracellular structures in fossilized cells (e.g., see ref. [6]). At higher magnification (×100 with immersion oil), the cell nucleus still shows dark purple threads of chromatin in a paler nucleoplasm (Fig. 4g; even though the threads have a slightly different arrangement in this plane when compared to that shown in Fig. 4c). Under the polarized light, the outline of these threads is even clearer and the stained nucleus is slightly birefringent (Fig. 4h).

The last fragment was prepared for TEM sectioning (Fig. 1b) to further analyze cartilage cells and potentially identify additional nuclei at much higher resolution (Supplementary Fig. 2). However, due to the minuscule thickness of the cuts (70 nm) and the difficulty to specifically target the cartilage, we were only able to observe two bone cells from the subchondral bone with this method. These two cells were ironized, showing a sheath of iron oxides around their cell membrane, but they did not show any apparent intracellular content (Supplementary Fig. 2).



**Fig. 2 Photographs of a fragment of the articular cartilage of STM4-3 seen with multiple microscopy methods. a** Femur fragment (ff) seen under transmitted light. **b** Fragment seen under the polarized light. **c** Close-up of the fragment (green box in **a**) showing dark tissues and overlying sediment. **d** Close-up of the fragment (pink box in **b**) seen under overexposed polarized light, showing sediments (sed), calcified cartilage (cc), and a few subchondral bone trabeculae (bt) that are birefringent. The two tissues are infiltrated with an orange to dark red material mostly composed of iron (Fe). **e** A close-up on the cartilage reveals that a lot of the chondrocyte lacunae are filled with the orange iron material. **f** Close-up of the white box in e, with arrows pointing at a few chondrocyte lacunae. **g** SEM image of approximately the same area shown in e, showing calcified cartilage with chondrocyte lacunae filled with 2 types of material: a dark gray material and a lighter material. **h–k** EDS analysis on this same image (**g**) showing the calcium (Ca) of the extracellular matrix, a group of chondrocyte lacunae filled with Silicon (Si) and Aluminum (Al), and another group with lacunae that are filled with iron (Fe). **l** Close-up of the white box in (**g**) showing ironized cartilage cells (icc) and silicified cartilage cells (scc).

## Discussion

Cartilage is a skeletal tissue that is less studied than bone or teeth in most branches of vertebrate paleontology. In the field of forensics it has been understudied for decades as well, but recent taphonomy experiments showed that hyaline (i.e., uncalcified) articular cartilage within the joints of limb bones in mammalian carcasses is one of the most durable and decay resistant soft tissues of the body (e.g., refs. [23–25]). This can be explained by multiple factors: articular cartilage is shielded from external contaminating microbes by the surrounding tissues of the joint capsule and by subchondral bone[24,25]. It also lacks vascularization and innervation, which offers protection against microbial invasions and the alteration of organic components, most likely similar to avascular eggshells which were recently shown to offer better biomolecule preservation[26] as well as better a DNA recovery than vascularized bone[27]. Moreover, cartilage has a low cell density and its cells have an anaerobic metabolism (e.g., refs. [23–25]). To our knowledge and according to histology textbooks (e.g., ref. [28]), there are only two main tissues in the vertebrate body that have cells with an anaerobic metabolism: cartilage and avascular epithelia. Chondrocytes receive nutrition and oxygen via diffusion through the avascular cartilaginous matrix and are unlike the cells of vascularized tissues which receive their oxygen directly from blood vessels (e.g., ref. [29]). This makes chondrocytes resistant to oxygen starvation and acidosis and all of these characteristics apparently play a role in delaying the autolytic processes (i.e., the autodestruction of cells by their lytic enzymes) that should otherwise start almost immediately after death[25,30–32]. For example, chondrocytes in human articular cartilage can remain viable for at least two weeks *postmortem* at ambient temperatures[33]. In a preliminary taphonomy experiment performed on avian cartilage decaying in water, many chondrocytes in the cartilage still showed a comparable morphology to those of 'healthy' chondrocytes after 15 days *postmortem*[18,34]. This shows that autolysis was also apparently completely inhibited for at least 2 weeks after death in this extant avian cartilage[18,34].

