Case 1:22-cv-02305-NRB    Document 144-48    Filed 08/08/25    Page 1 of 12



**FIGURE 3** Total amount of DNA detected in (A) office 1 at six locations (inner left and right lattice (1 and 2); outer left and right lattice (3 and 4) and inner and outer blades (5 and 6)), (B) house 2 at six locations middle (inner and outer); blade (inner and outer) and left side (inner and outer); at four time frames.

samples. Very mild degradation was noted in the samples taken from the house (Table 3).

There were no significant differences in amounts of DNA and NOC detected among the four time frames taken from house 2. The average amounts of DNA and NOC for the four time frames were 14.97 ng (0.18–24.12 ng)/3 (2–4) contributors (T1), 0.84 ng (0–17.4 ng)/2.5 (0–4) contributor (T2), 2.4 ng (0.06–5.64 ng)/3 (1–3) contributor (T3) and 0.96 ng (0.3–4.38 ng)/2 (2–3) contributor (T4).

Data showed that, in the office (Table 3), and for all test surfaces combined, less than 10% of initial biological material had re-accumulated after cleaning for most samples (ranging on average from 4% to 5% of the amounts detected in background samples). For the house, greater DNA amounts accumulated post-cleaning (ranging on average from 15% to 32% of the amounts detected in the background

samples). Similar amounts of DNA at the three different times post-cleaning suggested that, at least for these two locations, 4 weeks did not provide sufficient time for the amounts of DNA to return to the pre-cleaning levels.

Mixture-to-mixture comparisons of the samples from house 2 taken from different surfaces and different time frames resulted in multiple matches (Supporting Information 5B; Figure 4B). This space has been occupied by the same owners for over 10 years and includes two children as part of the household. Reference samples from children were not available for comparison, and it is possible that they have contributed to the DNA detected on the air conditioner unit.

Results from these two locations (office 1 and house 2) showed that sufficient DNA, to generate a DNA profile, can accumulate over time; however, the length of time

ELECTROPHORESIS





**FIGURE 4** Ringed plot showing results of mixture-to-mixture comparison of all samples taken from (A) office 1 and (B) house 2. The rings separate the sampling times (with days listed in the labels at the top of the rings, where 0 = background). The points on the rings are placed under headings for each sampling location. The colours of the links between time and location are coloured according to strength as given in the legend.

required to detect an individual is likely dependent on the use of the space, the type and use of air conditioner unit and the persons involved. Owner of office 1 was either excluded or provided LRs with moderate-to-very strong support (one sample at T4) for their presence; notably, these non-exclusions were background or 4-week samples; suggesting that prolonged time may be required for re-accumulation. This is in contrast to the results from house 2 and some of the other offices and houses where owners were detected at most times tested post-cleaning. House 2 owners were detected at each time frame post-cleaning including day 1, the shortest time frame with many results providing extremely strong support for H1. There are a number of possible reasons for this discrepancy. First, the occupation of houses and other offices was much longer than the 1 year reported for office 1. Longer occupation can result in the accumulation of person's DNA on items and surfaces, and this DNA may be dislodged and re-located, for example, to the air conditioner unit arising from person's movements and draughts from open windows and doors and use of the air conditioner itself. Second, the shedder status of the participants in this study was not specifically tested; however, it was known (from their participation in prior, unpublished shedder studies) that office 1 owner was a poor to intermediate shedder, and this could have exacerbated the lack of detectable DNA in this office. However, it is not known if an individual's environmental and touch shedder status display similar behaviour. Furthermore, two of the three owners in the other offices and all houses had male owners, and these individuals are possibly higher shedders compared to their female counterparts [31, 33–35].

### 3.1.4 | Overall observations from air conditioning units

Overall, lattice samples had more DNA than on the blade, possibly due to the smaller sample area of the blades surface (Tables 1–3). Furthermore, the blade is the only surface in the air conditioner unit that moves when the unit is activated, and this can dislodge DNA that was initially deposited, resulting in loss and redistribution of the initially deposited biological material. The inner surfaces, in general, had more DNA than outer surfaces, perhaps from being protected from the actions such as drafts that can dislodge DNA. However, the comparison of inner and outer surfaces in the house and office spaces was a lot more variable. Filters had the highest amount of DNA, which is expected as fibres of the filter can trap cells and DNA retaining it for later sampling and making this a favourable surface type for future air sample collection methods. It would be useful, in any further studies, to test the collection of DNA on different air conditioner filters over time, something that was not done in the present study.

## 3.2 | Air samples

### 3.2.1 | Time study using one filter and one filter sample size

No DNA was detected in the three samples of the filter taken 10 min after the three participants left the meeting

TABLE 3  DNA results obtained from the different locations on the air conditioner unit of house 2 taken before (background) and at three different time points after cleaning (T2–T4) including total amounts (ng), number of contributors (cont.) and likelihood ratio (LRs) to two adult owners (O1 and O2).

