JOURNAL OF FORENSIC SCIENCES ⬥AAFS

TABLE 3  nDNA profiling data (average peak height of alleles and total number of alleles per profile) for samples taken at different time points from distilled and environmental water treatment spiked with blood. One sample per time point was analyzed, and maximum number of alleles per profile is 42

| Time (hours) | 20 L distilled water spiked with 100 µl of blood | | 20 L environmental water spiked with 100 µl of blood | |
|---|---|---|---|---|
| | Avg. peak height (RFU) | Number of alleles per profile out of 42 | Avg. peak height (RFU) | Number of alleles per profile out of 42 |
| 0 | 91,449 | 42 | 2532 | 42 |
| 12 | 74,374 | 42 | 1134 | 39 |
| 24 | 6673 | 42 | 248 | 3 |
| 48 | 5544 | 41 | 0 | 0 |
| 96 | 3176 | 40 | 0 | 0 |
| 120 | 1529 | 40 | 0 | 0 |
| 144 | 1489 | 40 | 0 | 0 |
| 168 | 1718 | 40 | 0 | 0 |
| 192 | 994 | 40 | 0 | 0 |
| 240 | 617 | 39 | 0 | 0 |
| 264 | 1491 | 39 | 0 | 0 |
| 288 | 1315 | 39 | 0 | 0 |
| 312 | 485 | 33 | 0 | 0 |
| 336 | 430 | 29 | 0 | 0 |
| 504 | 483 | 17 | 0 | 0 |
| 672 | 239 | 8 | 0 | 0 |
| 840 | 373 | 1 | 0 | 0 |

levels which may accelerate the eDNA degradation rate and reduce its persistence period, decreasing the probability of detection [29]. According to reports, eDNA decays faster in marine waters than in freshwaters [36, 37]. As per Thomsen [36], eDNA degrades rapidly in seawater (less than 7 days). Although human DNA decay was observed in distilled and environmental water treatments in this study, it is anticipated that human DNA detection is likely to vary depending on the abundance of human DNA relative to the size of the body of water, types, and composition of environmental water, rates of water flow and the presence of inhibitors that can hinder the amplification of target DNA [32]. Considering the amount of mtDNA detected in this study, mtDNA could potentially be used to locate human remains in larger bodies of water, or upstream in flowing water.

In this study, real-time DNA quantification of mtDNA and STR profile genotyping of nDNA were performed on DNA that was recovered from different water treatments. STR nDNA profiles obtained from DNA samples in this study suggest it may be possible to recover a DNA profile from an aquatic water sample, however, the DNA profiles show substantial loss of alleles in environmental water, with no alleles recovered after 24 h. This differed from DNA profiles obtained from distilled water, which showed some alleles could be detected up to 840 h. These results support previous research which indicates the type of water can impact the detection of DNA. For example, it has been shown that more alleles could be recovered after 72 h from tissue samples from human ribs maintained in freshwater than tissue maintained in saltwater [38]. Although only three alleles were detected in environmental water at 24 h, there may still be some forensic utility as the partial profile could be used for exclusionary purposes or

to suggest a particular individual is the potential source of the eDNA, warranting further investigation. However, the results indicate that reliable identification of an individual from DNA recovered from an aquatic environment may be difficult if the DNA is collected more than 24 h after it has been released into an aquatic environment.

This experiment focused on the degradation of DNA using human blood as the source. However, DNA can originate from a variety of human tissues and biological fluids, which could have different decay profiles to that seen for blood in this study. With respect to human remains, when they are exposed to environmental water for a prolonged period, the body will experience disarticulation and detachment of soft tissue [38, 39]. For this reason, it is not unusual to find small parts of a body distant from the rest of the human remains as a result of water currents and animal interactions [38, 39]. While the body of water is likely to be larger than what was used in this study, it is also likely to have more human DNA if the source is a body or small parts of the body. Similarly, as the body disarticulates, the primary source of DNA could spread, making it easier to locate the general area of the remains.

Background mtDNA contamination was detected in distilled control samples, indicating that care needs to be taken once samples are collected to avoid contamination. For environmental water samples, background DNA is likely to be present, which highlights the importance of taking replicate samples over the study area to account for background eDNA and detect changes in mtDNA composition, particularly in areas where people are known to visit and interact with the water frequently. Environmental water samples may have detectable levels of background human DNA present and the ability to recover a forensically useful STR profile from such water samples

would depend on factors such as the concentration of human DNA in the water, the level of DNA degradation, and how many individuals have contributed DNA to the water source. As water sources may contain background DNA from many individuals, such as those used for swimming or wastewater discharge from residential areas, research should be conducted to understand background levels of human DNA in environmental samples.

## 5.1 | Limitations and future perspectives

Unlike sample collection from the distilled water treatments in which each Sterivex® filter is capable of handling up to 500 ml of distilled water samples, only 50 ml of environmental water was able to be filtered. The Sterivex® filters used in this research had a pore size of 0.22 μm, but particles larger than 0.22 μm were present in the environmental water samples. During sample collection, plant material, soft sediments, and insects were found inside the environmental water samples; in particular, arthropods and ostracods were observed. Environmental water samples could be pre-filtered to remove large debris prior to sample collections, but this could risk the loss of DNA associated with larger pieces of tissue, or DNA that has adhered to larger matter. In order to process larger volumes of environmental water, a new water sampling method could be explored with a larger pore size filter or the use of a series of filters with decreasing pore size. Additionally, at time zero of the experiment, when blood was spiked into distilled and environmental water, there was a large standard error in the mtDNA copy number in both water treatments. This variation is possibly due to incomplete homogenization of the samples after blood was added into the water containers and prior to sample collection. eDNA studies that use soil and water samples have shown that samples that are often contaminated with sediment particles are more prone to have humic acid or humic substances [40, 41]. These substances strongly inhibit enzymes such as Taq Polymerase which is used in PCR reactions to amplify DNA [40–42]. A ΔIPC value greater than 0.75 may indicate an inaccurate mtDNA quantification due to PCR inhibition [15]. As a result, the IPCs present in distilled and environmental water treatments are within a normal range, however, the environmental water samples have a significant difference when compared to distilled water treatments which shows evidence of inhibition. A common guideline for screening and validating IPCs for use in eDNA surveys will need to be established.

