# EXHIBIT 32

Forensic Science International: Genetics 60 (2022) 102741

Contents lists available at ScienceDirect

# Forensic Science International: Genetics

journal homepage: www.elsevier.com/locate/fsigen





# Improving the system power of complex kinship analysis by combining multiple systems

Qiannan Xu [a,b], Ziwei Wang [a,c], Qianqian Kong [a,d], Xiaoxiao Wang [a,e], Ao Huang [a,c], Chengtao Li [a,b,*], Xiling Liu [a,*]

[a] Shanghai Key Laboratory of Forensic Medicine, Shanghai Forensic Service Platform, Academy of Forensic Science, Ministry of Justice, Shanghai 200063, China
[b] Institute of Forensic Medicine, West China School of Basic Medical Sciences & Forensic Medicine, Sichuan University, Chengdu 610041, China
[c] Department of Forensic Science, Medical School of Soochow University, Suzhou 215123, China
[d] School of Basic Medicine, Inner Mongolia Medical University, Hohhot 010030, China
[e] School of Forensic Medicine, Shanxi Medical University, Taiyuan 030001, China

## ARTICLE INFO

*Keywords:*
Kinship analysis
Next-generation sequencing (NGS)
Short tandem repeat (STR)
Single-nucleotide polymorphism (SNP)

## ABSTRACT

Complex kinship analysis is a critical issue in forensic genetics. To address this issue, 55 STRs and 94 SNPs collected from four commercial forensic typing kits [three kits were based on a capillary electrophoresis (CE) platform and one was based on a next-generation sequencing (NGS) platform] were employed to test the system power for 2nd-degree and 3rd-degree kinship analysis. To measure the kinship index in related individuals, likelihood ratios (LRs) were calculated based on length and sequence polymorphism information ($LR_{length}$ and $LR_{sequence}$, respectively) from simulation as well as true pedigree samples. LRs calculated based on sequence information are generally higher than those based on length information. The sensitivity, specificity, and effectiveness to distinguish the 2nd- and 3rd-degree kinship were estimated from four marker sets with different numbers of markers. As expected, system power for kinship analysis improved by increasing the number of markers and using $LR_{sequence}$, instead of $LR_{length}$. Furthermore, the system power based on 55 STRs from the CE platform is equal to the 40 STRs and 94 SNPs from one CE kit and the kit based on NGS platform for both 2nd-degree and 3rd-degree kinship analysis. For discrimination of 2nd-degree kinship, the system effectiveness is 86.63% with an error ratio < 0.01 using the 55 STRs from the CE platform. Using sequence information from the 55 STRs and 94 SNPs, the system effectiveness is 94.43%, with an error ratio < 0.001 for 2nd-degree kinship analysis and 64.34% with an error ratio < 0.05 for 3rd-degree kinship analysis, indicating that these markers are powerful for 2nd-degree kinship analysis and can be used for 3rd-degree kinship analysis.

## 1. Introduction

Kinship analysis is a critical issue in forensic investigations such as finding missing persons, resolving inheritance disputes, and identifying victims in wars or disasters. As present methods and standards cannot completely meet the requirements in case works, how to more accurately infer the genetic relationships among individuals remains a major challenge in forensic applications [1]. To resolve this problem, different approaches had been developed such as reconstructing families based on multiple known relatives or utilizing different DNA markers [2–5]. However, it is often arduous to add multiple known relatives in the above-mentioned complex forensic cases; thus, the approach of employing more DNA markers is essential to complex kinship analysis.

An increasing the number of DNA markers with multiple types such as short tandem repeats (STRs) [2,3], single-nucleotide polymorphisms (SNPs) [4], and insertions/deletions (InDels) [5] have been explored in kinship analysis. As a gold-standard marker, STRs have been established to be powerful in kinship assessment [6–8]. The system power of first-degree kinship analysis significantly improves by increasing the number of STRs [2]. For example, using 15 STR loci, the specificity reaches 100.00% with sensitivity at 20.83% in sibling analysis [8]. The system power for full sibling (FS) analysis improves with an average error rate of 0.15% by increasing the number of STR loci to 51 [3]. Except for STRs, SNPs also show their potential ability in improving

---

\* Corresponding author at: Shanghai Key Laboratory of Forensic Medicine, Shanghai Forensic Service Platform, Academy of Forensic Science, Ministry of Justice, Shanghai 200063, China.

*E-mail addresses:* lichengtaohla@163.com (C. Li), xlliu323@gmail.com, liuxl@ssfjd.cn (X. Liu).

https://doi.org/10.1016/j.fsigen.2022.102741
Received 17 December 2021; Received in revised form 4 June 2022; Accepted 12 June 2022
Available online 18 June 2022
1872-4973/© 2022 Elsevier B.V. All rights reserved.

Q. Xu et al. Forensic Science International: Genetics 60 (2022) 102741

system power in complex kinship analysis [4]. Compared to STRs, more public resources can be used to select SNPs, which are widely distributed in the human genome [9–11] and with low germline mutation rates [4, 12].

With the development of next-generation sequencing (NGS), STRs and SNPs can be detected in a single reaction. Forensic NGS panels, for example ForenSeq™ DNA Signature Prep kit (Verogen, Inc., San Diego, CA, USA), including different types of markers had been developed [13–18]. The performance of ForenSeq™ DNA Signature Prep kit in kinship analysis has recently been evaluated [19]. A total of 121 autosomal markers, including 27 autosomal STRs (A-STRs) and 94 SNPs, seven X chromosome STRs (X-STRs), and 24 Y chromosome STRs (Y-STRs) are included in this kit, which can provide more genetic information about maternal or paternal inheritance to resolve related kinship cases. The system power for 2nd-degree and 3rd-degree kinship analysis based on the ForenSeq™ DNA Signature Prep kit has still not satisfied the requirement of forensic applications [19,20]. The specificity was 37.50% and sensitivity was 49.63% at the thresholds of $log_{10}LR = 4$ for identifying and $log_{10}LR = -4$ for excepting in 2nd-degree kinship analysis, and the specificity was 0.36%, with sensitivity of 2.83% at the thresholds of $log_{10}LR = 3$ for identifying and $log_{10}LR = -3$ for excepting in 3rd-degree kinship analysis [19]. A follow-up study based on 131 genetic markers from two commercial kits, AGCU NC 21 + 1 PCR amplification kit (AGCU scientech incorporation, Wuxi, China) and ForenSeq™ DNA Signature Prep kit, was performed to evaluate the forensic performance in kinship analysis [20]. It showed that these markers performed well in FS testing, and most FS relatives could be correctly distinguished from unrelated individual (UR) or 2nd-degree kinship pairs, whereas the accuracy, sensitivity, and specificity of 131 autosomal markers still did not meet the requirements of 2nd-degree kinship analysis. It has been suggested that 256–10,000 SNPs would be suitable for kinship analysis [21]. A parallel study reported that ~490 SNPs are required to determine 2nd-degree relatives [22]. Although ~6.5 SNPs show similar discrimination power to one STR locus for 2nd-degree kinship analysis [23], improvement of system power for 2nd-degree and 3rd-degree kinship analysis is still necessary.

