**THE LEGAL AID SOCIETY**

49 Thomas Street, 10th Floor
New York, NY 10013
(212) 577-3367
https://www.legalaidnyc.org

August 1, 2025

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Endorsement*

*Application granted.*

*Naomi Reice Buchwald, USDJ*
*September 4, 2025*

Re:    Leslie v. City of New York, et al., 22-cv-02305

Dear Judge Buchwald:

We write pursuant to Rules 1(A) and 2(E)(2) of the Court's Individual Practices to request that six documents that Defendants filed in support of their motion for summary judgment be removed from the public docket and permanently sealed. These documents relate to Plaintiff Shakira Leslie's arrest and prosecution for a case that was dismissed and should thus be sealed under New York Criminal Procedure Law § 160.50(1). Defendants take no position on Plaintiff's sealing request.

New York Criminal Procedure Law § 160.50(1) provides, in pertinent part, "[u]pon the termination of a criminal action or proceeding against a person in favor of such person … the record of such action or proceeding shall be sealed." As courts have recognized, "[t]he primary purpose of the sealing of records" under this statute "is to ensure confidentiality and to protect the individual from the potential public stigma associated with a criminal prosecution." *Lehman v. Kornblau*, 206 F.R.D. 345, 347 (E.D.N.Y. 2001). Here, Defendants filed publicly the following documents in support of their summary judgment motion, each of which stem from Ms. Leslie's arrest and prosecution:

- ECF No. 129-3 (Exhibit C to O'Connor Decl.): OCME's case file for Ms. Leslie, which includes NYPD materials describing the crime NYPD suspected Ms. Leslie of having committed.
- ECF No. 129-4 (Exhibit D to O'Connor Decl.): OCME and NYPD materials concerning Ms. Leslie's arrest and the charges brought against her.
- ECF No. 130-1 (Exhibit E to Fenton Decl.): NYPD case file and records related to Plaintiff's arrest and the crime she had been suspected of committing.
- ECF No. 130-2 (Exhibit F to Fenton Decl.): NYPD report concerning the collection of Ms. Leslie's DNA in connection with her arrest.
- ECF No. 130-3 (Exhibit G to Fenton Decl.): NYPD report concerning crime scene evidence for the crime NYPD suspected Ms. Leslie of having committed.
- ECF No. 130-4 (Exhibit H to Fenton Decl.): NYPD report concerning crime scene evidence for the crime NYPD suspected Ms. Leslie of having committed.

**Justice in Every Borough.**

Filing these documents publicly undermines section 160.50(1)'s purpose by compromising the confidentiality of these sensitive documents and potentially exposing Ms. Leslie to the stigma associated with a criminal prosecution that terminated in her favor. The documents should therefore be removed from the public docket. Under the parties' Confidentiality Stipulation "[n]o Protected Material [which the stipulation defines as "records relating to the arrest and prosecution of the named plaintiffs"] shall be filed with or introduced before this Court or any other court without advance notice to plaintiffs' counsel so they have the opportunity to move for sealing pursuant to the Court's criteria and procedure." *See* Confidentiality Stipulation ¶ 7, attached as Exhibit 1. Plaintiff did not receive advance notice before Defendants filed these documents and thus did not have the opportunity to move for sealing before they appeared on the docket.

Counsel for both parties exchanged several emails and then met and conferred on July 22, 2025 regarding this issue. As previously mentioned, Defendants take no position on Plaintiff's sealing request. Plaintiff now respectfully requests that the Court permanently seal the above-mentioned documents.

We thank you Court for its time and attention to this matter.

Respectfully submitted,

*s/ Philip Desgranges*
Philip Desgranges
J. David Pollock
Jenny Cheung
Haley Farrell
Anna Blondell
Lisa Freeman
The Legal Aid Society
49 Thomas Street, 10th Floor
New York, NY 10013
212-577-3367
pdesgranges@legal-aid.org

O'MELVENY & MYERS LLP
Mark A. Racanelli
Mia N. Gonzalez
Craig McAllister
Adam Walker
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: 212-326-2000

**Justice in Every Borough.**

Hon. Naomi Reice Buchwald

Page 3

mracanelli@omm.com
mgonzalez@omm.com
cmcallister@omm.com
awalker@omm.com

*Attorneys for Plaintiff*

**Justice in Every Borough.**