**O'Melveny**

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

August 8, 2025

**Craig McAllister**
D: +1 212 728 5894
cmcallister@omm.com

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application, granted.*
*Naomi Reice Buchwald,*
*US DJ*
*March 17, 2026*

Re:    *Leslie v. City of New York, et al.*, No. 22-cv-02305

Dear Judge Buchwald:

We represent the Plaintiff, Shakira Leslie, and write pursuant to Rules 1(A) and 2(E)(2) of Your Honor's Individual Practices, the SDNY's Sealed Records Filing Instructions, and the Stipulated Protective Order & Clawback Agreement in effect in this action (the "Protective Order") to request that the Court grant Plaintiff leave to seal an exhibit to the Declaration of Philip Desgranges ("Desgranges Declaration") in Support of Plaintiff's Cross Motion for Summary Judgment.

Although documents "relevant to the performance of the judicial function and useful in the judicial process" are entitled to a presumption of public access, the presumption of access must be balanced against "competing considerations." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Among the relevant countervailing factors are the "privacy interests of those resisting disclosure," *id.*, and the "nature and degree of injury" that will result from disclosure. *United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995).

Here, Exhibit 28 to the Desgranges Declaration is a spreadsheet concerning abandonment samples produced by Defendants that has been designated CONFIDENTIAL under the parties' Protective Order as it appears to contain personally-identifiable information. Specifically, the parties' Protective Order provides that "Personally Identifying Information of persons whose records are sealed, that is contained in some of the descriptive information from the NYPD voucher forms that also provide information about where an item was abandoned and often what the item was, which is set forth in two charts that contain thousands of entries with such descriptive information, may be produced to Plaintiff's counsel, in which case the charts will be marked as 'CONFIDENTIAL.'"

Likewise, Rule 5.2 of the Federal Rules of Civil Procedure directs the redaction of personally identifying information, including dates of birth and the full names of minors prior to filing. With respect to this spreadsheet, however, several fields in the spreadsheet include handwritten notes that at times appear to include personally identifying information, making

Case 1:22-cv-02305-NRB    Document 148    Filed 08/08/25    Page 2 of 2

**O'Melveny**

redaction of only the personally identifiable information infeasible and unduly burdensome. Accordingly, we respectfully ask that the Court grant Plaintiff leave to file this document under seal.

We thank you Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Craig McAllister*

2