**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHAKIRA LESLIE, on behalf of herself and all
others similarly situated,

                                  Plaintiff,

            -against-                                                    22 **CIVIL** 2305 (NRB)

                                                                         **JUDGMENT**

CITY OF NEW YORK; EDWARD CABAN,
Police Commissioner for the City of New York, in
his official capacity; JEFFREY MADDREY, Chief
of Department for the New York City Police
Department, in his official capacity; JAMES
ESSIG, Chief of Detectives for the New York
City Police Department, in his official capacity;
BRIAN MCGEE, Deputy Chief in the Forensic
Investigations Division of the New York City
Police Department, in his official capacity; and DR.
JASON GRAHAM, Chief Medical Examiner for
the City of New York, in his official capacity,

                                  Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum and Order dated March 20, 2026, defendants' motion for

summary judgment is granted, and plaintiff's cross-motion for summary judgment is denied;

accordingly, the case is closed.

**Dated:** New York, New York

        March 23, 2026

                                                **TAMMI M. HELLWIG**
                                            _____
                                                **Clerk of Court**

                        **BY:**              K. mango
                                            _____
                                                **Deputy Clerk**