UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

SHAKIRA LESLIE; on behalf of herself and
all others similarly situated,

                         Plaintiff,

          v.

CITY OF NEW YORK; EDWARD CABAN,
Police Commissioner for the City of New York, in
his official capacity; JEFFREY MADDREY, Chief
of Department for the New York City Police
Department, in his official capacity; JAMES
ESSIG, Chief of Detectives for the New York City
Police Department, in his official capacity; BRIAN
MCGEE, Deputy Chief in the Forensic
Investigations Division of the New York City
Police Department, in his official capacity; and DR.
JASON GRAHAM, Chief Medical Examiner for
the City of New York, in his official capacity;

                         Defendants.

----------------------------------------------------------------- x

Case No. 1:22-CV-02305

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Shakira Leslie, on behalf of herself and all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable Naomi Reice Buchwald dated March 20, 2026 (ECF Dkt. #164) and the Judgment entered in this matter on March 23, 2026 (ECF Dkt. #165) granting Defendants' motion for summary judgment and denying Plaintiff's cross-motion for summary judgment. This appeal is taken from each and every part of the Memorandum and Order.

1

Dated: April 13, 2026
     New York, N.Y.

Respectfully submitted,

*s/ Philip Desgranges*
Philip Desgranges
J. David Pollock
Jenny S. Cheung
Paula Garcia-Salazar
Lindsey E. Smith
Anna Blondell
Lisa Freeman
The Legal Aid Society
49 Thomas Street
New York, NY 10013
212-577-3367
pdesgranges@legal-aid.org
jpollock@legal-aid.org
jscheung@legal-aid.org
pgarciasalazar@legal-aid.org
lsmith@legal-aid.org
ablondell@legal-aid.org
lafreeman@legal-aid.org

O'MELVENY & MYERS LLP
Mark A. Racanelli
Mia N. Gonzalez
Andrew Churchill
Craig McAllister
1301 Avenue of the Americas
Suite 1700
New York, NY  10019
Telephone:  212-326-2000
mracanelli@omm.com
mgonzalez@omm.com
achurchill@omm.com
cmcallister@omm.com

Adam Walker
1625 Eye Street, NW
Washington, DC  20006
Telephone:  202-383-5315
awalker@omm.com

*Attorneys for Plaintiff and the Putative Class*

2