It was recently proposed that a delay or a complete inhibition of autolysis is one of the most important factors (and a prerequisite) for the fossilization of nuclei and finer intranuclear structures in deep time[2]. Forensic studies that noted the resistance of chondrocytes mostly focus on uncalcified hyaline cartilage (or at least, they do not specifically make the distinction between decay rates in hyaline versus calcified cartilage), but it can be logically assumed that the chondrocytes embedded in a calcified ECM are even more decay resistant than hyaline cartilage cells, being further protected from external contaminants by



**Fig. 3 Photographs of unstained paraffin sections and SEM images of the demineralized cartilage of STM4-3. a** One example of a 10 μm thick paraffin section of unstained, demineralized cartilage shows a dark brown material overall. **b** A close-up on this material shows that it is made of numerous globular structures representing fossilized chondrocytes. Some of them are transparent, others are brown. They represent alumino-silicified cells and ironized cells respectively. **c** Close-up on brown, ironized cartilage cells showing some striations. **d** Close-up on some ironized cells showing an iron sheath (is) that is peeling off. Other cells are apparently open (oc, open cell) and some show potential intracellular content (picc). **e** Close-up on transparent silicified cells showing two types of cells (smooth cells, sc; and porous cells, pc). **f** SEM image of a slide of demineralized cartilage sprayed with gold. **g** SEM image of two smooth silicified cells paired with an EDS analysis at the pink cross. **h** SEM-EDS image of a porous silicified cell. **i** SEM-EDS image of a striated ironized cell. Additional abbreviations: cd, cell doublet; gbicc, group of brown ironized cartilage cells; gtscc, group of transparent silicified cartilage cells; tscc, transparent silicified cartilage cell.

their mineralized matrix. All of these characteristics show that it is not that surprising to observe exceptional cellular and nuclear preservation in fossilized calcified cartilage, regardless of the age of the fossil. Since chondrocyte autolysis can take a few weeks to start after death[33,34], hypothetically neither burial nor permineralization need to be immediate for nuclear preservation to be observed in fossil cartilage. This was exemplified in the dinosaur *Hypacrosaurus*, where exceptional nuclear preservation was seen in some chondrocytes, yet the taphonomy of the nesting ground from which it was collected suggested burial was not particularly rapid[6]. This was also seen in a specimen of *Confuciusornis*[18]. In this specimen, permineralization of the tissues was extensively delayed *postmortem*, yet chondrocyte preservation (although poor) was still observed[18].

In the Late Cretaceous *Hypacrosaurus*, two nucleated cells linked by an intercellular bridge at the end of mitosis and one dying cell with internal metaphase-like chromatin threads were observed in a ground-section[6]. Some isolated cells also reacted with the DNA fluorescent dyes propidium iodide and DAPI[6]. Here, using paraffin histology paired with the histochemical stain H&E, we report an additional example of preserved chromatin threads in chondrocytes from even older dinosaur material, from the Early Cretaceous Jehol biota. This gives further support to the previous hypothesis that calcified cartilage is a tissue very prone to cellular and nuclear preservation[6]. It is likely that innumerable other examples of preserved chondrocyte nuclei in Mesozoic material are waiting to be discovered.

The H&E staining in *Caudipteryx* revealed cellular structures that (1) share similar morphological characteristics and (2) stain with the same pattern as those in avian chondrocytes (i.e., cytoplasm, nuclear membrane, and a nucleus with condensed chromatin). Proposing a contamination of this dinosaur cell by a chromatin mimicking structure or by a chromatin shaped organism is not scientifically sound. Based on the data provided by this study, on existing data on extant cartilage from forensics studies (e.g., ref. [23]), existing data on nuclear fossilization in both the Phanerozoic[2] and specifically in other dinosaur cartilage material[6] and dinosaur bone material[35], the most logical conclusion is that the H&E staining is binding to endogenous structures and that this *Caudipteryx* cell preserves its cytoplasm and its nucleus. The chromatin threads do not show any clearly identifiable mitotic conformation (i.e., from neither prophasic, metaphasic, anaphasic, nor telophasic chromosomes), therefore it is not possible to identify the specific cycle of this cell and it is safer to refer to these structures as fossilized threads of chromatin, not to chromosomes.

Based on qualitative histology seen in the ground-sections and the chemistry of the tissues and surrounding sediments shown by the EDS analyses (Fig. 2; Supplementary Notes 1, 2), it can be concluded that STM4-3 first underwent an event of alumino-silicification (most likely shortly after death and during early diagenesis), followed by a secondary invasion and alteration by iron that percolated through the cartilage and invaded the cracks and porous spaces of the subchondral bone. Many areas of the tissues of