| Sample type/time | Background (T1) ng (DI) | cont. | 1 day (T2) ng (DI) | cont. | 1 week (T3) ng (DI) | cont. | 4 weeks (T4) ng (DI) | cont. | Interpretation Owner LRs |
|---|---|---|---|---|---|---|---|---|---|
| Inner middle | 18.24 (1.3) | 3 | 1.14 (2) | 3 | 2.28 (1.1) | 3 | 4.38 (1.3) | 3 | T1LR P1 = 10; P2 = exc<br>T2LR P1 = 1E04; P2 = 4E03<br>T3LR P1 = exc; P2 = exc<br>T4LR P1 = 2E06; P2 = 5E11 |
| Outer middle | 15.54 (1.2) | 3 | 4.68 (2.1) | 4 | 5.22 (1.3) | 3 | n/a | n/a | T1LR P1 = 10; P2 = exc<br>T2LR P1 = exc; P2 = 4E05<br>T3LR P1 = exc; P2 = exc<br>T4 n/a |
| Blade inner | 1.62 (1.3) | 3 | 0.24 (2.4) | 2 | 0.9 (1.3) | 3 | n/a | n/a | T1LR P1 = 1E04; P2 = 4E05<br>T2LR P1 = 2E04; P2 = exc<br>T3LR P1 = 60; P2 = 2E04<br>T4 n/a |
| Blade outer | 0.18 (2.3) | 2 | 0 (0) | 0 | 0.06 (1.1) | 1 | n/a | n/a | T1LR P1 = 30; P2 = E2E03<br>T2LR P1 = n/a; P2 = n/a<br>T3LR P1 = exc; P2 = exc<br>T4 n/a |
| Inner left | 14.4 (1.4) | 3 | 0.54 (2) | 2 | 2.52 (1.4) | 3 | 0.96 (2.1) | 2 | T1LR P1 = 4E4; P2 = exc<br>T2LR P1 = 10; P2 = 5E07<br>T3LR P1 = 1E06; P2 = 3E04<br>T4LR P1 = 1E03; P2 = 1E10 |
| Outer left | 24.12 (1.3) | 4 | 17.4 (1.8) | 3 | 5.64 (1.3) | 3 | 0.3 (1.9) | 2 | T1LR P1 = 1E09; P2 = 1E08<br>T2LR P1 = 5E05; P2 = 7E03<br>T3LR P1 = 1E03; P2 = 6E07<br>T4LR P1 = 50; P2 = 6E05 |

Note: n/a, no sample taken or no profile generated for interpretation; for simplicity, LRs favouring exclusion were reported as exclusion (exc).

room and one of the three samples taken with participants in the room for 1 and 5 h after participant departure (Table 4). Detectable DNA was recovered in the remaining meeting room samples ranging from 0.06 to 0.36 ng total DNA, and DNA profiles generated had 0 to 4 contributors (Table 4); most of these samples were very partial in nature. Mx to Mx comparisons were not performed due to limited profiling information for most of these samples (range of detected alleles 2–39; av. of 13). None or mild degradation was detected in these samples.

Notably, all participants were excluded from these samples with the exception of three samples (LR 5–14) (Table 4). The investigator was also not excluded in three samples (LR 14–2E03); likely from contamination during set up (Table 4).

Overall, longer air collection periods appear to increase the amounts of DNA detected both with and without participants in the room; however, it is likely that amounts of DNA recovered were affected by the very small sample size as larger filter size samples recovered larger quantities of DNA (see Section 3.5.2).

### 3.2.2 | Time study with different filters and sample size

Detectable amounts of DNA were recovered from the Airprep filter with increasing size of the sample taken from the filter resulting in greater DNA amounts and generally higher NOC (Table 5). Light-to-moderate degradation was detected in these samples. Highest DNA amounts were collected, whereas the participants were in the room which also resulted in the detection of one of the three participants with extremely strong support. Moderate inclusionary LRs of participants were obtained in some of the other samples including background and immediately after participant exit.

No DNA was detected in samples from two of the alternative filters with very limited profiles observed with the third, Whatman Grade 1, filter indicating that these filters are not a suitable replacement for the Airprep filter.

Mixture-to-mixture comparisons identified common unknown contributor(s) between

ELECTROPHORESIS

TABLE 4  DNA results obtained AirPrep filter samples (four punches) at two different durations of room occupation (1 and 2 h) and at multiple times post 1 h occupation (from 10 min to 5 h) including total amounts (ng) and degradation index (DI; in brackets), number of contributors (cont.) and likelihood ratio (LRs) to the three participants (P1 to P3) and the researcher (P4).

| Sample | Total DNA (ng) (DI) | | | Number of contributors | | | LR Inclusions | | |
|---|---|---|---|---|---|---|---|---|---|
| Replicate number | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 |
| Air collected for 10 min after participants exited the room | 0 (1.5) | 0 (2.9) | 0 (3.2) | 0 | 0 | 0 | n/a | n/a | n/a |
| Air collected for 30 min after participants exited the room | 0.06 (5.6) | 0.06 (1.8) | 0.06 (1.5) | 1 | 0 | 1 | P4 = 14 All others excluded | n/a | All excluded |
| Air collected for 1 h after participants exited the room | 0.06 (1.5) | 0.06 (0.7) | 0.12 (1.8) | 0 | 2 | 1 | n/a | All excluded | All excluded |
| Air collected for 3 h after participants exited the room | 0.18 (3.2) | 0.18 (1.8) | 0.12 (1.1) | 1 | 2 | 1 | All excluded | All excluded | All excluded |
| Air collected for 5 h after participants exited the room | 0.9 (1.3) | 0.24 (1.3) | 0.12 (0.9) | 0 | 4 | 4 | All excluded | P2 = 7 All others excluded | P4 = 26 All others excluded |
| Air collected for 1 h with all participants in the room | 0.06 (2.1) | 0.06 (1.4) | 0 (1.4) | 1 | 2 | 0 | All excluded | P2 = 5 All others excluded | n/a |
| Air collected for 2 h with all participants in the room | 0.12 (0.9) | 0.36 (1.3) | 0.12 (1.6) | 3 | 3 | 2 | P2 = 12 All others excluded | All excluded | P4 = 2E03 All others excluded |

- Background and post clean samples (1/2 and 1/2 Airprep filters; LR 2E05)
- Post-clean samples (1/2 and 1/4 Airprep filters; LR 1E05 and 1/2 and 1/8 Airprep samples; LRs 3E05 and 4E05)
- Post-clean and in the room samples (1/2 and 1/2 Airprep filters; LR 6E05)
- Participants in the room samples (Airprep filters 1/2, 1/4 and 1/8; LRs ranging from 1E5 to 1E25).