It would also be important to analyze different sources of human DNA to validate this assay. More complex water samples in which humans are frequently present or which contain multiple sources of human DNA (such as wastewater) should also be studied due to their applicability to real-world forensic scenarios. Locating the original source of the eDNA can be problematic as eDNA can rapidly diffuse in water and the DNA may be transported away from its original source by the movement of water downstream, wind-driven circulation, or tidal effects [4]. Therefore, research should be conducted into the detection of human DNA in water systems with dynamic water flow, to determine how far DNA may be transported from the initial release point [43] and whether the flow impacts the integrity

of the DNA. The results from this study can be used to make recommendations for the use of eDNA in a forensic capacity. Importantly, the baseline decay rate of human eDNA in aquatic samples determined in this study can be used as a guide for forensic investigators to narrow down the location of the body and understand the potential window of time DNA may be recoverable once introduced into an aquatic environment. In contrast, STR nDNA profiling can provide a supportive resource for the forensic investigators regarding the eDNA samples collected in relation to a crime to help associate a sample with the originating individual. While nDNA STR profiles are more discriminating than mtDNA profiles, the latter can still be sufficiently discriminating to assist investigations. Given that mtDNA is more plentiful than nDNA in most biological samples and due to their structure less prone to being negatively impacted by environmental conditions [44] they may be the more appropriate source of human DNA to recover and profile from eDNA samples and should be part of the focus of future research pursuits in this area.

## 6 | CONCLUSION

This research provides a demonstration of the detection of human DNA in distilled and environmental water, using methods commonly used to monitor the presence of other organisms in aquatic environments. This finding is valuable as it may provide a cost-effective method to assist law enforcement agencies to narrow down the location and identity of a body, missing person, or human biological materials.

## ACKNOWLEDGMENT

This study benefited from suggestions and discussions between Mr Matthew Ryan (Environmental Protection Authority) and Dr Craig Sherman. We also greatly appreciate the remarkable help and support of Dr Xavier Conlan throughout this project. Open access publishing facilitated by Deakin University, as part of the Wiley - Deakin University agreement via the Council of Australian University Librarians.

[Correction added on 29 Nov 2022, after first online publication: CAUL funding statement has been added.]

## ORCID

*Marie Antony Dass* https://orcid.org/0000-0001-6596-4159
*Annalisa Durdle* https://orcid.org/0000-0002-5986-5792

## REFERENCES

1. Butler JM. Advanced topics in forensic DNA typing: methodology. Amsterdam, Netherlands: Elsevier Science; 2011. p. 271–345.
2. Van Oorschot RA, Meakin GE, Kokshoorn B, Goray M, Szkuta B. DNA transfer in forensic science: recent progress towards meeting challenges. Genes. 2021;12(11):1766. https://doi.org/10.3390/genes12111766
3. Van Oorschot RA, Ballantyne KN, Mitchell RJ. Forensic trace DNA: a review. Investigative Genet. 2010;1(1):1–17. https://doi.org/10.1186/2041-2223-1-14

2306 | JOURNAL OF FORENSIC SCIENCES  ✓AAFS                                                    ANTONY DASS ET AL.

4. Rees HC, Maddison BC, Middleditch DJ, Patmore JR, Gough KC. The detection of aquatic animal species using environmental DNA–A review of eDNA as a survey tool in ecology. J Appl Ecol. 2014;51(5):1450–9. https://doi.org/10.1111/1365-2664.12306

5. Lutz S, Weisser H-J, Heizmann J, Pollak S. mtDNA as a tool for identification of human remains. Int J Leg Med. 1996;109(4):205–9. https://doi.org/10.1007/BF01225519

6. Taberlet P, Coissac E, Hajibabaei M, Rieseberg LH. Environmental DNA. Mol Ecol. 2012;21(8):1789–93. https://doi.org/10.1111/j.1365-294X.2012.05542.x

7. Jerde CL, Mahon AR. Improving confidence in environmental DNA species detection. Mol Ecol Resour. 2015;15(3):461–3. https://doi.org/10.1111/1755-0998.12377

8. Ficetola GF, Miaud C, Pompanon F, Taberlet P. Species detection using environmental DNA from water samples. Bio Lett. 2008;4(4):423–5. https://doi.org/10.1098/rsbl.2008.0118

9. Taberlet P, Coissac E, Pompanon F, Brochmann C, Willerslev E. Towards next-generation biodiversity assessment using DNA metabarcoding. Mol Ecol. 2012;21(8):2045–50. https://doi.org/10.1111/j.1365-294X.2012.05470.x