In this study, all commercial kits were screened and finally 55 A-STRs and 94 SNPs from four kits were selected to evaluate the forensic performance in kinship analysis, including ForenSeq™ DNA Signature Prep kit, SiFaSTR™ 23 plex (Academy of Forensic Science, Shanghai, China), AGCU NC 21 + 1 PCR amplification kit (AGCU scientech Inc., Wuxi, China), and Goldeneye™ DNA ID 22NC (Peoplespot, Inc., China). Although combinations of STRs and SNPs for kinship analysis were explored in previous studies [19,20], to our knowledge we presented the largest number of markers from commercial kits to test the kinship analysis. Likelihood ratios (LRs) were calculated based on length and sequence polymorphism information ($LR_{length}$ and $LR_{sequence}$). Sensitivity, specificity, effectiveness, and area under curve (AUC) values were calculated in four different combinations of markers. Our study showed that the 55 STRs and 94 SNPs have robust power for distinguishing 2nd-degree relatives and 3rd-degree relatives from UR.

## 2. Materials and methods

### 2.1. Selecting STR and SNP markers

After removing overlapping loci, a total of 149 (55 STRs and 94 SNPs) autosomal markers were obtained from three capillary electrophoresis (CE) kits and one NGS kit, including SiFaSTR™ 23 plex (Academy of Forensic Science, Shanghai, China), AGCU NC 21 + 1 PCR amplification kit (AGCU scientech incorporation, Wuxi, China), Goldeneye™ DNA ID 22NC (Peoplespot Inc., Beijing, China) and ForenSeq™ DNA Signature Prep Kit (Verogen Inc., San Diego, CA, USA). Frequency data of STRs and SNPs for the East Asian (Chinese) population were collected from [24–27]. The minimum frequency was applied for null alleles which were not included in [26].

Hardy-Weinberg equilibrium (HWE) tests of 55 STRs and 94 SNPs were performed according to previous studies [24–28]. In detail, HWE tests for 27 STRs + 94 SNPs were performed by using 169 and 161 unrelated Chinese individuals, respectively [26,27]. For the 21 STRs included in SiFaSTR™ 23 plex, AGCU NC 21 + 1 PCR amplification kit or Goldeneye™ DNA ID 22NC, HWE tests were performed separately on 500 [28],225 [25]and 500 [24] unrelated Chinese individuals. After Bonferroni correction, no loci deviated significantly from HWE expectations.

Four groups of markers were designed, including: 1) a group of 27 STRs and 94 SNPs, which are from the autosomal markers included in mix A of ForenSeq™ DNA Signature Prep Kit; 2) a group of 40 STRs and 94 SNPs, which are from the A-STRs of AGCU NC 21 + 1 PCR amplification kit and autosomal markers included in mix A of ForenSeq™ DNA Signature Prep Kit; 3) a group of 55 STRs, which are the A-STRs from the three CE kits; 4) a group of 55 STRs and 94 SNPs, which are the autosomal markers from the four selected kits in this study.

In the group of 27 STRs and 94 SNPs, five pairs of loci in the Chinese populations generated significant linkage disequilibrium (LD) after Bonferroni correction, but none of these pairwise comparisons included syntenic loci [27]. For the 21 STRs included in SiFaSTR™ 23 plex, AGCU NC 21 + 1 PCR amplification kit or Goldeneye™ DNA ID 22NC, LD test was performed separately on 500 [28], 225 [25] and 500 [24] unrelated Chinese individuals, and there were no significant LD. However, tests for the other three marker sets (40 STRs + 94 SNPs, 55 STRs and 55 STRs + 94 SNPs) were not performed. In this study, all markers were assumed to be in linkage equilibrium (LE) to facilitate calculation.

### 2.2. Simulation test

To estimate the system power of different combinations for different relationships, 10,000 pairs of half siblings to represent 2nd-degree relatives, 10,000 pairs of first cousins to represent 3rd-degree relatives, and 10,000 pairs of unrelated (UR) individuals were simulated in R v3.2.2 (http://www.r-project.org). In brief, genotypes from 10,000 individuals were simulated at the 55 STRs and 94 SNPs according to their frequency data in East Asian (Chinese) population collected from previous studies [24–27]. To simulate a pair of half sibling, one father and two mothers were randomly selected from the 10,000 simulated individuals and two children, which are one pair of half sibling, from the father and each mother were generated according to their genotypes. The above step was repeated 10,000 times to generate 10,000 pairs of half siblings. Similar processes were performed to generate 10,000 pairs of first cousins and 10,000 UR pairs.

### 2.3. Verification in true pedigree samples

#### 2.3.1. Sample collection and DNA extraction and quantification
Peripheral blood samples of 60 individuals and buccal swabs of nine individuals from seven families in Zhejiang Province, China were collected with informed consent. The sample information and their relationships were shown in Table S1 and Fig. S1. QIAamp® DNA Blood Mini Kit (Qiagen, Hilden, Germany) and QIAamp® DNA Investigator Kit (Qiagen, Hilden, Germany) were used to extract DNA from peripheral blood samples and buccal swabs according to manufacturer's protocols, respectively. DNA extract was quantified on the Qubit® 2.0 fluorometer using Qubit™ dsDNA HS Assay Kit (Thermo Fisher Scientific, Waltham, MA, USA) according to the manufacturer's protocol. This study was approved by the Ethical Committee of the Academy of Forensic Science, Ministry of Justice, P.R. China (Accession number 2019–11–21).

#### 2.3.2. CE-based typing
A total of 69 DNA samples extracted from peripheral blood and buccal swabs were all genotyped by SiFaSTR™ 23 plex, AGCU NC 21 + 1 PCR amplification kit, and Goldeneye™ DNA ID 22NC on AB 3130xl Genetic Analyzer (Thermo Fisher Scientific). Approximately 21, eight,

Q. Xu et al.                                                                                                                    Forensic Science International: Genetics 60 (2022) 102741



**Fig. 1.** Distributions of LR values for different kinships based on $LR_{length}$ or $LR_{sequence}$. a: $LR_{length}$ for 2nd-degree kinship; b: $LR_{length}$ for 3rd-degree kinship; c: $LR_{sequence}$ for 2nd-degree kinship; d: $LR_{sequence}$ for 3rd-degree kinship. 2nd: 2nd-degree kinship pairs; 3rd: 3rd-degree kinship pairs; UR: unrelated pairs (gray - 27 STRs + 94 SNPs; blue - 40 STRs + 94 SNPs; purple - 55 STRs; red - 55 STRs + 94 SNPs).

and four A-STRs from the above-mentioned three STR kits overlapped with ForenSeq™ DNA Signature Prep Kit (as showed in Table S2).