Direct PCR results concurred with the results of the standard DNA analysis where all three substitute filters failed to produce informative results (Supporting Information 6). Of interest, the participant that was detected with extremely strong support with conventional analysis was not detected in the corresponding direct PCR samples. It is possible that this is the result of the small sample size of the filter that was processed during direct PCR analysis; missing the parts of the filter that collected DNA of that participant. Mixture-to-mixture comparisons of direct PCR samples identified a common unknown contributor in background Airprep sample and in the room Whatman Grade 1 filter sample (LR 3E05).

These results show that DNA can be collected from the air; however, optimization may be required to improve the quality of the generated results. The preliminary data shows that the size of the sample may play a role as the participant detected with the larger size samples (half to one eighth of the filter) was not detected where only two punches were taken for direct PCR analysis. However, it appears that eighth sized samples were sufficient and comparable to larger samples. The relevance that sample size has on the quality of the DNA profiles was also confirmed in a recent study [23] where whole Airprep filters were processed (1 filter = 1 sample) and overall provided interpretable DNA profiles and inclusionary LR results. However, Airprep filters are quite absorbent, and thus, larger sample sizes will require increased amounts of consumables to saturate the sample. Thus, the optimization of the sampling that utilises the smallest size sample that will still generate an informative profile will be of relevance, prior to large-scale implementation of this sampling technique. Additionally, different types of filters from those tested here warrant further investigation.

In these experiments, DNA from participants was not detected during DNA analysis (with high statistical support), apart from the Airprep filter samples taken, whereas participants were in the room for 2 h. However, this was a limited pilot study, and further investigations are required to better understand different variables, such as the history of space occupation (e.g. personal spaces and offices rather than meeting rooms), presence of personal items, participant shedder status and activities performed which may affect what is detected and when.

GORAY ET AL.

TABLE 5  DNA results obtained from four different filters sampled at different times pre, during and post participants' occupation including background, post-cleaning, 2 h with participants in the room and for 2 h immediately after participant exit including total amounts (ng) and degradation index (DI; in brackets), number of contributors (cont.) and likelihood ratios (LRs) to the three participants (P4 to P6) and the researcher (P7).

| Conditions | Total DNA (ng) (DI) | | | Number of Contributors | | | LR Inclusions | | |
|---|---|---|---|---|---|---|---|---|---|
| Size of filter per sample | 1/2 | 1/4 | 1/8 | 1/2 | 1/4 | 1/8 | 1/2 | 1/4 | 1/8 |
| Background sample with Airprep filter collected for 2 h before participant arrival | 0.9 (1.6) | 0.48 (1.2) | 0.3 (2) | 5 | 4 | 2 | All excluded | P4 = 2 All others excluded | All excluded |
| Post cleaning sample with Airprep filter collected for 2 h after cleaning and before participant arrival | 1.02 (1.2) | 0.78 (1.5) | 0.36 (1.7) | 5 | 5 | 3 | All excluded | All excluded | All excluded |
| Sample collected with Airprep filter with 3 participants in the room for 2 h | 4.14 (1.5) | 2.22 (1.4) | 2.22 (1.4) | 5 | 6 | 6 | P5 = 6E12 All others excluded | P5 = 4E12 P7 = 4 All others excluded | P5 = 3E15 All others excluded |
| Sample collected with Airprep filter for 2 h immediately after participant exit after 2 h occupation | 1.62 (1.2) | 0.96 (1.3) | 0.48 (1.5) | 6 | 6 | 4 | P5 = 4 P7 = 7 All others excluded | P5 = 12 P4 = 6 All others excluded | P7 = 5 All others excluded |
| Sample collected with Millipore filter with 3 participants in the room for 2 h | 0 (0) | 0 (0) | 0 (0) | 0 | 0 | 0 | All excluded | All excluded | All excluded |
| Sample collected with Millipore filter immediately after participant exit after 2 h occupation | 0 (5.6) | 0 (0) | 0 (0) | 0 | 0 | 0 | All excluded | All excluded | All excluded |
| Sample collected with Whatman Grade 1 filter with 3 participants in the room for 2 h | 0.12 (1.6) | 0.06 (7.5) | 0 (3) | 2 | 1 | 0 | P6 = 6 All others excluded | All excluded | All excluded |
| Sample collected with Whatman Grade 1 filter for 2 h immediately after participant exit after 2 h occupation | 0.12 (1.6) | 0.06 (1.2) | 0 (0.3) | 1 | 1 | 0 | All excluded | All excluded | All excluded |
| Sample collected with Whatman Nylon filter with 3 participants in the room for 2 h | 0 (0) | 0 (0) | 0 (0) | 0 | 0 | 0 | All excluded | All excluded | All excluded |
| Sample collected with Whatman Nylon filter for 2 h immediately after participant exit after 2 h occupation | 0 (0) | 0 (0) | 0 (0) | 0 | 0 | 0 | All excluded | All excluded | All excluded |

15222683, 0, Downloaded from https://analyticalsciencejournals.onlinelibrary.wiley.com/doi/10.1002/elps.202300227, Wiley Online Library on [09/04/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

This study shows that DNA can be easily collected from air in different occupation spaces with some optimisation. Further recommendations to optimise collection strategies will require further investigations.

## 4 | CONCLUDING REMARKS

This study showed that human DNA can be collected from air and on surfaces that move air, such as air conditioner units, and can identify the usual users of the space as well as frequent visitors. DNA accumulated within a fairly short period of time with owners being identified after only 4 weeks of use of the tested space. Sampling of air conditioner units may be used to identify usual or long-term occupiers of a space, and air sampling may assist in the identification of short-term or recent users of a room. Such sampling may be considered, for example, if it is suspected, gloves were worn or that the crime scene has been cleaned post incident. Further studies are required to deduce the optimal positioning of the air collection device within various types of space of potential interest and the appropriate duration of collection within various settings and circumstances to acquire the DNA of interest if present.

### ACKNOWLEDGMENTS
Open access publishing facilitated by Flinders University, as part of the Wiley - Flinders University agreement via the Council of Australian University Librarians.