10. Dejean T, Valentini A, Duparc A, Pellier-Cuit S, Pompanon F, Taberlet P, et al. Persistence of environmental DNA in freshwater ecosystems. PloS One. 2011;6(8):e23398. https://doi.org/10.1371/journal.pone.0023398

11. Maier RM, Pepper IL, Gerba P. Environmental microbiology. 2nd ed. San Diego, CA: Academic Press; 2009. p. 214–33.

12. Hofreiter M, Serre D, Poinar HN, Kuch M, Pääbo S. Ancient DNA. Nat Rev Genet. 2001;2(5):353–9. https://doi.org/10.1038/35072071

13. Spens J, Evans AR, Halfmaerten D, Knudsen SW, Sengupta ME, Mak SS, et al. Comparison of capture and storage methods for aqueous macrobial eDNA using an optimized extraction protocol: advantage of enclosed filter. Methods Ecol Evol. 2017;8(5):635–45. https://doi.org/10.1111/2041-210X.12683

14. Timken MD, Swango KL, Orrego C, Buoncristiani MR. A duplex real-time qPCR assay for the quantification of human nuclear and mitochondrial DNA in forensic samples: implications for quantifying DNA in degraded samples. J Forensic Sci. 2005;50(5):1044–60. https://doi.org/10.1520/JFS2004423

15. Hudlow WR, Chong MD, Swango KL, Timken MD, Buoncristiani MR. A quadruplex real-time qPCR assay for the simultaneous assessment of total human DNA, human male DNA, DNA degradation and the presence of PCR inhibitors in forensic samples: a diagnostic tool for STR typing. Forensic Sci Int Genet. 2008;2(2):108–25. https://doi.org/10.1016/j.fsigen.2007.09.001

16. Klymus KE, Merkes CM, Allison MJ, Goldberg CS, Helbing CC, Hunter ME, et al. Reporting the limits of detection and quantification for environmental DNA assays. Environ DNA. 2020;2(3):271–82. https://doi.org/10.1002/edn3.29

17. Sassoubre LM, Yamahara KM, Gardner LD, Block BA, Boehm AB. Quantification of environmental DNA (eDNA) shedding and decay rates for three marine fish. Environ Sci Technol. 2016;50(19):10456–64. https://doi.org/10.1021/acs.est.6b03114

18. Thomsen PF, Kielgast J, Iversen LL, Wiuf C, Rasmussen M, Gilbert MTP, et al. Monitoring endangered freshwater biodiversity using environmental DNA. Mol Ecol. 2012;21(11):2565–73. https://doi.org/10.1111/j.1365-294X.2011.05418.x

19. Pilliod DS, Goldberg CS, Arkle RS, Waits LP. Factors influencing detection of eDNA from a stream-dwelling amphibian. Mol Ecol Resour. 2014;14(1):109–16. https://doi.org/10.1111/1755-0998.12159

20. Strickler KM, Fremier AK, Goldberg CS. Quantifying effects of UV-B, temperature, and pH on eDNA degradation in aquatic microcosms. Biol Conserv. 2015;183:85–92. https://doi.org/10.1016/j.biocon.2014.11.038

21. Barnes MA, Turner CR, Jerde CL, Renshaw MA, Chadderton WL, Lodge DM. Environmental conditions influence eDNA persistence in aquatic systems. Environ Sci Technol. 2014;48(3):1819–27. https://doi.org/10.1021/es404734p

22. Goldberg CS, Sepulveda A, Ray A, Baumgardt J, Waits LP. Environmental DNA as a new method for early detection of New Zealand mudsnails (Potamopyrgus antipodarum). Freshw Sci. 2013;32(3):792–800. https://doi.org/10.1899/13-046.1

23. Merkes CM, McCalla SG, Jensen NR, Gaikowski MP, Amberg JJ. Persistence of DNA in carcasses, slime and avian feces may affect interpretation of environmental DNA data. PLoS One. 2014;9(11):e113346. https://doi.org/10.1371/journal.pone.0113346

24. Kreader CA. Persistence of PCR-detectable Bacteroides distasonis from human feces in river water. Appl Environ Microbiol. 1998;64(10):4103–5. https://doi.org/10.1128/AEM.64.10.4103-4105.1998

25. Okabe S, Shimazu Y. Persistence of host-specific Bacteroides–Prevotella 16S rRNA genetic markers in environmental waters: effects of temperature and salinity. Appl Environ Microbiol. 2007;76(4):935–44. https://doi.org/10.1007/s00253-007-1048-z

26. Corinaldesi C, Beolchini F, Dell'Anno A. Damage and degradation rates of extracellular DNA in marine sediments: implications for the preservation of gene sequences. Mol Ecol. 2008;17(17):3939–51. https://doi.org/10.1111/j.1365-294X.2008.03880.x

27. Poté J, Ackermann R, Wildi W. Plant leaf mass loss and DNA release in freshwater sediments. Ecotoxicol Environ Saf. 2009;72(5):1378–83. https://doi.org/10.1016/j.ecoenv.2009.04.010

28. Borin S, Crotti E, Mapelli F, Tamagnini I, Corselli C, Daffonchio D. DNA is preserved and maintains transforming potential after contact with brines of the deep anoxic hypersaline lakes of the eastern Mediterranean Sea. Saline Syst. 2008;4(1):10. https://doi.org/10.1186/1746-1448-4-10

29. Barnes MA, Turner CR, Jerde CL, Renshaw MA, Chadderton WL, Lodge DM. Environmental conditions influence eDNA persistence in aquatic systems. Environ Sci Technol. 2014;48(3):1819–27. https://doi.org/10.1021/es404734p