### 2.3.3. NGS Library preparation and sequencing

DNA library construction, normalization, and pooling were performed using ForenSeq™ DNA Signature Prep Kit (primer mix A) according to the new version of the manufacturer's protocol revised in August 2020 (https://verogen.com/resources/product-documentation/). The new version recommends the translation of 4 μL instead of 2 μL denatured human sequencing control (HSC) to denatured normalized library (DNL) tubes during the process of denaturing and diluting libraries.

A total of 73 samples, including DNA samples of 69 individuals from true pedigrees, one positive control sample, one negative control sample, and replicates of two true pedigree DNA samples named RB2–3 and RD1–1, were sequenced on a MiSeq FGx™ instrument (Verogen, Inc.) using the MiSeq FGx™ Reagent Kit (Verogen, Inc.). Raw data were processed by ForenSeq™ Universal Analysis Software (UAS) at the default analysis thresholds. Allele dropouts were manually checked by changing the analytical threshold and interpretation threshold.

### 2.4. Statistics

A concordance study to measure a series of parameters, including LR, sensitivity, specificity, effectiveness, positive predictive value (PPV), negative predictive value (NPV), and AUC values from Receiver Operating Characteristic (ROC) analysis, in each marker set was performed to test its system power for kinship analysis in both simulated individuals and the true pedigree samples. Parameters of STR markers based on sequence polymorphism, and length polymorphisms were also compared. LR values for different relationships based on length polymorphism information ($LR_{length}$) or sequence polymorphism information ($LR_{sequence}$) were calculated according to the formula deduced from previous studies (Table S3) without considering mutations in R v3.2.2, which is a comparison of the DNA profiles (evidence, E) under two

alternative hypothesis (Hp and Hd) [29–31]:

$$LR = \frac{\Pr(E|Hp)}{\Pr(E|Hd)}$$

Upper limits ($t_1$) and lower limits ($t_2$) were set to define relatives ($\log_{10}LR > t_1$) and UR ($\log_{10}LR < t_2$). Sensitivity, specificity, effectiveness, PPV, and NPV were calculated at different thresholds of LR for estimating the system power investigation [8,32,33] using Microsoft Excel 2019 software (Microsoft, Richmond, WA, USA). Sensitivity is the probability of defining relatives correctly as relatives, specificity is the probability of defining non-relatives correctly as non-relatives, effectiveness is the proportion of relatives correctly defined as relatives or non-relatives correctly defined as non-relatives, PPV is the proportion of subjects correctly defined as relatives and NPV is the proportion of subjects correctly defined as non-relatives. ROC analysis was performed by GraphPad Prism (version 7.0; GraphPad Software, San Diego, CA, USA). By combining these parameters, the performance for kinship analysis in each marker combination was estimated.

### 2.5. Linkage analysis

Linkage analysis was firstly performed among syntenic markers according to previous studies [34,35]. Genetic distance values between syntenic markers were estimated using HapMap b36 human recombination map (https://ftp.ncbi.nlm.nih.gov/hapmap/recombination/2008–03_rel22_B36/rates/) and recombination fractions (Rc) were calculated using Kosambi formula. It indicated that marker pairs linked closely if Rc values were lower than 0.1 [34].

To directly estimate the impact of linkage in relationship testing, FamLink v2.1 was performed to do simulations and calculate the likelihood ratio (LR) taking linkage into account [36]. Famlink uses the Merlin engine [36,37], which is based on the Lander–Green algorithm, for LR calculation with linked markers allowed. The simulated process was performed without removing any markers whether considering or ignoring linkage. Frequency data of STRs and SNPs for the East Asian

Q. Xu et al.

*Forensic Science International: Genetics 60 (2022) 102741*

**Table 1**
Log$_{10}$(LR) values of 2nd-degree relatives and 3rd-degree relatives for different markers based on length polymorphism and sequence polymorphism, respectively.

| | 2nd-degree relatives | | | | | | | | 3rd-degree relatives | | | | | | | |
| | 27 STRs + 94 SNPs | | 40 STRs + 94 SNPs | | 55 STRs | | 55 STRs + 94 SNPs | | 27 STRs + 94 SNPs | | 40 STRs + 94 SNPs | | 55 STRs | | 55 STRs + 94 SNPs | |
| | LR$_{length}$ | LR$_{sequence}$ | LR$_{length}$ | LR$_{sequence}$ | LR$_{length}$ | LR$_{sequence}$ | LR$_{length}$ | LR$_{sequence}$ | LR$_{length}$ | LR$_{sequence}$ | LR$_{length}$ | LR$_{sequence}$ | LR$_{length}$ | LR$_{sequence}$ | LR$_{length}$ | LR$_{sequence}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean | 3.32 | 3.68 | 4.03 | 4.38 | 3.99 | 4.33 | 5.28 | 5.62 | 0.87 | 0.98 | 1.07 | 1.17 | 1.09 | 1.19 | 1.41 | 1.51 |
| Min | -3.88 | -4.00 | -3.60 | -3.94 | -3.11 | -2.71 | -2.27 | -3.02 | -2.36 | -2.11 | -1.93 | -2.41 | -2.04 | -2.28 | -2.22 | -2.48 |
| Max | 11.47 | 12.55 | 12.26 | 14.18 | 11.62 | 13.86 | 14.31 | 15.56 | 5.43 | 5.67 | 5.86 | 6.04 | 5.74 | 5.99 | 6.74 | 6.48 |
| *p* value[a] | < 0.001 | | < 0.001 | | < 0.001 | | < 0.001 | | < 0.001 | | < 0.001 | | < 0.001 | | < 0.001 | |

[a] P value was obtained by paired t test.

(Chinese) population [24–27] were used during the process of simulation. Virtual genetic distance of 1000 cM was set for ignoring linkage, while true genetic distances were set for considering linkage. In total, 10,000 2nd-degree kinship pairs (represented by grandparent-grandchild), 10,000 3rd-degree kinship pairs (represented by great-grandparent/grandchild) and 10,000 UR pairs were simulated in linkage analysis.