### CONFLICT OF INTEREST STATEMENT
The authors have declared no conflicts of interest.

### DATA AVAILABILITY STATEMENT
The data that support the findings of this study are available from the corresponding author upon reasonable request.

### ORCID
*Mariya Goray* https://orcid.org/0000-0002-0834-2895
*Duncan Taylor* https://orcid.org/0000-0003-0633-7424

### REFERENCES
1. Cook R, Mitchell N, Henry J. Assessment of Diamond™ nucleic acid dye for the identification and targeted sampling of latent DNA in operational casework. Forensic Sci Int Genet. 2021;55:102579.
2. van Oorschot RAH, Szkuta B, Meakin GE, Kokshoorn B, Goray M. DNA transfer in forensic science: a review. Forensic Sci Int Genet. 2019;38:140–66.
3. Burrill J, Daniel B, Frascione N. A review of trace "touch DNA" deposits: variability factors and an exploration of cellular composition. Forensic Sci Int Genet. 2019;39:8–18.
4. Krosch MN. Variation in forensic DNA profiling success among sampled items and collection methods: a Queensland perspective. Aust J Forensic Sci. 2021;53(6):612–25.
5. Dziak R, Peneder A, Buetter A, Hageman C. Trace DNA sampling success from evidence items commonly encountered in forensic casework. J Forensic Sci. 2018;263:835–41.
6. Mapes AA, Kloosterman AD, van Marion V, de Poot CJ. Knowledge on DNA success rates to optimize the DNA analysis process: from crime scene to laboratory. J Forensic Sci. 2016;61:1055–61.
7. Baechler S. Study of criteria influencing the success rate of DNA swabs in operational conditions: a contribution to an evidence-based approach to crime scene investigation and triage. Forensic Sci Int Genet. 2016;20:130–39.
8. Clare EL, Economou CK, Faulkes CG, Gilbert JD, Bennett F, Drinkwater R, et al. eDNAir: proof of concept that animal DNA can be collected from air sampling. PeerJ. 2021;9:e11030.
9. Puliatti L, Handt O, Taylor D. The level of DNA an individual transfers to untouched items in their immediate surroundings. Forensic Sci Int Genet. 2021;54:102561.
10. Thornbury D, Goray M, van Oorschot RAH. Transfer of DNA without contact from used clothing, pillowcases and towels by shaking agitation. Sci Justice. 2021;61:797–805.
11. Harbison SA, Fallow M, Bushell D. An analysis of the success rate of 908 trace DNA samples submitted to the crime sample database unit in New Zealand. Aust J Forensic Sci. 2008;40(1):49–53.
12. Dufva C, Nilsson A. Success rate of LT DNA analyses in casework. Forensic Sci Int Genet Suppl Ser. 2011;3:e271–72.
13. Castella V, Mangin P. DNA profiling success and relevance of 1739 contact stains from caseworks. Forensic Sci Int Genet Suppl Ser. 2008;1:405–7.
14. Bond JW. Value of DNA evidence in detecting crime. J Forensic Sci. 2007;52(1):128–36.
15. Mapes AA, Kloosterman AD, van Marion V, de Poot CJ. Objective data on DNA success rates can aid the selection process of crime samples for analysis by rapid mobile DNA technologies. Forensic Sci Int. 2016;264:28–33.
16. Mapes AA. DNA by numbers: locations of usable DNA based on 24466 crime scene samples. FORENSIC Magazine. 2015;8–9. www.forensicmag.com
17. Baranowski, AM, Burkhardt, A, Czernik E, Hecht H. The SCI-education effect: do potential criminals benefit from forensic TV series? Int J Law Crime Justice. 2018;52:86–97.
18. Ferguson C. Forensically aware offenders and homicide investigations: challenges, opportunities and impacts. Aust J Forensic Sci. 2019;51:S128–31. https://doi.org/10.1080/00450618.2019.1569129
19. Edwards DA, Man JC, Brand P, Katstra JP, Sommerer K, Stone HA, et al. Inhaling to mitigate exhaled bioaerosols. Proc Natl Acad Sci USA. 2004;101:17383–88.
20. Roberts D, Marks R. The determination of regional and age variations in the rate of desquamation: a comparison of four techniques. J Investig Dermatol. 1980;74:13–16.
21. Milstone LM. Epidermal desquamation. J Dermatol Sci. 2004;36:131–40.
22. Corcuff P, Lotte C, Rougier A, Maibach HI. Racial differences in corneocytes. A comparison between black, white and oriental skin. Acta Derm Venereol. 1991;71:146–48.

23. Fantinato C, Fonnelop AE, Bleka O, Vigeland MD, Gill P. The invisible witness: air and dust as DNA evidence of human occupancy in indoor premises. Sci Rep. 2023;13(1):19059. https://doi.org/10.1038/s41598-023-46151-7
24. Fantinato C, Gill P, Fonnelop AF. Detection of human DNA in the air. Forensic Sci Int Genet Suppl Ser. 2022;8:282–84.
25. Goray M, Taylor D, Bibbo E, Fantinato C, Fonnelope AE, Gill P, et al. Forensic application of human eDNA air sampling—a review. Electrophoresis. 2024;45:elps202300228.
26. Sassoubre LM, Yamahara KM, Gardner LD, Block BA, Boehm AB. Quantification of environmental DNA (eDNA) shedding and decay rates for three marine fish. Environ Sci Tech. 2016;50:10456–64.
27. Turner CR, Barnes MA, Xu CC, Jones SE, Jerde CL, Lodge DM. Particle size distribution and optimal capture of aqueous microbial eDNA. Methods Ecol Evol. 2014;5:676–84.
28. Ballantyne KN, Salemi R, Guarino F, Pearson JR, Garlepp D, Fowler S, et al. DNA contamination minimisation—finding an effective cleaning method. Aust J Forensic Sci. 2015;47:428–39.
29. Harrison JB, Sunday JM, Rogers SM. Predicting the fate of eDNA in the environment and implications for studying biodiversity. Proc Biol Sci. 2019;286:20191409.
30. Kester KM, Toothman MH, Brown BL, Scott Street W IV, Cruz TD. Recovery of environmental human DNA by insects. J Forensic Sci. 2010;55:1543–51.
31. Manoli P, Antoniou E, Bashiardes S, Xenophontos S, Photiades M, Stribley V, et al. Sex-specific age association with primary DNA transfer. Int J Legal Med. 2016;130:103–12.
32. Poetsch M, Bajanowski T, Kamphausen T. Influence of an individual's age on the amount and interpretability of DNA left on touched items. Int J Legal Med. 2013;127:1093–96.
33. Goray M, van Oorschot RAH. Shedder status: exploring means of determination. Sci Justice. 2021;61:391–400.
34. Rahrovan S, Fanian F, Mehryan P, Humbert P, Firooz A. Male vs female skin: what dermatologists and cosmeticians should know. Int J Women's Dermatol. 2018;4:122–30.
35. Allen RW, Pogemiller J, Joslin J, Gulick M, Pritchard J. Identification through typing of DNA recovered from touch transfer evidence parameters affecting yield of recovered human DNA. J Forensic Identif. 2008;58:33–41.