30. Walters SP, Yamahara KM, Boehm AB. Persistence of nucleic acid markers of health-relevant organisms in seawater microcosms: implications for their use in assessing risk in recreational waters. Water Res. 2009;43(19):4929–39. https://doi.org/10.1016/j.watres.2009.05.047

31. Dick LK, Stelzer EA, Bertke EE, Fong DL, Stoeckel DM. Relative decay of Bacteroidales microbial source tracking markers and cultivated Escherichia coli in freshwater microcosms. Appl Environ Microbiol. 2010;76(10):3255–62. https://doi.org/10.1128/AEM.02636-09

32. Davy CM, Kidd AG, Wilson CC. Development and validation of environmental DNA (eDNA) markers for detection of freshwater turtles. PloS One. 2015;10(7):e0130965. https://doi.org/10.1371/journal.pone.0130965

33. Bae S, Wuertz S. Rapid decay of host-specific fecal Bacteroidales cells in seawater as measured by quantitative PCR with propidium monoazide. Water Res. 2009;43(19):4850–9. https://doi.org/10.1016/j.watres.2009.06.053

34. Green HC, Shanks OC, Sivaganesan M, Haugland RA, Field KG. Differential decay of human faecal Bacteroides in marine and freshwater. Environ Microbiol. 2011;13(12):3235–49. https://doi.org/10.1111/j.1462-2920.2011.02549.x

35. Bae S, Wuertz S. Survival of host-associated bacteroidales cells and their relationship with enterococcus spp., campylobacter jejuni, salmonella enterica serovar typhimurium, and adenovirus in freshwater microcosms as measured by propidium monoazide-quantitative PCR. Appl Environ Microbiol. 2012;78(4):922–32. https://doi.org/10.1128/AEM.05157-11

36. Thomsen PF, Kielgast J, Iversen LL, Møller PR, Rasmussen M, Willerslev E. Detection of a diverse marine fish fauna

using environmental DNA from seawater samples. PLoS One. 2012;7(8):e41732. https://doi.org/10.1371/journal.pone.0041732

37. Dell'Anno A, Corinaldesi C. Degradation and turnover of extracellular DNA in marine sediments: ecological and methodological considerations. Appl Environ Microbiol. 2004;70(7):4384–6. org/10.1128/AEM.70.7.4384-4386.2004

38. Graham E, Adamowicz M. Effects of different types of water on the degradation rate of human DNA in bone and tissue. 2015. https://www.newhaven.edu/_resources/documents/academics/surf/past-projects/2014/ema-graham-paper.pdf. Accessed 3 Aug 2022.

39. Haglund WD. Disappearance of soft tissue and the disarticulation of human remains from aqueous environments. J Forensic Sci. 1993;38(4):806–15. https://doi.org/10.1520/JFS13476J

40. Thomsen PF, Willerslev E. Environmental DNA–an emerging tool in conservation for monitoring past and present biodiversity. Biol Conserv. 2015;183:4–18. https://doi.org/10.1016/j.biocon.2014.11.019

41. Swango KL, Timken MD, Chong MD, Buoncristiani MR. A quantitative PCR assay for the assessment of DNA degradation in forensic samples. Forensic Sci Int. 2006;158(1):14–26. https://doi.org/10.1016/j.forsciint.2005.04.034

42. Lance RF, Guan X. Variation in inhibitor effects on qPCR assays and implications for eDNA surveys. Can J Fish Aquat Sci. 2020;77(1):23–33. https://doi.org/10.1139/cjfas-2018-0263

43. Jane SF, Wilcox TM, McKelvey KS, Young MK, Schwartz MK, Lowe WH, et al. Distance, flow and PCR inhibition: eDNA dynamics in two headwater streams. Mol Ecol Res. 2015;15(1):216–27. https://doi.org/10.1111/1755-0998.12285

44. Melton T, Holland C, Holland M. Forensic mitochondria DNA analysis: current practice and future potential. Forensic Sci Rev. 2012;24(2):101–22.

**How to cite this article:** Antony Dass M, Sherman CDH, Nai YH, Ellis MR, van Oorschot RAH & Durdle A Assessing the use of environmental DNA (eDNA) as a tool in the detection of human DNA in water. J Forensic Sci. 2022;67:2299–2307. https://doi.org/10.1111/1556-4029.15124

Forensic Science International 349 (2023) 111744

Contents lists available at ScienceDirect

# Forensic Science International

journal homepage: www.elsevier.com/locate/forsciint



# Monitoring sewer systems to detect the eDNA of missing persons and persons of interest



Nathaniel Boger, Murat Ozer *

*University of Cincinnati, School of Information Technology, USA*

## ARTICLE INFO

*Article history:*
Received 6 April 2023
Received in revised form 29 May 2023
Accepted 31 May 2023
Available online 8 June 2023

*Keywords:*
DNA
EDNA
Persistence
Wastewater
Sewer system
WWTP
Influent
Effluent
BOD
Missing persons
Persons of Interest
EDNA detection device

## ABSTRACT

The paper proposes a theoretical framework for using eDNA detection devices to locate missing persons, wanted criminals, and persons of interest in densely populated areas by monitoring sewer water. The proposed system includes a computer application to enter information on missing targets, and the data collected by the system can be used to narrow down their location for rescue or apprehension. The paper investigates eDNA persistence, sewer water studies, and current eDNA and DNA analysis tools to formulate a research concept. The limitations of the concept are mentioned, and it is suggested that collaboration between a large university and a leading DNA analysis equipment manufacturer is needed to custom-build eDNA detection devices to fulfill the requirements of the concept. Eventually, manufacturing costs will drive down the initial and nationwide adoption costs of the system.