## 3. Results

### 3.1. Distribution of LR values in simulated individuals

To test how many genetic markers should be used in identifying 2nd-degree and 3nd-degree relatives, we compared the distribution of their LR values among four marker groups, including a group of 27 STRs and 94 SNPs, a group of 40 STRs and 94 SNPs, a group of 55 STRs, and a group of 55 STRs and 94 SNPs (Figs. 1 and S2). As expected, by increasing the number of genetic markers, the LR values in pairs of related individuals generally increase, while those in UR pairs decrease, indicating the relatives could be separated more clearly from UR pairs by adding more genetic markers. In particular, the distribution of LR values for 55 STRs almost overlapped with that in the group with 40 STRs and 94 SNPs. It implied that the marker group with 55 STRs had almost equal distributions of LRs to the group with 40 STRs and 94 SNPs, which was supported by the previous observation that ~6.5 SNPs show similar discrimination power to one STR locus [23]. In detail, the mean values of LR$_{length}$ (in log$_{10}$) for 2nd-degree relatives were 3.32, 4.03, 3.99, and 5.28 for the group with 27 STRs and 94 SNPs, the group with 40 STRs and 94 SNPs, the group with 55 STRs, and the group with 55 STRs and 94 SNPs, respectively. The LR values generally increased using the sequence information for each STR locus, and were 3.68, 4.38, 4.33, and 5.62, respectively, for the above four groups (Table 1). For 3rd-degree relatives, the mean values of LR$_{length}$ (in log$_{10}$) were 0.87, 1.07, 1.09, and 1.41 for the group with 27 STRs and 94 SNPs, the group with 40 STRs and 94 SNPs, the group with 55 STRs, and the group with 55 STRs and 94 SNPs, respectively. The mean values of LR$_{sequence}$ (in log$_{10}$) are 0.98, 1.17, 1.19, and 1.51 in the above four group, respectively (Table 1). The LR$_{sequence}$ values were significantly higher than those of LR$_{length}$ (Fig. 2 and Table 1; paired *t* test, *p* < 0.001).

In addition, sensitivity, specificity, effectiveness, PPV, and NPV were calculated for different relationships in each group. Upper limits (t$_1$) and lower limits (t$_2$) were set to define relatives (log$_{10}$LR > t$_1$) and UR (log$_{10}$LR < t$_2$). Individuals with log$_{10}$LR between t$_1$ and t$_2$ were set to the inconclusive group. Almost all parameters improved with the increase in the number of markers or by calculating the LRs based on sequence information (Tables 2 and S4–S6). When LR$_{length}$ was used for 2nd-degree relatives, the highest effectiveness in the group with 55 STRs and 94 SNPs was 0.9753 and the corresponding sensitivity, specificity, PPV, and NPV were higher than 0.9970 at the cutoff values of t$_1$ = 1 and t$_2$ = −1. At the cutoff of t$_1$ = 4 and t$_2$ = −4, the sensitivity, specificity, PPV and NPV could be near to 1.0000 with the effectiveness as 0.6996. For 3rd-degree relatives, the strongest effectiveness in the group with 55 STRs and 94 SNPs was 0.6126, with sensitivity, specificity, PPV, and NPV higher than 0.9700 at the cutoff values of t$_1$ = 1 and t$_2$ = −1. Effectiveness sharply decreased with more stringent cutoffs for t$_1$ and t$_2$. When LR$_{sequence}$ was used for distinguishing relatives from UR, effectiveness is improved for all groups, and the highest ones were 0.9811 for 2nd-degree relatives and 0.6434 for 3rd-degree relatives.

ROC analysis was further performed to test the robustness of the results (Fig. 3a–d). For LR$_{length}$ and LR$_{sequence}$, AUC values increased using more markers. Consistent with the observation in distribution of LR values, the AUC values in the group of 40 STRs and 94 SNPs were similar to those in the group of 55 STRs at 0.9988 and 0.9986 for LR$_{length}$ in 2nd-degree kinship analysis, respectively, 0.9336 and 0.9338 for LR$_{length}$ in 3rd-degree kinship analysis, respectively, 0.9444 and 0.9429 for LR$_{sequence}$ in 3rd-degree kinship analysis, respectively, and

Q. Xu et al.

Forensic Science International: Genetics 60 (2022) 102741



**Fig. 2.** LR values for relative pairs and unrelated pairs when calculated based on different numbers of markers in simulation. a: LR values for 2nd-degree kinship; b: LR values for 3rd-degree kinship. The symbols above the bars show the significance of $LR_{length}$ and $LR_{sequence}$ based on paired $t$ test (***: $p < 0.001$).

**Table 2**
System power of the marker set with 55 STRs and 94 SNPs for identifying 2nd-degree relatives or 3rd-degree relatives in simulation.

| Relationship 1/relationship 2 | $t_1$ | $t_2$ | Sensitivity | Specificity | Effectiveness | PPV | NPV |
|---|---|---|---|---|---|---|---|
| 2nd-degree relatives/unrelated[a] | 1 | -1 | 0.9980 | 0.9982 | 0.9753 | 0.9982 | 0.9979 |
| | 2 | -2 | 0.9998 | 0.9997 | 0.9298 | 0.9997 | 0.9998 |
| | 3 | -3 | 1.0000 | 0.9999 | 0.8427 | 0.9999 | 1.0000 |
| | 4 | -4 | 1.0000 | 1.0000 | 0.6996 | 1.0000 | 1.0000 |
| 3rd-degree relatives/unrelated[a] | 1 | -1 | 0.9748 | 0.9775 | 0.6126 | 0.9785 | 0.9736 |
| | 2 | -2 | 0.9980 | 0.9932 | 0.2585 | 0.9950 | 0.9973 |
| | 3 | -3 | 1.0000 | 0.9972 | 0.0630 | 0.9989 | 1.0000 |
| 2nd-degree relatives/unrelated[b] | 1 | -1 | 0.9984 | 0.9987 | 0.9811 | 0.9987 | 0.9984 |
| | 2 | -2 | 0.9994 | 0.9995 | 0.9443 | 0.9995 | 0.9994 |
| | 3 | -3 | 0.9999 | 0.9998 | 0.8684 | 0.9998 | 0.9999 |
| | 4 | -4 | 1.0000 | 1.0000 | 0.7445 | 1.0000 | 1.0000 |
| 3rd-degree relatives/unrelated[b] | 1 | -1 | 0.9722 | 0.9808 | 0.6434 | 0.9811 | 0.9719 |
| | 2 | -2 | 0.9979 | 0.9936 | 0.3015 | 0.9950 | 0.9974 |
| | 3 | -3 | 1.0000 | 1.0000 | 0.0822 | 1.0000 | 1.0000 |

[a] System power was calculated based on the length polymorphism of 27 STRs.
[b] System power was calculated based on the sequence polymorphism of 27 STRs.

Q. Xu et al.                                                                                                                    Forensic Science International: Genetics 60 (2022) 102741



**Fig. 3.** The ROC curve of discriminating kinship pairs from unrelated pairs by using different numbers of markers in simulation. a: $LR_{length}$ for 2nd-degree kinship; b: $LR_{length}$ for 3rd-degree kinship; c: $LR_{sequence}$ for 2nd-degree kinship; d: $LR_{sequence}$ for 3rd-degree kinship (gray - 27 STRs + 94 SNPs; blue - 40 STRs + 94 SNPs; purple - 55 STRs; red - 55 STRs + 94 SNPs).

completely the same (0.9991) for $LR_{sequence}$ in 2nd-degree kinship analysis. For 2nd-degree relatives, the highest AUC values were 0.9997 and 0.9998 for $LR_{length}$ and $LR_{sequence}$, respectively, when using the group of 55 STRs and 94 SNPs. AUC values in the other three groups were all higher than 0.9970 for 2nd-degree relatives, suggesting that all groups were powerful in 2nd-degree kinship analysis. For 3rd-degree relatives, the highest AUC values were 0.9582 and 0.9640 for $LR_{length}$ and $LR_{sequence}$, respectively, when using the group of 55 STRs and 94 SNPs. Although discrimination power decreased in 3rd-degree kinship analysis, the AUC values in the other three groups are all > 0.9000.