## SUPPORTING INFORMATION

Additional supporting information can be found online in the Supporting Information section at the end of this article.

**How to cite this article:** Goray M, Taylor D, Bibbo E, Patel D, Fantinato C, Fonneløp AE, et al. Up in the air: Presence and collection of DNA from air and air conditioner units. Electrophoresis. 2024;1–15. https://doi.org/10.1002/elps.202300227

Received: 23 June 2022 | Revised: 2 August 2022 | Accepted: 3 August 2022

DOI: 10.1111/1556-4029.15124

ORIGINAL PAPER

Criminalistics; Pathology/Biology

JOURNAL OF FORENSIC SCIENCES  AAFS

# Assessing the use of environmental DNA (eDNA) as a tool in the detection of human DNA in water

Marie Antony Dass BForSc (Hons)[1] | Craig D. H. Sherman PhD[1] | Yi Heng Nai PhD[2] | Morgan R. Ellis BEnvSc (Hons)[1] | Roland A. H. van Oorschot PhD[3,4] | Annalisa Durdle PhD[1,3]

[1]School of Life and Environmental Sciences, Deakin University, Geelong, Vic, Australia

[2]Centre for Regional and Rural Futures (CeRRF), Deakin University, Geelong, Vic, Australia

[3]Office of the Chief Forensic Scientist, Victoria Police Forensic Services Department, Mcleod, Vic, Australia

[4]School of Molecular Sciences, La Trobe University, Bundoora, Vic, Australia

**Correspondence**
Annalisa Durdle PhD, School of Life and Environmental Sciences, Deakin University, Locked Bag 20000, Geelong 3220, Vic, Australia.
Email: a.durdle@deakin.edu.au

**Abstract**

Environmental DNA (eDNA) is a highly sensitive and cost-effective tool that is increasingly being applied to studies of biodiversity and species detection. This non-invasive method relies on the collection of environmental samples that contain genetic material being shed into surrounding environment by the target organism/s. While forensic science has a long history of using molecular tools for collecting DNA from the environment, the detection of human DNA from environmental water samples has been limited. This study investigated the detection and degradation rates of human eDNA in water samples under controlled laboratory conditions. Using a human-specific qPCR assay targeting the ND1 region of human mitochondrial DNA, eDNA degradation over time in water spiked with human blood was assessed. Recovery of nuclear DNA was investigated by determining if routine DNA short tandem repeat (STR) profiles of the blood source could be generated. Results demonstrated that human eDNA remains detectable for up to 11 days under laboratory conditions in environmental water and up to 35 days in distilled water. Partial STR profiles could be recovered from environmental water only up to 24 h, while, in distilled water, partial profiles continued to be recovered up to 840 h. These findings demonstrate that sampling human eDNA from aquatic samples can provide reliable human DNA detection within relatively short time windows, assisting law enforcement agencies by providing information about the potential time an individual may have been present in an area or assisting in the detection and location of a body or remains in aquatic environments.

**KEYWORDS**
blood, DNA degradation, environmental DNA (eDNA), environmental water, human DNA, mitochondrial DNA, nuclear DNA, short tandem repeat

**Highlights**

- A complementary collection technique for recovery of human DNA from an aquatic environment has been identified.
- Human DNA from blood is detectable for only up to 11 days in environmental water.

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial License, which permits use, distribution and reproduction in any medium, provided the original work is properly cited and is not used for commercial purposes.
© 2022 The Authors. *Journal of Forensic Sciences* published by Wiley Periodicals LLC on behalf of American Academy of Forensic Sciences.

- STR profiles are recoverable from highly diluted blood samples up to 24 h in environmental water.
- Findings indicate the potential to broaden DNA recovery capacity to assist forensic investigations.

## 1 | INTRODUCTION

Recent improvements in the ability to detect, collect, and genotype trace quantities of DNA have assisted many forensic investigations [1–3]. The utilization of environmental DNA (eDNA) as a tool in detecting human DNA may provide additional opportunities for the collection of evidence to assist forensic investigations. All organisms continually shed cells into the surrounding environment, leaving what is often referred to as eDNA [4]. eDNA is often analyzed using one of two main analytical approaches. The first is the use of a species-specific assay (often qPCR or ddPCR) that uses a probe designed to specifically amplify DNA from a target species with high specificity [4, 5]. The second approach is a community composition approach and involves the use of metabarcoding which amplifies a gene region from a broader taxonomic group and then compares the sequences generated to databases to identify what species or groups are present [6–9]. eDNA may be derived from a wide variety of environmental samples, including feces, saliva, urine, and/or epithelial cells of plants and animals (including humans) and can be extracted from environmental samples such as soil, air, water, or snow and does not require direct interaction with the organism [4, 6–9].