Published by Elsevier B.V.

## 1. Introduction

Technology is advancing rapidly, enabling solutions previously thought impossible or distant to become a reality. One area that has seen significant progress is DNA. Despite being discovered only 70 years ago, our understanding of DNA has led to remarkable achievements, such as producing spider silk from goat milk and growing human ears on mice (Medscape, 2020; Time, 2017). DNA is also a vital tool in forensic investigations [4]. Looking to the future, the next step in DNA technology could be using it to locate missing persons and persons of interest. If the necessary technology is not yet available, it is close to being developed. Environmental DNA (eDNA) has been used for years to identify the presence of organisms in an ecosystem, as all organisms shed cells containing their DNA into the environment [8].

Putting it differently, environmental DNA (eDNA) is a cutting-edge technique that has revolutionized how we study biodiversity in aquatic environments (Taberlet, Coissac, Pompanon, Borachmann, & Willerslev, 2012; [27]). By analyzing and detecting DNA fragments shed by organisms into their surroundings, scientists can identify the presence of different species without capturing or observing them directly. This method has proven particularly useful in searching for missing persons [11]. It allows investigators to gather genetic evidence from various sources, including water, soil, and air. By analyzing eDNA samples collected from potential crime scenes, search teams can identify individuals who may have been present in the area, even if they have since disappeared [9]. The use of eDNA in missing person cases has shown great promise and has the potential to impact forensic science significantly [28].

Fig. 1 shows that humans wash their hands, use the restroom, shower, brush their teeth, and perform basic hygiene-related tasks around their homes, and shed their DNA into the sewer system. If this DNA could be detected, it could alert authorities to the location of someone believed to be missing or declared as a person of interest. Due to privacy concerns, the device would not be programmed to detect all DNA, just that of the target group. DNA detection has its limitations. DNA can quickly degrade after being released into the environment. Temperature, exposure to light, the pH of the water, and the microbial biosphere within the water are just a few things that can degrade DNA. In short, time is of the

---

\* Corresponding author.
*E-mail addresses:* bogernl@mail.uc.edu (N. Boger), m.ozer@uc.edu (M. Ozer).

https://doi.org/10.1016/j.forsciint.2023.111744
0379-0738/Published by Elsevier B.V.

*N. Boger and M. Ozer*                                                                          *Forensic Science International 349 (2023) 111744*



**Fig. 1.** How Your DNA Gets into the Sewer.

essence when it comes to detecting DNA in an environment. Many, if not almost all, of these limitations, can be overcome by placing eDNA-detecting technology within a sewer system. The ability of DNA to exist in the environment for an amount of time is known as persistence (Deejan et al., 2012). Studies show that human DNA can persist long enough to be detected in a sewer, but this persistence diminishes when the DNA reaches the wastewater treatment plant (WWTP) [18,29]. One could determine if the DNA was present in the location by placing one DNA-detecting device inline and before reaching the WWTP. The general location from which the DNA enters the sewer could be determined by placing several eDNA-detecting devices throughout the sewer (Ekbleom et al., 2018; [15,24]). By a) detecting the DNA, and b) determining the general location from which the DNA is entering the sewer, authorities could narrow their search.

Previous attempts have been made to detect individual DNA in sewer water, a field known as sewage epidemiology, which involves analyzing wastewater samples to gather information about a population's health and behaviors, including drug usage and genetic markers associated with individuals [21,5,6]. Several factors need to be considered to overcome technological challenges to increase the chances of detecting individual DNA in sewer water. The sampling strategy plays a crucial role, emphasizing the need for a representative and frequent collection of wastewater samples from various points in the sewer system, including different locations within the sewage network, to capture a larger volume of water and increase the likelihood of detecting individual DNA [21].

Concentration techniques are also critical, involving the extraction and concentration of the target DNA from large volumes of wastewater. Various methods can be employed to achieve this step, such as filtration, centrifugation, ultrafiltration, or adsorption onto solid supports. Following concentration, DNA extraction, and analysis are carried out to isolate the DNA from other substances present in the wastewater. Genetic analysis techniques such as polymerase chain reaction (PCR), quantitative PCR (qPCR), or next-generation sequencing (NGS) can then be applied to identify specific genetic markers associated with an individual [10,17].

The capacity of each device to inspect water per day can vary depending on the specific technique and equipment utilized, with a range of a few liters to several cubic meters of wastewater processed per day, depending on method efficiency and scalability [17]. Analyzing samples before they reach the water treatment facility offers advantages in terms of timely detection and monitoring of specific individuals or populations [18,29]. Real-time or near-real-time monitoring systems can utilize this data to track trends, identify emerging health concerns, or detect illicit drug use within a population.

To ensure effective analysis, adjustments to the flow rate may be necessary. High flow rates can dilute the target DNA, making detection more challenging. Slowing down the flow rate or diverting a portion of the wastewater for analysis has been suggested in studies to enhance the concentration of genetic material, thereby increasing the likelihood of successful detection ([2,3]; Ekbleom et al., 2018; [15,24]). Recent technological developments, as demonstrated by Thermo Fisher Scientific (see Fig. 6), showcase the potential for creating custom devices that can remotely analyze DNA in sewer systems without affecting the wastewater flow.