### 3.2. Verification in true pedigree samples

#### 3.2.1. Genotype verification

In total, 74 2nd-degree kinship pairs, 50 3rd-degree kinship pairs, and 158 UR pairs from 69 individuals were collected from seven pedigrees. In each individual, 55 A-STRs and amelogenin were typed by SiFaSTR™ 23 plex, AGCU NC 21 + 1 PCR amplification kit, and Goldeneye™ DNA ID 22NC on AB 3130xl Genetic Analyzer. Approximately 27 A-STRs, amelogenin, and 94 SNPs were typed by ForenSeq™ DNA Signature Prep Kit on MiSeq FGx™ instrument. The read depths of coverage (DoCs) were 1139 ± 687 × (average ± standard deviation) for 27 A-STRs and 429 ± 322x for 94 SNPs (Fig. S3). Genotypes in all 27 A-STRs and amelogenin obtained by NGS were concordance with those typing based on CE. Technical replicates of individuals B2–3 and D1–1 also show consistent genotype based on NGS. For the 27 A-STRs in ForenSeq™ DNA Signature Prep Kit, 210 alleles were obtained based on length polymorphisms and 270 alleles were observed based on sequence polymorphisms, of which 12 novel alleles were observed (Table S7). For the 28 A-STRs only detected on the CE platform, four novel alleles were observed, three of which are from AGCU NC 21 + 1 PCR amplification kit and one of which are from Goldeneye™ DNA ID 22NC kit (Table S7). Nomenclatures of the novel alleles was performed according to the most updated version of the Forensic STR Sequence Structure Guide (https://strider.online). Additionally, 429 homozygotes were observed for 27 A-STRs based on length polymorphism information, among which 60 homozygotes (13.99%) were isometric heterozygotes showing the same length but different sequence polymorphisms (Table S8). Among them,

13 loci included in the ForenSeq™ DNA Signature Prep Kit contained isometric alleles. Therefore, the number of alleles based on sequence polymorphisms increased (Table S9).

#### 3.2.2. Distribution of LR values in true pedigree samples

Dropout of SNP rs7041158 was observed in individual E2–3. The relative pairs or UR pairs with individual E2–3 were excluded in the downstream analysis. In total, 72 2nd-degree kinship pairs, 50 3rd-degree kinship pairs, and 158 UR pairs were included (Table S10). The mean values of $LR_{length}$ (in $\log_{10}$) for 2nd-degree kinship pairs were 2.74, 3.24, 3.38, and 4.36 for the group with 27 STRs and 94 SNPs, the group with 40 STRs and 94 SNPs, the group with 55 STRs, and the group with 55 STRs and 94 SNPs, respectively, and $LR_{sequence}$ (in $\log_{10}$) were 3.49, 4.00, 4.13, and 5.11 in the above four groups, respectively (Table S11). For 3rd-degree kinship pairs, the mean values of $LR_{length}$ (in $\log_{10}$) were 0.64, 0.72, 0.70, and 0.95 for the group with 27 STRs and 94 SNPs, the group with 40 STRs and 94 SNPs, the group with 55 STRs, and the group with 55 STRs and 94 SNPs, respectively. LR values (in $\log_{10}$) calculated based on sequence polymorphism were 1.00, 1.07, 1.06, and 1.30 in the above four groups, respectively, which were significantly higher than those calculated based on length (Table S11; paired $t$ test, $p < 0.001$ for 2nd-degree relatives and $p < 0.01$ for 3rd-degree relatives). For $LR_{length}$ and $LR_{sequence}$ values, the difference between relatives and UR was more distinct with the markers increased (Figs. 4–6 and S4–S5). Moreover, the sensitivity, specificity, effectiveness, PPV, and NPV were calculated (Tables 3 and S12–14). For 2nd-degree relatives, the highest effectiveness was 0.9913 for $LR_{length}$ and 0.9826 for $LR_{sequence}$ when using 55 STRs and 94 SNPs with $t_1 = 1$ and $t_2 = -1$ [30]. The highest effectiveness was 0.5673 and 0.6202, respectively, for 3rd-degree relatives when using $LR_{length}$ and $LR_{sequence}$ with $t_1 = 1$ and $t_2 = -1$ in the group of 55 STRs and 94 SNPs. ROC analysis was then performed for true pedigree samples (Fig. S6). AUC values were 1.0000 and 0.9361 for 2nd-degree relatives and 3rd-degree relatives, respectively, using 55 STRs and 94 SNPs based on $LR_{length}$, and they were 0.9999 and 0.9343 for 2nd-degree relatives and 3rd-degree relatives, respectively, based on $LR_{sequence}$. Consistent with the observations in simulation test, results in true pedigree samples also suggested that the marker set with 55 STRs and 94 SNPs is powerful for 2nd-degree kinship analysis and can be used in

Q. Xu et al.

Forensic Science International: Genetics 60 (2022) 102741



**Fig. 4.** LR values for relative pairs and unrelated pairs when calculated based on different numbers of markers in true pedigree. a: 2nd-degree kinship analysis; b: 3rd-degree kinship analysis. The symbols above the bars show the significance of $LR_{length}$ and $LR_{sequence}$ based on paired $t$ test (*: $p < 0.05$, **: $p < 0.01$, ***: $p < 0.001$).

3rd-degree kinship analysis.

### 3.3. Linkage analysis

It was reported that ignoring linkage would cause underestimation of LR values for sibling analysis [20]. To test how linkage affected our observations, we first calculated the Rc values and physical distance among the 55 STRs and 94 SNPs (Table S15). Rc values of 43 groups of 149 markers are $< 0.1$ were considered as linked closely. Linked markers were excluded according to the priority order, SNPs were first excluded when SNPs are linked with STRs, and then are the SNPs with poor polymorphism and heterozygosity in population study [27] when they are linked with other SNPs. Considering the high polymorphism and long physical distance ($> 10$ Mb) between D3S4529 and D3S3045, they both were conserved though the Rc value of them $< 0.1$. In total, 40 SNPs were excluded as they are linked with other STRs or SNPs (Table S15). After removing these 40 SNPs, the distributions of LR values for the 55 STRs and 54 remaining SNPs were compared with those from 55 STRs and 94 SNPs (Figs. 7 and S7). The mean log10 (LR) values were 4.3546 and 4.2685 for $LR_{length}$ in 2nd-degree relatives, 5.1103 and 5.0252 for $LR_{sequence}$ in 2nd-degree relatives, 0.9489 and 0.9368 for $LR_{length}$ in 3rd-degree relatives, and 1.3015 and 1.2894 for $LR_{sequence}$ in

3rd-degree relatives, respectively, with linked markers included or removed, implying that LR was impacted significantly after the linked markers removed (paired $t$ test, $p < 0.001$).