Once released into the environment, eDNA starts to decay. The window of detectability of eDNA will be dependent on environmental conditions, bacterial action, the cell types the eDNA originates from, and how much DNA is present in the first place [10]. For example, cellular material released into the environment is continually broken down by UV light and microbial activity [11]. Furthermore, when an organism dies, the DNA is normally degraded by endogenous nucleases, but rapid desiccation, low temperatures, and high salt concentrations can cause nucleases to be destroyed or inactivated before all nucleic acids are broken down [12]. For instance, oxidation and the direct and indirect effects of background radiation will alter the nitrogenous bases of the sugar-phosphate backbone of DNA [12]. In addition to that depurination, deamination, and other hydrolytic processes will also lead to destabilization and degradation of DNA [12]. Thus, understanding the decay rate of eDNA of an organism within different water environments is crucial for understanding how long ago it may have been released (and hence how long ago the target organism may have been present at a particular location).

Given the success of detecting a range of different species using eDNA in aquatic environments, this approach may prove to be useful in locating a missing individual, or human biological material, or narrowing down and directing resources during a search in an aquatic environment. Locating human remains or biological materials as quickly as possible is crucial to preserve evidence in a criminal investigation. DNA has been widely used in forensic science for several decades for identifying potential victims and/or perpetrators of a crime. Before eDNA samples from aquatic environments can be used to assist forensic investigation, we need to establish how long human eDNA persists in these environmental samples. Thus, the aim of this study was to determine eDNA degradation rates in freshwater aquatic samples. Human-specific probes were used to detect and quantify the amount of human DNA in water samples over an 860 h period and to determine the decay rates of human DNA derived from blood. The ability to recover DNA-STR profiles from these aquatic samples and how that changed over time, was also tested.

## 2 | MATERIALS AND METHOD

### 2.1 | Blood samples

Human blood samples were taken by a trained phlebotomist from a healthy female blood donor. Ethylenediaminetetraacetic acid (EDTA) was used as an anticoagulant. Blood samples were stored at 4°C and used within 24 h of collection. The same blood source was used for all experiments reported in this study. This study was conducted in accordance with The Code on Ethics of the World Medical Association (Declaration of Helsinki) and approved by the Human Ethics Advisory Group (HEAG) under approval number TEC-39-2017-Durdle.

### 2.2 | eDNA decay trial setup

Decay trials were carried out in 20 L experimental plastic chambers that had been rinsed with 1% sodium hypochlorite and then distilled water and left to dry before use. Experimental chambers were closed with a screw cap lid to reduce the likelihood of contamination of human DNA from outside sources. A small hole was drilled into the screw cap lid and silicon air tubing was tightly fitted through the opening to allow for aeration of the experimental chamber from an air pump to prevent anoxic conditions from forming and ensuring cells remain suspended throughout the experiment period. Four replicate containers were filled with 20 L of distilled water and another four replicates were filled with 20 L of environmental water taken from a dam on a private rural property. This dam does not regularly have known inputs of potential human DNA, reducing the likelihood of background DNA confounding our estimates of eDNA decay. Three replicate containers from each water treatment were spiked with 100 μl of whole human blood. A control for each water treatment was not spiked with blood and was used to determine the presence and/or levels of background human DNA or subsequent contamination during the experimental period. Experimental conditions were maintained at 19°C in a 12 h day and night light setting for the duration of the testing period (up to 35 days).

## 2.3 | Sample collection of eDNA water treatment

Prior to sample collection, the contents of the container were homogenized using a 40mm stir bar on a magnetic stirrer. Water samples were collected from each container prior to the addition of blood, immediately after the addition of blood, and at regular time intervals up to 35 days (Table 1). A 600ml sample was decanted from each distilled water container using a built-in tap for each water treatment and 500ml of this was syringe-filtered through a 0.22μm pore size, polyethersulfone membrane, sterile Sterivex® - GP 0.22μm Filter Unit (PES) membranes (Merck Millipore,). However, for samples from the environmental water treatment, only 50ml was filtered due to numerous particles of sediment and debris that blocked the filters and prevented further filtering. The volume of water filtered for each treatment was noted during sample collection and used to determine the final concentrations of DNA in the water sample. After filtering, the inlet and outlet end of the Sterivex® filters were sealed with parafilm, labeled, and placed in a zip lock bag to be stored at −80°C until DNA extraction was performed.

## 2.4 | DNA extraction

DNA was extracted from the Sterivex® filters using DNeasy Blood & Tissue Extraction Kits (QIAGEN), following a modified protocol [13]. Frozen Sterivex® filters were thawed at room temperature. Lysis solution (720μl ATL buffer and 80μl proteinase K) was pipetted between the outer end of the Sterivex® filter and capsule walls. The filter was vigorously shaken vertically for a few seconds and then incubated while rotating at 56°C for 2 h using a Heraeus incubator (Thermo Scientific,).

TABLE 1  Time periods at which sampling of the sterile and environmental water treatments occurred

| Sampling period | Time (hours) |
|---|---|
| 1 | 0[a] |
| 2 | 12 |
| 3 | 24 |
| 4 | 48 |
| 5 | 96 |
| 6 | 120 |
| 7 | 144 |
| 8 | 168 |
| 9 | 192 |
| 10 | 240 |
| 11 | 264 |
| 12 | 288 |
| 13 | 312 |
| 14 | 336 |
| 15 | 504 |
| 16 | 672 |
| 17 | 840 |

[a]Immediately after spiking with blood.