All these findings and technological enhancements suggest that identifying an individual's DNA in wastewater is possible. Given this context, the aim of this study is to propose a concept of using eDNA-analyzing technology to monitor sewers to detect the DNA of missing persons and persons of interest. In the US, hundreds of thousands of people go missing each year. Roughly half of these people tend to be younger than 21 years of age. While most missing persons cases are resolved within one year of reporting, some remain open. After a while, friends and family fear the worst. At the same time, some criminals manage to evade law enforcement. These could be dangerous criminals and perhaps even terrorists that threaten national security. In a large city, and amongst many cities, tracking down missing persons, criminals, and persons of interest is difficult. It is time-consuming, and the person being searched for may not even be present. Attempting a search could ultimately waste valuable law enforcement resources while failing to return any results. An efficient and non-invasive way of searching for missing persons in large environments is needed.

Advancements in technology now offer a new way of finding persons by locating their DNA in the environment. Every human leaves their DNA in the environment, and one common place is in the sewer system. This could be from shedding hair, showering, using the restroom, brushing their teeth, or even washing their hands. A similar method currently used to monitor invasive species is locating their DNA in waterways. This usually involves taking water samples and testing the water to see all the types of DNA present in the water being tested. This method works for aquatic life but is problematic for detecting humans. Traveling moves humans to different environments and, therefore different sewer systems. Many current testing methods are also point-in-time measurements. If a missing person is in an area and leaving their DNA in the testing environment, it may only be for a short period of time before they move somewhere else. Point-in-time testing could easily miss their presence. Also, human DNA degrades rather quickly in the environment, and any evidence of their presence could be lost between tests (Deejan et al., 2012; [16,13,15,19]).

Current knowledge suggests that a better testing strategy is needed. The continuous monitoring of the DNA of missing persons in multiple locations throughout a city could lead to them being located. This study conducts an extensive literature review on eDNA and proposes a new strategy that can be summarized in three steps. The Step 1 process begins by entering the information and DNA of target persons into a database. Then by placing several continuous DNA testing devices at strategic locations within a sewer system, the missing person's DNA can be detected, which is step 2. When target DNA is detected, Step 3 is initiated, and authorities are alerted to the person's general location before they move again and their DNA degrades in the water. The main steps in this proposed concept are illustrated in Fig. 2. This proposed concept would resolve many issues that currently make DNA testing inefficient in locating persons.

## 2. This study contributes to the body of knowledge as follows

1. A proposed conceptual model to locate missing persons using eDNA.

*N. Boger and M. Ozer*  Forensic Science International 349 (2023) 111744



**Fig. 2.** Main Steps in the Proposed Concept.

2. A less complex and multi-level location of missing people for faster rescue times.
3. Increasing safety and national security by helping law enforcement locate wanted criminals and persons of interest.

The study's main research question is: can missing persons and persons of interest be located by continuously monitoring sewer systems for their eDNA?

## 3. Literature review

The concept of this study has two main parts: 1) detecting the DNA of a missing person and persons of interest within a sewer system, and 2) the design of a software application to manage the entry of target DNA into the system and alert the appropriate authorities of the location where the device detected the DNA. To understand the possibility of the concept, it makes sense to start with DNA persistence. If the DNA cannot exist in the environment long enough to be detected, no amount of groundbreaking technology will detect it. We will also explore studies using sewer water to monitor a large population. It has been done before and holds promise to monitor various factors impacting humans, from overall health to the presence of drugs. Lastly, we will examine existing technologies used to extract and analyze DNA. By observing the current state of technology and its physical dimensions, we can see how such technologies could be modified to fulfill the needs of this proposed concept.

### 3.1. Environmental factors

Several studies have been conducted that look at the numerous factors that impact DNA degradation. For example, a study involving temperature [25] found that the degradation rate of eDNA increased with temperature. To reach their findings, prawns were kept in four different tanks containing water at four different temperatures (5, 10, 15, and 20 degrees Celsius), and water samples were taken at various recorded points in time over a period of 504 h. Then, the water was analyzed to determine the average DNA content for each water tank. This study concluded that the degradation time ranged from 8 to 383 h, and DNA degradation increased with a

corresponding temperature increase. This range would be enough time to detect the presence of a specific DNA found in flowing sewer water. And since sewers run underground, soil insulates the water and keeps it cooler than it would be if exposed to above-ground conditions. Interestingly, they found that eRNA was less impacted by temperature than eDNA, which could bode well for eRNA detection strategies going forward.

The type of water was studied to compare DNA degradation rates in three different water types: saltwater, swamp water, and freshwater [14]. This test involved soaking human tissue and bone in three different water samples for 72 h to see the viable quantity of DNA that could be extracted from the samples at the end of the period. Saltwater fared the worst and degraded DNA to the point where no DNA could be detected. The freshwater sample fared the best of the three samples, although the DNA was still degraded. Unlike the saltwater sample, however, DNA was detectable in freshwater. This study found that within 24 h to 7 days, not just substantial DNA degradation takes place, but actual DNA loss, with the greatest loss being seen in the saltwater samples. This study proves that the types of water do influence human DNA. Since sewer systems incorporate freshwater from sinks, toilets, showers, stormwater, etc., the proposed method of detecting human DNA in sewer water will experience the least impact possible based on the water types expected to be seen in the various sewer systems used around the world.