To directly estimate the impact of linkage in relationship testing, FamLink v2.1 was performed to do simulations and calculate the LR taking linkage into account [36]. As shown in Fig. S8, linkage was found to have a considerable impact on LR calculations. LR values were underestimated if linkage was ignored for unrelated individual pairs and were overestimated if linkage was ignored for related individuals whether in 2nd-degree kinship analysis or 3rd-degree kinship analysis. In 2nd-degree kinship analysis, the average of log10 ($LR_{ignore}/LR_{linkage}$) were $-0.4615$ and $-0.5142$ using $LR_{length}$ and $LR_{sequence}$ for unrelated individual pairs, respectively, and were $0.4685$ and $0.5099$ using $LR_{length}$ and $LR_{sequence}$ for related individual pairs, respectively. In 3rd-degree kinship analysis, the average of log10 ($LR_{ignore}/LR_{linkage}$) were $-0.1750$ and $-0.1990$ using $LR_{length}$ and $LR_{sequence}$ for unrelated individual pairs, respectively, and were $0.1777$ and $0.1960$ using $LR_{length}$ and $LR_{sequence}$ for related individual pairs, respectively. The impact was more obvious when $LR_{sequence}$ was used (Wilcoxon signed-rank test, $p < 0.001$; Fig. S8).

*Q. Xu et al.*                                                                    *Forensic Science International: Genetics 60 (2022) 102741*



**Fig. 5.** Distributions of LR values for 2nd-degree kinship analysis based on $LR_{sequence}$ from different numbers of markers in true pedigree. a: 27 STRs + 94 SNPs; b: 40 STRs + 94 SNPs; c: 55 STRs; d: 55 STRs + 94 SNPs. UR: unrelated pairs; 2nd: 2nd-degree kinship pairs. Histogram with dotted line represents UR and gray histogram with full line represents 2nd.



**Fig. 6.** Distributions of LR values for 3rd-degree kinship analysis based on $LR_{sequence}$ from different numbers of markers in true pedigree. a: 27 STRs + 94 SNPs; b: 40 STRs + 94 SNPs; c: 55 STRs; d: 55 STRs + 94 SNPs. UR: unrelated pairs; 3rd: 3rd-degree kinship pairs. White histogram with dotted line represents UR and gray histogram with full line represents 3rd.

Q. Xu et al.

Forensic Science International: Genetics 60 (2022) 102741

**Table 3**

System power of the marker set with 55 STRs and 94 SNPs for identifying 2nd-degree relatives or 3rd-degree relatives in true pedigree samples.

| Relationship 1/relationship 2 | $t_1$ ($\log_{10}$) | $t_2$ ($\log_{10}$) | Sensitivity | Specificity | Effectiveness | PPV | NPV |
|---|---|---|---|---|---|---|---|
| 2nd-degree relatives/unrelated[a] | 1 | -1 | 1.0000 | 1.0000 | 0.9913 | 1.0000 | 1.0000 |
| | 2 | -2 | 1.0000 | 1.0000 | 0.9348 | 1.0000 | 1.0000 |
| | 3 | -3 | 1.0000 | 1.0000 | 0.8565 | 1.0000 | 1.0000 |
| | 4 | -4 | 1.0000 | 1.0000 | 0.6565 | 1.0000 | 1.0000 |
| 3rd-degree relatives/unrelated[b] | 1 | -1 | 0.9286 | 1.0000 | 0.5673 | 1.0000 | 0.9787 |
| | 2 | -2 | 1.0000 | 1.0000 | 0.2212 | 1.0000 | 1.0000 |
| | 3 | -3 | 1.0000 | 1.0000 | 0.0577 | 1.0000 | 1.0000 |
| 2nd-degree relatives/unrelated[b] | 1 | -1 | 1.0000 | 1.0000 | 0.9826 | 1.0000 | 1.0000 |
| | 2 | -2 | 1.0000 | 1.0000 | 0.9391 | 1.0000 | 1.0000 |
| | 3 | -3 | 1.0000 | 1.0000 | 0.8913 | 1.0000 | 1.0000 |
| | 4 | -4 | 1.0000 | 1.0000 | 0.7391 | 1.0000 | 1.0000 |
| 3rd-degree relatives/unrelated[b] | 1 | -1 | 0.9091 | 0.9706 | 0.6202 | 0.9091 | 0.9706 |
| | 2 | -2 | 1.0000 | 1.0000 | 0.2644 | 1.0000 | 1.0000 |
| | 3 | -3 | 1.0000 | 1.0000 | 0.0769 | 1.0000 | 1.0000 |

[a] System power was calculated based on the length polymorphism of 27 STRs.
[b] System power was calculated based on the sequence polymorphism of 27 STRs.



**Fig. 7.** Distributions of LR values for different kinships based on $LR_{sequence}$ by taking linkage into account in true pedigree. a: 2nd-degree kinship; b: 3rd-degree kinship analysis (full red line - 55 STRs + 94 SNPs; dotted red line - 55 STRs + 54 SNPs).

## 4. Discussion and conclusion

The requirement for complex kinship analysis is increasing in forensic routine casework. The lack of a standard guideline is still a major problem in forensic practice. Usually, for complex kinship analysis, the relationship between appraised individuals could be inferred according to the reconstruction of pedigree using the A-STR genotypes from appraised individuals [38]. Combining analysis from sex chromosome STRs or mitochondrial DNA was also suggested for complex kinship analysis [5,6,30,39–41]. However, it was found that both above methods might contribute less for kinship analysis due to the different gender of individuals, the lack of family members, or poor quality of samples. Therefore, development of a typing system with enough autosomal markers becomes a promising approach to resolve this problem.

The development of NGS, which also called as massively parallel sequencing (MPS), makes it possible to detect numerous markers. For the application in forensic genetics, there were several commercial NGS kits such as ForenSeq™ DNA Signature Prep kit, Precision ID Global-Filer™ NGS STR Panel (Thermo Fisher Scientific), and PowerSeq 46GY System (Promaga, Madison, WI, USA) [14,15,26]. The panel A of ForenSeq™ DNA Signature Prep kit selected in this study consists of 27 A-STRs, 24 Y-STRs, 7 X-STRs, and 94 SNPs. Previous study showed that parent-offspring and full sibling could be effectively discriminated from UR pairs with high sensitivity, specificity, PPV, NPV and effectiveness using ForenSeq™ DNA Signature Prep kit [19]. A follow-up study [20] conducted by increasing markers to 40 STRs and 94 SNPs from ForenSeq™ DNA Signature Prep kit and a CE kit-AGCU NC 21 + 1 PCR amplification kit showed high accuracy in discriminating 2nd-degree kinship from UR. However, the sensitivity for this system was only