After incubation, the Sterivex® filter was shaken vigorously for another few seconds. All the liquid from the inlet end capsule was then removed using a 3 ml Luer Lock syringe (Merck,) and the total amount of volume removed was measured and transferred into a 5 ml LoBind tube (Merck). Buffer AL and ice-cold molecular grade 99% ethanol were added to the sample in equal volumes at a 1:1:1 ratio. The solution mixture was vortexed vigorously for 10 s. A maximum of 650μl of the mixture at a time was pipetted into a DNeasy Mini Spin column in a 2 ml collection tube. Multiple spins were performed until all mixtures were used up, after which DNA extractions were performed following the manufacturer's instructions with a final elution volume of 100μl for each sample. Extracted DNA was stored at −20°C until required for further analysis.

## 2.5 | Real-time PCR

Detection of human DNA from water samples was achieved using human-specific primers and probes targeting the ND1 region of the mitochondrial DNA (mtDNA) [14]. An internal polymerase chain reaction control (IPC) was also included as a positive control in all qPCR reactions (Table 2). In a total reaction volume of 10 μl, the qPCR reaction mixture consisted of 5 μl of GoTaq® Master Mix (Promega), 0.25μl of 18μM hydrolysis mtND1 probe, 0.25μl of 10 μM of forward and reverse mtND1 primers (FAM), 0.25μl of 18μM hydrolysis IPC probe, 0.25μl of 10 μM of forward and reverse IPC primers (HEX), 1.5 μl of nuclease-free water, 1 μl of IPC oligonucleotide template, and 1 μl of template DNA. A negative control consisting of 1 μl of nuclease-free water was included, instead of template DNA, in each qPCR run. qPCRs were performed in a CFX Connect™ Real-Time System (Bio-Rad instrument,) with operation parameters: initial incubation at 95°C *for* 3 minutes, followed by 40 cycles of denaturation at 95°C *for 10s* and annealing and extension at 60°C *for 20s*. Fluorescence acquisition of both FAM and HEX channels was performed simultaneously at the end of each cycle.

### 2.5.1 | qPCR standards

To determine the assay's limit of quantification (LOQ) and limit of detection (LOD), a standard curve with 1:10 dilution series of human genomic DNA was performed and assessed following the protocol and curve fitting method described by Klymus [16]. Between $10^5$ and $10^{11}$ copies of mtDNA were freshly prepared and used in triplicate alongside samples in each qPCR reaction to fit a standard curve to quantify the human mtDNA, depending on the amplification efficiency between the replicate PCR standards. Next, standard curves were pooled across plates to calculate concentrations of the unknown samples. Amplification curves were analyzed with the automatic baseline feature of Version 3.1 of the CFX Manager™ Software. For each run, the software used amplification results from a freshly prepared serial dilution to generate a calibration curve for mtDNA by plotting $C_q$ (quantification cycle) values versus log $C_0$ (initial standard of DNA concentration).

TABLE 2  Oligonucleotide sequence of primers and probes for mtND1 and IPC

| Oligonucleotide | Sequence 5' – 3' | Reference |
|---|---|---|
| mtND1 – forward | CCCTAAAACCCGCCACATCT | [14] |
| mtND1 – reverse | GAGCGATGGTGAGAGCTAAGGT | |
| mtND1 – probe | /56-FAM/CCATCACCCTCTACATC/3MGBEc/ | |
| IPC – forward | AAGCGTGATATTGCTCTTTCGTATAG | [15] |
| IPC – reverse | ACATAGCGACAGATTACAACATTAGTATTG | |
| IPC – probe | /5HEX/TACCATGGCAATGCT/3MGBEc/ | |
| IPC Oligo | AAGCGTGATATTGCTCTTTCGTATAGTTACCATGGCAATGCTTAGAACAATACTAATGTTGTAATCTGTCGCTATGT | |

### 2.5.2 | Internal PCR control analysis

Environmental samples may contain a complex mix of organic and inorganic compounds, some of which may inhibit PCRs. Internal PCR controls (IPC) were incorporated into all PCR samples to account for the effect of PCR inhibitors that may be present in the environmental water samples. Positive control samples were produced using a 1:10 serial dilution of 10 µM oligonucleotide. The standards ranged from 100 pM to 10 fM. IPC standards were run in triplicate with an efficiency of 100.9%, $R^2$ value of 0.981, and a slope of −3.3. Therefore, 1 µl of 10 pM of IPC is incorporated in each qPCR mtND1 assay sample and is estimated to amplify at $C_q$ value of 23.53. The presence of inhibitors will shift the $C_q$ value to a higher value for a given quantity of template DNA.

## 3 | SAMPLE ANALYSIS

### 3.1 | eDNA decay

To determine eDNA decay curves for both water treatments, an exponential decay rate was fitted with the function $C(t) = C_0 e^{-kt}$ where $C(t)$ is the concentration in copies/µL at any given time, $C_0$ is the initial eDNA concentration, $k$ is the decay rate constant, and $t$ is the time in hours. This was fitted using non-linear models in statistics program 'R' (function: 'nlm', package: 'stats') To determine if there was significant difference between the decay constants of the two different water treatments, a generalized linear model was run after linearizing the concentrations using the natural log (Ln) in the statistics program 'R' (function:'eglm', package:'stats').

### 3.2 | STR nDNA profiling

To determine whether it is possible to obtain a forensically useful STR profile from human DNA collected from an aquatic environment, one replicate of the environmental water treatment and one replicate of the distilled water treatment per time point were subjected to STR genotyping. In addition, a buccal swab was collected from the blood donor to generate a full STR profile for comparison. DNA was amplified using PowerPlex® 21 (Promega,) for 30 cycles, as per manufacturer's instructions. A quantity of 0.5 ng extracted DNA was added except for samples quantified at less than 0.033 ng/µL, for which the maximum volume (15 µl) of extract was added to the PCR reaction. Three samples with high concentrations of DNA were diluted down to 0.5 ng/µL. The CE injection specifications were 1.2 kV 24 s. The samples were quantified using the Quantifiler Trio® (Life Technologies,) system on an ABI PRISM® 7500 (Life Technologies,) system using HID Real-Time PCR Analysis Software. The samples were then amplified using PowerPlex® 21 (Promega,). Amplified product detection and sizing were performed on a 3500xL Genetic Analyzer (Life Technologies,). The methodologies were applied as per manufacturer's recommendations. GeneMapper ID®-X software (v1.4, Life Technologies,) was used for genotyping with a baseline threshold of 175 RFU and homozygous threshold of 2000 RFU.