Sunlight's impact on the rate of DNA degradation is an important environmental factor to consider. For the purposes of this study, the collection source (wastewater) will most likely be entirely shielded from sunlight as the water will either flow in underground waterways or be pumped to the surface for analysis. If the lack of light were to increase degradation rates, it could prove problematic for the proposed concept. It seems that the current literature shows that light increases degradation rates. In a study of stream-dwelling salamanders, eDNA in both full sun and shaded treatments degraded exponentially to < 1% of the original concentration after 3 days. After eight days of full-sun exposure, eDNA was no longer detectable in full-sun [7]. This study monitored not only DNA persistence where the light was a factor, but it also considered temperature. In addition to finding that sun completely degraded eDNA in 8 days, it also found that eDNA was detected in 20% of shaded samples after 11 days and 100% of refrigerated control samples after 18 days. These findings are meaningful for the proposed concept of eDNA detection. Since the wastewater will flow underground and through pipes, even if pumped above ground, light exposure will be at a minimum at worst, and more than likely there will be no exposure to sunlight before the wastewater meets the detection device. The temperature finding is significant as well. Being underground in a sewer system should help to keep the temperature of the wastewater at a cooler temperature than it would be if it were aboveground. In conclusion, the results of the Pilliod study suggest that eDNA detectability and concentration depend on production rates of individuals, environmental conditions, density of the subject eDNA, and their residence time.

Another study of note studied microbial eDNA and its persistence when factors such as biochemical oxygen demand (BOD), chlorophyll, and total eDNA (i.e., from any organism) concentration increased. Contrary to their expectations, eDNA degradation rates declined as these factors increased [1]. This is an important piece of work. This concept seeks to take advantage of scanning the eDNA of large populations. If microbial colonies degraded eDNA, in a sewer system filled with waste, the abundance of microbial life could feast on eDNA, and it would, therefore, quickly degrade. However, it seems that microbial colonies and their oxygen drawing from the water somehow help sustain eDNA in the environment. The Barnes study also found that pH seemed to have little effect on the persistence of eDNA, which is another key discovery. In such a harsh

*N. Boger and M. Ozer*    *Forensic Science International 349 (2023) 111744*

environment, it would seem reasonable to think that the changes in pH that water undergoes from the time it comes out of the tap in the house to the time that it reaches the wastewater treatment plant would result in large swings of pH, going from neutral to basic measurements. A study conducted to help maintain sewer walls by preventing corrosion mentions that in a domestic wastewater sewer, within a day, pH varies between 6.5 and 8.7 [23], and that the pH of the sewer is controlled by the quality of the incoming wastewater and in-sewer biological and chemical processes. Once again, this is a positive for our proposed concept, as Barnes notes that alkaline buffers in the pH range of 8–9 are often used to preserve DNA in the laboratory. If DNA persistence is aided by alkaline pH, sewer water being in a mostly alkaline state favors the proposed concept of eDNA detection.

### 3.2. Sewer based studies

A study found that human gut bacteria found in sewer water could be used to determine the obesity rates of the resident population [21]. Sampling the wastewater in a city's sewer was used to determine the presence of genetic markers for bacteria found in human feces. Over a year, the research team gathered samples with the help of wastewater treatment plant operators in 71 cities in 31 states. The team used DNA sequencing during their analysis to identify the gut bacteria found in the stool samples. This research was able to predict at close to 90% accuracy whether the residents of a city were lean or obese. The researchers were able to conclude that the influent bacterial profile of the sewer water was indicative of the human microbiome. Of note in this study is that the team was using samples collected by wastewater treatment plant operators at the treatment plant. If DNA can persist all the way to the treatment plant, it is surely intact and can be collected closer to the source, as this concept proposes.

A similar study was performed in Hong Kong. To identify threats to human drinking water, a team used DNA analysis of gut bacteria to identify the presence of untreated wastewater [5]. The team sampled water at three different steps in the wastewater treatment process: 1) Influent Wastewater – this is the term used to describe wastewater before it reaches the treatment plant, 2) Activated Sludge – this term is used to describe wastewater once it reaches the treatment plant and begins undergoing the process of removing harmful substances from the water, and 3) Effluent Wastewater – this term is used to describe the treated water after it leaves the wastewater treatment plant. The research team collected samples from this sewer system over one year and analyzed their composition using DNA analysis techniques to detect human gut bacteria. They found that influent sewage was strongly populated by human gut bacteria, with the phylum Firmicutes being the most abundant at 54%. However, the presence of this same bacteria was reduced to 3% when reaching the activated sludge stage of the treatment process. The team concluded that this was caused by the human gut environment being anaerobic (no oxygen present) while the activated sludge environment is completely aerobic (oxygen present). This finding tells us that for a proposed eDNA monitoring system to identify eDNA, the detection devices should be located no later in the sewer system than the wastewater treatment plant stage. Ideally, the devices would be placed much further upstream to avoid interference from the treatment process and to help identify the target eDNA's source of entry into the sewer.

In New York City, John Jay Criminal Justice Department of Sciences member at the City University of New York, used wastewater-based epidemiology (WBE) to identify drug use within the city [6]. Samples were taken from six wastewater treatment plants in New York City over the course of one year, before and after major holidays. The team then used liquid chromatography-tandem mass spectrometry to analyze the wastewater. Using this approach, the researchers were able to develop and validate two sensitive and specific methods in wastewater samples, one multi-analyte method for the determination of nicotine, cocaine, amphetamines, opioids, and cannabis markers and a fast and simple method for the determination of creatinine [6]. Using this approach, they found amphetamines showed the highest concentrations in Manhattan and Queens, cannabis in The Bronx and Manhattan, and nicotine, cocaine, and opioids were mostly present in The Bronx. This study is interesting as it shows how wastewater can not only show what drugs are present in the community but also give a measure for usage rates. This can help identify drug use epidemics within a community. Unfortunately, this study took samples from wastewater treatment facilities. Had the team collected samples from various locations within the city, they may have been able to pinpoint areas most impacted by drug use. That information could help law enforcement target the illegal sale of dangerous drugs.