85.96% under the threshold of $\log_{10}LR = 2$, indicating that more markers should be measured to resolve kinship analysis with 2nd-degree relationship or more complex relationship. In our study, 55 STRs and 94 SNPs collected from four commercial kits, including ForenSeq™ DNA Signature Prep kit, SiFaSTR™ 23 plex, AGCU NC 21 + 1 PCR amplification kit and Goldeneye™ DNA ID 22NC, were used to test the system power for 2nd-degree and 3rd-degree kinship analysis. From the sequencing results of 69 samples, one SNP dropout occurred (sample E2–3: rs7041158). It was reported that the variants of primer binding sites might influence PCR-based library construction, and mutations might lead to the failure of amplification, which might explain why no reads were detected at rs7041158 in sample E2–3 [13]. Additionally, more alleles could be observed because variants within the repeat and flanking regions were identified by analyzing the full sequence obtained by NGS. In this study, 60 more alleles were observed for A-STRs compared with length-based alleles, and 16 novel alleles were observed compared with previous reports [24–26]. There are sixty isometric heterozygotes that were called based on sequence polymorphism information, thus improving the allelic diversity and discriminatory information, which corresponded to the findings of other studies [27,42]. By calculating statistical parameters and AUC analysis [43] in simulated individuals and real individuals from seven pedigrees, our results show that the effectiveness improved by increasing the number of markers or by calculating the LR values with sequence information rather than length information. Using the data from true pedigree samples, AUC values obtained from ROC analysis only showed improvement in the system with 55 STRs for kinship analysis. This may be caused by the relatively small sample size in our study and there were only 13 STR loci showing extra alleles based on sequence polymorphism.

With the number of markers increasing in complex kinship analysis,

Q. Xu et al.

Forensic Science International: Genetics 60 (2022) 102741

linkage should be considered in calculating LR. There are several parameters used to determine linkage status [34], such as genetic distance or physical distance between the linked loci and the levels of polymorphism of loci. Using the parameter of genetic distance between the linked loci, 43 groups were determined as closely linked. As an easy approach to test the impact of linkage in relationship testing, markers were firstly removed in each group of linked markers according to the priority order and 40 SNPs were removed finally. With the removal of 40 SNPs, overlapping regions between relatives and UR were expanded for the decrease in the number of markers. To directly estimate the impact of linkage in relationship testing, FamLink v2.1 was performed to do simulations and calculate the LR taking linkage into account. LR values were found to be underestimated if linkage was ignored for unrelated individuals and be overestimated if linkage was ignored for related individuals whether in 2nd-degree kinship analysis or 3rd-degree kinship analysis. The impact was more obvious when $LR_{sequence}$ was used. These results suggested that linkage has a considerable impact on LR calculations, which should be taken more attention in the future work. It has to be noticed that the test for LD was not directly performed in this study, as lack of population data from enough unrelated individuals. Although most pairs of markers were shown to be LE in previous studies, test for LD in each pair of selected markers would be worth to perform. In addition, although mutations in markers showed limited impact on LR calculations [20], it would still be worth to measure how exactly the mutations affect the LR calculation.

In detail, the $LR_{sequence}$ calculated based on the group of 55 STRs and 94 SNPs generated the highest AUC with effectiveness as high as 94.43% when discriminating 2nd-degree kinship pairs from UR pairs at the threshold of $-2(\log_{10})$ for exclusion and $2(\log_{10})$ for identification, and with an effectiveness of 64.34% when discriminating 3rd-degree kinship pairs from UR pairs at the threshold of $-1(\log_{10})$ for exclusion and $1(\log_{10})$ for identification, the corresponding sensitivities were 99.94% and 97.22%, respectively. Furthermore, the system with 40 STRs and 94 SNPs showed similar system power with 55 STRs, which revealed that ~6.5 SNPs showed similar system power to one STR loci [23]. As the system with 55 STRs was measured only by the CE platform and the system with 40 STRs and 94 SNPs measured by both the CE and NGS platforms, we recommend using the group of 55 STRs first, and the NGS kit could be added in the case that the kits from the CE system cannot provide clear conclusions. For 3rd-degree kinship analysis, the system with 55STRs and 94 SNPs can solve some of the cases. More markers or microhaplotypes [44] should be considered to construct a more stronger system for 3rd-degree kinship or more complicated kinship analysis. In this study we only focused on testing the power of the marker sets to distinguish 2nd and 3rd-degree relationships separately without considering the effect from each other or other relationships. Indeed, in real data, it could happen that either the true relationships are not known or the relationship to be tested is not the true relationship it is. To our knowledge, in forensic practice, there is only very few cases currently can be clearly distinguished by profiling more markers on sex chromosomes and mitochondria. Therefore, it would be worth to explore how to clearly distinguish different types of relationships in forensic practice in the future.

## Acknowledgments

We are grateful to all volunteers who provided the samples in this study. This study was supported by grants from the National Key Research and Development Program of China (Grant number 2018YFC0807202), the National Natural Science Foundation of China (Grant number 81871534), and the Ministry of Finance of China (Grant number GY2021G-2).

*Conflict of interest*

None.

## Appendix A. Supplementary material

Supplementary data associated with this article can be found in the online version at doi:10.1016/j.fsigen.2022.102741.

## References

[1] A. Staadig, A. Tillmar, Evaluation of microhaplotypes in forensic kinship analysis from a Swedish population perspective, Int. J. Leg. Med. 135 (4) (2021) 1151–1160.

[2] K. Lewis, et al., Evaluating the effect of additional forensic loci on likelihood ratio values for complex kinship analysis, in: Proceedings of the 21st International Symposium on Human Identification, 2010.

[3] H.L. Lu, et al., Application of ITO method and discriminant functions in full sibling and half sibling identification, J. Forensic Med. 25 (2) (2009) 118.

[4] S.K. Mo, et al., A 472-SNP panel for pairwise kinship testing of second-degree relatives, Forensic Sci. Int. Genet. 34 (2018) 178–185.

[5] J. Topčagić, et al., Kinship analysis of ancient individuals by combined use of small biallelic insertion/deletion (indel) and short tandem repeat (STR), in: Proceedings of the 8th ISABS Conference on Forensic, Anthropologic and Medical Genetics and Mayo Clinical Lectures in Translational Medicine, 2013.

[6] L. Cainé, Interest of X chromosome (Argus X-12 kit) in complex kinship analysis, Forensic Sci. Int. Genet. Suppl. Ser. 3 (1) (2011) 206–207.

[7] H. Inoue, et al., Sibling assessment based on likelihood ratio and total number of shared alleles using 21 short tandem repeat loci included in the GlobalFiler kit, Leg. Med. 19 (2016) 122–126.

[8] E.P. Chang, A. Linacre, Systematic evaluation of sensitivity and specificity of sibship determination by using 15 STR loci, J. Forensic Leg. Med. 15 (5) (2008) 329–334.