### 3.3 | Contamination controls

Control measures were implemented to reduce the chance of cross-contamination of DNA from unknown sources. All pre-amplification procedures were conducted under a laminar flow hood. Protective garments, gloves, masks, and hairnet were constantly worn. All surfaces were cleaned with 1% sodium hypochlorite, followed by 70% ethanol pre and post utilization. Only one technician was allowed into the experimental room to carry out the sampling process. Unknown profiles were compared to the profiles of laboratory staff.

## 4 | RESULTS

### 4.1 | mtDNA decay trials report

Human DNA was successfully amplified from both the distilled water and environmental water treatments with the amount detected declining exponentially over time (Figure 1). However, the decay rates did vary between the distilled water and environmental water treatments with the eDNA decaying faster in the environmental water treatment. The decay rate constant ($k$) for the eDNA was 0.019 $h^{-1}$ for distilled water samples and 0.070 $h^{-1}$ for environmental



**FIGURE 1** DNA decay rate of human mtDNA in environmental water (black; squares) and distilled water treatment (red; stars) spiked with 100 μl of human blood over time. The error bar in the graph represents ± standard error of the mean from three replicates. Equations show the rate of decay after fitting the model $C(t) = C_0 e^{-kt}$ to raw data.

water samples. This corresponds to a half-life of 36.71 h and 9.86 h for distilled water and environmental water, respectively. The limit of quantification (LOQ) and the limit of detection (LOD) for the assay were calculated at 635 copies/μL for three technical replicates. Subsequently, after time zero, the amplification profile shows a drop in mtDNA copy number for both distilled and environmental water treatments that were significantly different from each other ($F_{1,98} = 31.02$, $p = 2.24 \times 10^{-7}$). The copy number of mtDNA at time zero in distilled water was $4.44 \times 10^{09}$ (SE $\pm 4.18 \times 10^{05}$) and $2.20 \times 10^{09}$ (SE $\pm 1.87 \times 10^{06}$) for the environmental water samples. In the first 24 h, DNA concentration was reduced by 41% in distilled water and 90% in environmental water samples from their initial starting concentrations. After 48 h, overall DNA concentration had reduced by 77% in distilled water samples and 96% in the environmental water samples. At 840 h, further reduction in DNA concentration in distilled water (99%) and environmental water (99%) befell. The control samples indicated the presence of small amounts of background mtDNA contamination in both the distilled (16%) and environmental water samples (3%) when compared to the treatment samples at time zero. Background mtDNA detected in controlled distilled and environmental water was present at $7.12 \times 10^{08}$ and $8.53 \times 10^{07}$ copies at time zero. All qPCR technical negative controls showed no amplification of DNA. IPC amplified in the distilled water treatment at a $C_q$ value of 24.26 (SE ± 0.21) and environmental water treatment at a $C_q$ value of 26.06 (SE ± 0.62).

### 4.2 | nDNA STR profiling

Full and partial STR nDNA profiles were obtained from some environmental and distilled water samples. There was substantial allelic dropout in the environmental water treatment compared to distilled water treatment over time (Table 3). Complete profiles (42/42 alleles) were obtained from both the distilled and environmental water treatment with at time zero. However, for the environmental water treatment, alleles were progressively lost up to 24 h after which no alleles were detected. In contrast, 8/42 alleles were still detected at 672 h, and one allele at 840 h from the distilled water treatment. The STR nDNA profiles generated from both environmental and distilled water treatments spiked with blood were compared to the female donor's STR nDNA profile and all alleles matched to the donor's profile. No nDNA contamination from other sources was detected and no alleles were detected in the environmental water control. However, a DNA profile generated from the control samples taken from the distilled water treatment at time zero did not match that of the female donor. Markers at the Amelogenin locus, used to determine sex, indicated that the DNA was from a male individual. This profile was not detected in any experimental samples and did not match any known profiles from laboratory staff.

The average peak height in profiles from distilled water was substantially higher than in profiles of samples taken at the same time from environmental water treatments (Table 3). For example, at time zero, the average peak height of alleles in distilled water treatment was 91,449 RFU, while the average peak height was 2532 RFU in environmental water. At 48 h, the average peak height of alleles in the distilled water treatment was 5544 RFU, while no alleles were detected in the environmental water treatment.

## 5 | DISCUSSION

This study has shown that human mtDNA and nDNA can be readily detected from aquatic samples. The decay trials showed that the mtDNA detectability decreased rapidly as the DNA concentration dropped by 96% in the first 48 h in the environmental water treatment but could still be detected up to 840 h later. Studies have reported aquatic organisms' eDNA concentrations falling below the detection limit in 0.9–54 days [10, 17–23]. However, many factors may affect eDNA decay rates, including temporal variations in the rate at which DNA is shed into the environment and local environmental conditions such as temperature, UV radiation levels, and decomposition from different bacterial communities [24–32]. High salinity environments can affect eDNA structure and stability as well as decrease exonuclease activity, which may reduce degradation [21, 28]. UV radiation, for example, has been shown in some studies to have no influence on the rate of eDNA decay, while other studies have shown that light exposure increases eDNA decay [30–35]. In terms of biotic environmental conditions, DNA decays more quickly in untreated water than it does in sterilized or autoclaved water [23]. The impacts on extracellular enzyme activity are the most prominent of the abiotic factors on eDNA decay that have been identified [21]. Along with the aforementioned issues, marine and freshwater tropical environments have higher than 16.1°C surface temperatures occasionally above 30°C, and high UV radiation levels at sea