### 3.3. eDNA and DNA analysis tools

Field kits are used to get results without waiting to process water samples in the laboratory. For example, using an ultra-rapid mobile PCR platform, a team in Japan was able to detect the distribution of silver carp in rivers and lakes [10]. While normal labs would use desktop qPCR technology, this team could reduce the total extraction and measurement time to 30 min in the field without taking samples back to the laboratory. This was performed using a Kaneka Simple DNA Extraction Kit v.2, shown in Fig. 3. This study shows that using rather simple methods, eDNA detection and analysis is possible. However, using more advanced technology can lead to processing more samples and identifying more targets.

The Virginia branch of the United States Geological Survey found an innovative way to provide continuous water quality monitoring using remote devices [20]. They used a floating buoy device (Fig. 4) to report back information on suspended sediment concentrations to predict water quality particulates. The device used in this study is a great example of how a remotely stationed device can be constructed in a manner that is rugged enough to protect sensitive technology and transmit data back to researchers, who can then analyze that data. As technological advances are realized, devices can be made smaller, lighter, more rugged, and more capable.

Modern companies continue to improve the tools that are available to study DNA. Benchtop devices are now more advanced and smaller than most people realize. The Promega Spectrum CE System (Fig. 5) is used in labs for STR (Short Tandem Repeat) analysis [22]. This device measures 26in W x26in D x 31in H. While compact,



**Fig. 3.** Kaneka Simple DNA Extraction Kit.

*N. Boger and M. Ozer*

*Forensic Science International 349 (2023) 111744*



**Fig. 4.** Remote Monitoring Device.



**Fig. 5.** Promega Spectrum CE System.

it does sport a hefty weight for its size at 230 lbs. This is an example of a sophisticated device being placed in a compact package. These pieces of innovative technology come in even more compact packages.

Thermo Fisher Scientific has developed its NanoDrop line of testing equipment, shown in Fig. 6. They advertise this product line as a "fast, accurate quantification of DNA, RNA and protein samples using only 1–2 μL with Thermo Scientific™ NanoDrop™ micro-volume instruments. No dilutions needed even for highly concentrated samples with pioneering sample-retention technology using optical measurement pedestals" [26]. The NanoDrop product line consists of four devices, with the largest weighing in at 8 lbs.



**Fig. 6.** Thermo Fisher NanoDrop.

These devices have a measurement and data processing time of under 20 s! While neither this device nor the subsequently mentioned Spectrum CE System represent tools available for immediate use in the proposed eDNA monitoring concept, they do show what technology is out there and who is creating it. By collaborating with companies like Promega and Thermo Fisher Scientific, it is expected that they could design a custom device incorporating the technology used in various methods and steps of DNA analysis into one package. Placing multiple devices into one would allow for a remote analysis tool that could fit in any sewer system without disrupting the flow of wastewater.

## 4. Methodology

This systematic literature review followed the PRISMA method to design a DNA capture and detection system that could operate within identified limitations. The review focused on the DNA detection area of the project and aimed to determine the persistence of DNA in the environment for detection purposes. To conduct the review, a comprehensive search was conducted using relevant search terms, including "DNA detection in water" and "eDNA persistence," across various academic research databases such as PubMed, Scopus, and Web of Science.

The review's inclusion criteria were studies that investigated the detection of DNA in water, soil, or air samples using molecular methods, and studies that reported on the persistence of DNA in the environment. Studies had to be published in peer-reviewed journals, written in English, and available in full text.

The exclusion criteria were studies that were not primary research, studies that did not report on the detection of DNA in environmental samples, and studies that were not published in peer-reviewed journals. In addition, studies that were not written in English or were not available in full text were also excluded.

The search initially identified 37 articles that were potentially relevant to the review. These articles were screened based on their titles and abstracts and narrowed down to 11 articles that met the inclusion criteria. Three additional articles were later identified through the references of the included articles, resulting in a total of 14 articles that were included in the review. The relevant information from these articles was synthesized to develop the concept of the paper. The review also identified key factors that impact DNA degradation, such as heat, light, and time.

Hand-drawn sketches were used to illustrate the concept presented in the Results and Analysis section of the paper, depicting how eDNA-detecting devices could be positioned within a municipality's sewer system. Two options were presented: using a single device to detect on a city-wide basis or using multiple devices to narrow down the source location of the DNA. Hand-drawn sketches were also used to illustrate the software application associated with the device. The hand-drawn sketches were then remade using software tools. First, a diagram was created using hand-drawn images scanned and pasted into the document for the device location illustration. Next, the software application was recreated using Microsoft Excel. The hand-drawn sketches were replaced with diagrams made using Microsoft Visio in the final draft of the paper.

## 5. Results and analysis

After reviewing the literature regarding the ability of DNA to persist in the environment, a solution has been formulated. By placing eDNA monitoring devices in a municipality's sewer system, the environment can be monitored for the DNA of specific persons, and the authorities can be alerted of their presence once detected. Humans are constantly shedding DNA into the environment around them. Eating, washing their hands, using the restroom, showering, and even brushing their teeth will result in their DNA entering the