[9] C. Børsting, N. Morling, Next generation sequencing and its applications in forensic genetics, Forensic Sci. Int. Genet. 18 (2015) 78–89.

[10] M. Eduardoff, et al., Inter-laboratory evaluation of SNP-based forensic identification by massively parallel sequencing using the Ion PGMTM, Forensic Sci. Int. Genet. 17 (2015) 110–121.

[11] U. Consortium, et al., The UK10K project identifies rare variants in health and disease, Nature 526 (7571) (2015) 82.

[12] T. Schwark, et al., The SNPforID assay as a supplementary method in kinship and trace analysis, Transfus. Med. Hemother. 39 (3) (2012) 187–193.

[13] F. Guo, et al., Massively parallel sequencing of forensic STRs and SNPs using the Illumina ForenSeq DNA signature prep Kit on the MiSeq FGx forensic genomics system, Forensic Sci. Int. Genet. 31 (2017) 135–148.

[14] R. Tao, et al., Pilot study for forensic evaluations of the Precision ID GlobalFiler NGS STR Panel v2 with the Ion S5 system, Forensic Sci. Int. Genet. 43 (2019), 102147-102147.

[15] P. Müller, et al., Austrian STR population data using the Powerseq GY46 system and massively parallel sequencing, in: Proceedings of the 28th International Congress of International Society for Forensic Genetics, 2019.

[16] S.B.S.S. Deborah, et al., Paternity testing using massively parallel sequencing massively parallel sequencing and the PowerSeqTM AUTO/Y system for short tandem repeat sequencing, Electrophoresis 39 (21) (2018) 2669–2673.

[17] Q. Liu, et al., Development of an NGS panel containing 42 autosomal STR loci and the evaluation focusing on secondary kinship analysis, Int. J. Leg. Med. 134 (6) (2020) 2005–2014.

[18] B. Zhang, et al., A novel forensic panel of 186-plex SNPs and 123-plex STR loci based on massively parallel sequencing, Int. J. Leg. Med. 135 (3) (2021) 709–718.

[19] R. Li, et al., Improved pairwise kinship analysis using massively parallel sequencing, Forensic Sci. Int. Genet. 38 (2019) 77–85.

[20] Q. Zhang, et al., Pairwise kinship testing with a combination of STR and SNP loci, Forensic Sci. Int. Genet. 46 (2020), 102265.

[21] C. Phillips, et al., SNPs as supplements in simple kinship analysis or as core markers in distant pairwise relationship tests: when do SNPs add value or replace well-established and powerful STR tests? Transfus. Med. Hemother. 39 (3) (2012) 202–210.

[22] S.K. Mo, et al., Exploring the efficacy of paternity and kinship testing based on single nucleotide polymorphisms, Forensic Sci. Int. Genet. 22 (2016) 161–168.

[23] A. Amorim, L. Pereira, Pros and cons in the use of SNPs in forensic kinship investigation: a comparative analysis with STRs, Forensic Sci. Int. 150 (1) (2005) 17–21.

[24] Y. Lin, et al., Forensic investigation of goldeneye DNA ID 22NC Kit, J. Forensic Med. 31 (4) (2015) 280–283.

[25] W. Shao, S. Zhang, L. Li, Genetic polymorphisms of 21 non-CODIS STR loci, J. Forensic Med. 27 (1) (2011) 36–38.

[26] N.M.M. Novroski, et al., Characterization of genetic sequence variation of 58 STR loci in four major population groups, Forensic Sci. Int. Genet. 25 (2016) 214–226.

[27] J.D. Churchill, et al., Population and performance analyses of four major populations with Illumina's FGx Forensic Genomics System, Forensic Sci. Int. Genet. 30 (2017) 81.

[28] H. Zheng, et al., Development and validation of a novel SiFaSTRTM 23–plex system, Electrophoresis 40 (20) (2019).

[29] K. O'Connor, A.O. Tillmar, Effect of linkage between vWA and D12S391 in kinship analysis, Forensic Sci. Int. Genet. 6 (2012) 840–844.

[30] M. Nothnagel, J. Schmidtke, M. Krawczak, Potentials and limits of pairwise kinship analysis using autosomal short tandem repeat loci, Int. J. Leg. Med. 124 (3) (2010) 205.

*Q. Xu et al.* *Forensic Science International: Genetics 60 (2022) 102741*

[31] M. Carboni, S. Iozzi, A.L. Nutini, et al., Improving complex kinship analyses with additional STR loci, Electrophoresis 35 (21–22) (2015) 3145–3151.

[32] T. Tamura, et al., Evaluation of advanced multiplex short tandem repeat systems in pairwise kinship analysis, Leg. Med. 17 (5) (2015) 320–325.

[33] S. Cho, E.S. Shin, H.J. Yu, et al., Set up of cutoff thresholds for kinship determination using SNP loci, Forensic Sci. Int. Genet. 29 (1) (2017) 1–8.

[34] C. Phillips, A genomic audit of newly-adopted autosomal STRs for forensic identification, Forensic Sci. Int. Genet. 29 (2017) 193–204.

[35] S. Zhang, H. Tian, J. Wu, et al., A new multiplex assay of 17 autosomal STRs and Amelogenin for forensic application, PLoS One 8 (2) (2013), 57471-57471.

[36] D. Kling, T. Egeland, A.O. Tillmar, FamLink – a user friendly software for linkage calculations in family genetics, Forensic Sci. Int. Genet. 6 (5) (2012) 616–620.

[37] G.R. Abecasis, S.S. Cherny, W.O. Cookson, et al., Merlin – rapid analysis of dense genetic maps using sparse gene flow trees, Nat. Genet. 30 (1) (2002) 97–101.

[38] Y. Liu, et al., Complex kinship analysis by multi-genotyping system and IBS score, Chin. J. Forensic Sci. 2 (2014) 61–66.

[39] K. Yoshida, et al., Efficacy of extended kinship analyses utilizing commercial STR kit in establishing personal identification, Leg. Med. 13 (1) (2011) 12–15.

[40] N. Perera, G. Galhena, G. Ranawaka, Development of a 16 X-STR multiplex PCR system for kinship analysis and its applicability for the Sinhalese population in Sri Lanka, Int. J. Leg. Med. 135 (3) (2020) 1–6.

[41] T. Que, S. Zhao, C. Li, Application of multiple polymorphism genetic markers in determination of half sibling sharing a same mother, J. Forensic Med. 26 (4) (2010) 279–281,300.

[42] K.B. Gettings, et al., Sequence variation of 22 autosomal STR loci detected by next generation sequencing, Forensic Sci. Int. Genet. 21 (2016) 15–21.

[43] M. Greiner, D. Sohr, P. Göbel, A modified ROC analysis for the selection of cut-off values and the definition of intermediate results of serodiagnostic tests, J. Immunol. Methods 185 (1) (1995) 123–132.

[44] J. Zhu, et al., Evaluation of the microhaplotype markers in kinship analysis, Electrophoresis 40 (7) (2019) 1091–1095.